

**BP Deepwater Horizon public commemt**
**Kenny Collins**    to: efile-vance@LAED.uscourts.gov          01/11/2013 11:28 PM

| | |
|---|---|
| From: | Kenny Collins <ifyouknewdick@hotmail.com> |
| To: | "efile-vance@LAED.uscourts.gov" <efile-vance@LAED.uscourts.gov> |
| History: | This message has been forwarded. |

```
      As a victim of the BP Deepwater Horizon disaster I oppose any settlement
of any kind and urge you to reject all settlement offers. The only way to show
the drillers you are serious is to prosecute and imprison the individuals who
are criminally negligent. Their criminal negligence before and after the
disaster exposed a great number of people, animals and wildlife to toxins
including myself. The lies the public was told created an atmosphere of
mistrust, and rightly so. I personally spoke to Bob West from Santa Rosa
Island public safety, who told me he closed toxic beaches and was ordered to
reopen them although he KNEW this was wrong. I went to those beaches and saw
the contamination, which STILL EXISTS TO THIS DAY, first hand. The pristine
beauty that once was Fort Pickens is now a toxic petrochemical dump.
Weathering oil can be found there quickly and easily. The use of toxic
dispersants, especially Corexit, blended the oil into the water and left it
there, a travesty that should bar BP from US oil production forever. There is
a great deal of evidence which also suggests that BP continues to hide the
fact that they drilled an illegal third well, which was likely to have been
the true source of the majority of the leaking oil. At the Macondo 252 site
the presence of oil sheen now seems to be normal, and nobody believes we are
being told the truth when we are told that their remotely operated vehicles
can not locate the source of this oil.
      As a result of the constant lying and ongoing cover up by BP and
Transocean, all investigations and ROV inspections should be carried out by
third party teams, not these companies.
      Department of Justice, DO YOUR JOB AND JAIL THE CRIMINALS. Fines and an
admission of guilt are inadequate compensation for the devastation of an
entire ecosystem, the poisoning of it's inhabitants en masse, and lying about
it and covering up the truth, exponentially increasing the toxic exposure
rate.
             Jail! No settlements!!!!!
Sincerely,
Kenneth J. Collins
14 Pinecliff Rd
Newton, NJ 07860

Sent from my iPhone
```