Henri André Fourroux III                                                                                                    January 14, 2013
New Orleans, LA 70122
504-214-1580
henri_andre_48@hotmail.com

Judge Sarah Vance
Section R
500 Poydras Street
Room C255
New Orleans, LA 70130
FAX: 504-589-7744
efile-vance@LAED.uscourts.gov
webmaster@laed.uscourts.gov.

Judge Sarah Vance,

I write to express my dissatisfaction and outrage with the BP criminal plea agreement. It omits much and ignores future deaths and destruction of quality of life for millions of people along the Gulf Coast due to the lingering effects of poisons form oil and dispersants, chiefly COREXIT where dispersants failing to remove or neutralize the oil poisons but instead reducing their molecular size and leaving them in the environment for many many decades.

Yes I am a victim. BP by its criminal negligence has stolen my right to decide where to live and to visit and has caused me emotional and psychological distress by that. I have asthma and the disaster released enormous amounts of poisons among which is benzene; I dare not visit Plaquemines Parish and its towns of Buras (my mother's home along with Ostrica), Empire and further south to visit family and friends for reasonable fear of now worsening my asthma.

Not only has BP committed criminal offense by the murder of 11 men, thousands of sickened clean-up workers and millions of people through future lost revenues and diminished quality of life, but the US government risks complicity through these little punitive plea deals that do nothing to consider BP now on extended parole since BP has lost trust and must earn back trust; BP cannot be trusted. All branches of US government must consider BP criminal as any convicted felon and create new boards to monitor BP to make sure BP changes its irresponsible reckless management. The EPA has refused to create a Citizens Advisory Council (such as exists in Alaska after the Exxon Valdez disaster) for the Gulf Coast states; the court must do its part to ensure new safeguards exist to make up for the failings in the branches of government considering BP is guilty of serious crimes against the people of the US.

This plea agreement foists sole responsibility on low level employees of BP, doing nothing to take to task BPs executive management's criminality in promulgating policies that ignore BP's same executives of responsibilities that reside first with them. For example, BP executives simply copied without research or editing a risk assessment regarding harm to walruses and other artic sea life; BP executives did not make a valid assessment and thus showed a flagrant disregard for procedures to exploit oil leases from planning up to the actual disaster. Among many reports: As BP promised, the walruses are fine: Thursday, June 10, 2010, 7:30 AM Stephanie Grace, The Times-Picayune
http://www.nola.com/news/gulf-oil-spill/index.ssf/2010/06/as_bp_promised_the_walruses_ar.html
Here I quote, "Among the individual errors: Marine life specialists' phone numbers are wrong. An Internet link to a cleanup equipment supplier is broken. One national wildlife expert listed as a possible source of information actually died in 2005, four years before the document was filed. And "sensitive biological resources" listed as in a potential spill's path include cold-climate marine mammals like walruses, sea otters, sea lions and seals, none of which inhabit the warm-water Gulf of Mexico. Kind of makes you wonder whether that passage was lifted from a document covering some place like Alaska, where all those animals actually do live…."

It is up to the court to stop BP now with a real justice that ensures that BP suffers true penalties that equal the pain BP has caused through its laziness and refusal to do its job at all levels of its organization. To not do so sacrifices a couple people for crimes that begin at BPs highest levels of management. If this means a trial then a trial is necessary for justice.


Henri André Fourroux III