# Jason Anderson

I was asked to write a few things about what I have been through in the past three years. The words torturous inferno of grief comes to mind. I also think of agony, heartbreak and depression. I am truly amazed at the strength of my faith and the power of prayers. It is only those two things that allow me to wake up each morning and take the next breath. The prayers and well wishes for family, friends, and strangers that somehow give me the strength to start another day.



I first learned of the Deepwater Horizon oil rig explosion on the local television news when I was getting my daughter ready for preschool more than nine hours after the actual event. I didn't believe it and dismissed it. Jason always taught this oil field wife that no news is good news. When I first contacted Transocean, I was only told that the rig had been evacuated. No other details were released. They would not tell me if Jason was one of the evacuees, or if he was accounted for in some other way. I waited anxiously by the phone for any news. Information arrived that some people were critically injured. We watched video and called hospitals hoping for a glimpse of Jason to give us some sort of update, some sort of hope. I watched reunions of husbands, fathers, brothers, and sons who had been evacuated. I received telephone calls from friends asking if Jason was on the rig, if he made it off, if he was safe. I even asked Transocean where in Louisiana I had to go to pick up my husband. I was told not to come. I wondered why they told those other wives to come, but told me to stay home. Three days after the explosion, we learned that Jason was one of the missing men. All the while, I had watched the burning rig for days without knowing if my husband was hurt or alive. Later, I







learned Transocean knew in a few short hours that Jason was missing, but they never gave me this information.



As the Coast Guard continued their search after the 48 hours of expected survival time in the water had passed, I went to sleep each night praying over my husband's Water Survival safety certificate, a training Transocean required, for his safe return. I remembered quizzing Jason for this training test. I remember him practicing each night in the pool with our then two-year-old daughter, Lacy Kathleen, at the hotel. She thought it was so much fun to swim with her daddy. I was fascinated that he knew how to change sea water into freshwater. If anyone could survive the water, Jason could. He knew how to change his coveralls into a flotation device; I believed he would be fine. I kept convincing myself of his safety. When they called off the search, they never actually said, "Your husband is dead." The Coast Guard sent a letter of "presumed death" instead of a death certificate.



Lacy asked me the following Monday, "Is my daddy in Heaven?" Her innocent voice, her adolescent mind flooded with all kinds of questions. She is so smart and attentive. She told me her daddy told her he was in heaven. I could not come up with an argument for that statement. Jason was planning to walk this little girl down the aisle on her wedding day, to dance the father-of-the-bride dance, to teach her to "boom a deer." He talked about her wedding the first day we brought her home from the hospital. He was not beside me at her first dance recital. He did not run the video camera for preschool graduation. He was not holding my hand the day I walked her to kindergarten. He was not there the night that she cheered on the same football field he played on in high school. He was not the one to hold the bike when the training wheels came off. He cannot take her on four wheeler rides in the yard, push her on





the swing, or read her extra bedtime stories. He won't be holding my hand for any of the events in her life ever again. We won't be together as a family should be ever again. Lacy will be eight this February.



I watch our son, Ryver Clay, as he runs through the house calling, "Da-da! Da-da! Da-da!" I had no idea how to explain to him that his Da-da is not coming home. I can only dream that he will remember anything about his father in the years to come. It is heartbreaking to me that I don't know how to do all the things Jason wanted to teach Ryver. Jason talked about how proud he was going to be to see Ryver's name in the newspaper for his glorious football events, "Ryver Runs through Defensive Line!" Jason loves his son so very much. Looking at Ryver reminds me of Jason because they look and act so much alike. When he walks across the room, he walks just like his daddy. He even leaves the toilet seat up so I fall in the cold water in the middle of the night. The first time that happened, I yelled out "Dang it, Jason!" Only to realize he wasn't in the bed I had just left. I hope Ryver always does things he daddy does. I hope I will always see his daddy in him. Ryver will be four this month. Jason will not be there to see him blow out his candles. He is starting to ask why his daddy has not come home. He is confused that the other kids in his class have a father and he does not. We will never be together as a family should be at any such events in their lives.





I have faced many difficult situations in the past few years. I planned my husband's memorial service, purchased his cenotaph, and arranged for his cemetery plot next to his sister, Stephanie Kathleen. I made his memorial slideshow, went through his safety deposit box, and found hidden Mother's Day presents in the attic. I found out that he was planning a second honeymoon on our 10 year anniversary and had arranged for us



to have the same room at the same resort. I had to pay someone to drill a hole in my husband's safe because I did not know the combination. I also had to pay people to mow the grass, check the septic tank, and trim the trees. I had to hire people to fix the motor home and a thousand other things that Jason always handled. Together, we could handle these things as a family since he gave me instructions from the rig over the phone or emailed me about things I was clueless about. Most of these things cannot be done with a baby on my hip.



It is distressing to explain to the hotel desk clerk that Jason Anderson will not be joining me on this trip when they try to add our reward points to the club account. It is awkward to explain to the lady working at the court house or the bank that I don't have a death certificate for the paper work they need. This is challenging for so many people to understand. "Why don't you have a death certificate?" they ask. Then it is my job to explain that because there were no remains of his body, a death certificate cannot be issued for seven years without going to court to file for one.



It is grueling for me to tuck my daughter in bed and read her a story, while my son is crying in the other room because mommy can only do one thing at a time and daddy is not home to help. There is only one of me and I can't be in two places at once. It is exhausting to rock my son to sleep at night knowing my daughter is in the other room waiting for her bedtime story. When I have to travel for work and I arrive at restaurants to hear the words, "Will your husband be joining you for dinner?" are gut wrenching words that tear at your heart and are so very grueling to endure.



The CEO of Transocean, Steven Newman, sat in the kitchen that my husband built for me, but never saw completed,



and told me that they would take care of me and my family. We need a husband and a father to take care of our family. We don't have that any more.



The only communication we have had with British Petroleum are the two plants sent to my husband's memorial and two representatives that identified themselves as BP people. We have seen the commercials on TV that say BP is going to "make this right." They are going to do "whatever it takes." If anything, they have made things worse and serve as a constant reminder that they are not doing "whatever it takes" to "make this right." They don't care about me or my children. They just "want their life back." I'd like my life back, too. The life I had when Jason came home every 21 days. Where he shared my bed, held my hand in church, and took the kids to school. I'd like the life back when I had a partner and the words "till death do us part" were not a reality. I'd like the life back that I had when Jason was home and I could smile at reminders of him instead of feeling the lump in my gut that just makes me cry again.



It is painful for me to attend a wedding reception or hear our song on the radio and know that Jason will never dance with me again. I will never be able to put my head on his chest and close my eyes as we slide across a saw dust floor, the garage cement, or the kitchen tile. He will never again pull over on the side of the road, coming home from our favorite restaurant, because our song is playing just to give me a kiss and tell me he loves me. He will never go to church with me again and squeeze my hand when he understands the message he needed to hear. He will never be able to put his arms around me again, to love me, to comfort me, or even talk to me.





He was not at home on any of the Christmas mornings that have past to see the kids unwrap presents. Lacy even got daddy a present last year and wrapped it herself. We put it in his stocking for him. He was not there for kindergarten graduation. He will not be there when Ryver graduates from preschool or when either child graduates from high school. He will not be there for the football games, dance recitals, or Thanksgiving dinners.



Getting up each and every morning is very tough, but the most demanding thing I do each day is crawling in bed at night knowing he will never hold me again. Jason is not there to share my secrets, to tell me everything is going to be all right, to help me make decisions, or to just listen. His side of the bed is cold; his pillow does not smell like him anymore. His clothes still hang in the closet but never make it to the laundry room. He does not answer his cell phone when we call to hear his voice. He does not answer his email when I have a question. The only place I can find Jason is in my heart. Occasionally, when I do actually fall asleep, I may find him in my dreams. He doesn't talk in my dreams any more. He only smiles that crooked smile with his eyes barley open.





When it is really quiet, it hurts so much more. When things settle down for just a second, my mind will remind me that I am alone. Jason and I will never be together again. I have cried enough tears in the past three years to extinguish the inferno of flames that engulfed the Horizon the night of April 20, 2010. The tears do not make it any easier to cope. Last year, my New Year's resolution was to try not to cry in front of my children as much. Like most New Year's resolutions, I didn't do too well. Jason not being with us is hard enough for them to understand. My sorrow only makes that worse.



Some people think that I have lost the other half of my heart. I have lost my soul mate. Jason is everything to me. He is more than just a paycheck and the guy that takes out the trash. He does so much more than just pay the bills and mow the grass. Now, I have to plan for a future without my soul mate, without the love of my life, without my best friend. I have to change all of the plans we made together which is testing my faith. My children will never ever have their father back. Lacy's daddy will never walk her down the aisle at her wedding. Ryver's daddy will never throw him a football. Jason will never be able to teach them to drive a car, ski behind a boat, take them hunting, or the many other things a father teaches his children. Jason will never be here to put is arms around me, to comfort me, to let me know that everything is going to be alright. He is not here to tell me I have nothing to worry about. He is not here to take care of things. Now, nothing is right and all I do is worry.



This past Thanksgiving was not only Jason's favorite holiday, but another birthday we had to spend without him. He turned 38. I made his favorite cherry pie, but no one ate it because it was Jason's favorite and the memory was too much to bear.



This Christmas I tried to refrain from hanging his stocking in the yard. My wise beyond her years seven-year-old said we needed to put it out in the yard. She said that if people drove by and saw there were only three stockings in the yard that someone might try to hurt us. She said they would know we did not have a daddy here to protect us and that we would become easy targets for mean people wanting to hurt us. It seems to me that a normal seven-year-old would never come up with something so troublesome. It's is just another example of how her life has been impacted by the loss of her daddy.







On April 20, an explosion in the middle of the Gulf of Mexico, in a place I will probably never be able to visit, changed my life, changed Lacy's life, and changed Ryver's life, forever. It also changed the lives of our entire family. Jason's parents lost another child, only this time, we have nothing to bury. We cannot visit his final resting place. I depend on my family for help with my children so much that they are almost as tired as I am. They are not always available. My kids miss out on things. I never planned on raising my children alone. I planned on raising my children with my husband, together. I don't sleep, not since April 19. On April 20, I spent the night spinning in the bed unable to get comfortable feeling like something was so wrong, out of place, missing. Only to learn the next day, and over the next few months, what tragic events happened that night.



On July 27, 2002, we were united in marriage. We became one in every way you can imagine. I knew that because of the rig, Jason would not be home for some things. When you plan for a wedding, you plan on a date that the church and the hall are available at the same time. He had to coordinate the church, the hall, and the rig schedule. We even postponed our honeymoon for the next hitch home so no one would have to work for him on the rig. We worked so hard to create a life together. I knew that he would not be home for some occasions and holidays. I knew I would have to do some things by myself. It never dawned on me that he would never be home for anything and that I would have to everything without him.



Jason is the love of my life. He is the air that I breathe, the beat of my heart, my reason for living. We planned for our future together. It just does not work without him. We can no longer be together. I understand that, but it makes life more strenuous than I could ever imagine. Nothing has ever impacted my life more than the events of April 20, 2010. Nothing will ever



impact my life the way the loss of Jason has impacted this family. Nothing will ever be the same.

*Shelley Anderson*





**1** I had this photo made so we could have one family portrait with Jason in the picture.







