January 15, 2013

Via E-mail - efile-vance@laed.uscourts.gov
and U.S. Mail

The Honorable Sarah S. Vance
United States District Court Judge
Eastern District of Louisiana
500 Poydras Street, Room C-255
New Orleans, LA 70130

    Re:    United States v. BP Exploration and Production, Inc.
              Case No. 2012R00459
              Court Docket No. 12-CR-00292

## VICTIM IMPACT STATEMENT

Dear Judge Vance:

      I am Chris Jones and Gordon Jones is my brother. He was killed aboard the Deepwater Horizon along with ten other co-workers. I present this Victim Impact Statement in connection with the plea agreement presented by BP for its involvement in the Deepwater Horizon explosion.

      Gordon was survived by a wife and young son. His wife, Michelle, was eight months pregnant with their second son at the time of the explosion. Maxwell Gordon was born without his father there to greet him into the world. Both Max and Gordon's older son, Stafford, will never experience the joys and praise only a father can extend to his sons.

      Sadly, this accident was avoidable. It was caused by greed and carelessness by a company, and individuals, who ignored the potentially disastrous consequences of their actions. Unfortunately, these actions severely impacted my family and many people I love very much.

      While I am not sure what to tell you in this statement, there are some things I am compelled to share. First, never once has BP, through any of its executives, employees, representatives, or team of lawyers, ever told any member of our family that they are sorry for our loss. Despite many opportunities over the past three years, BP has never taken a moment to extend that simple gesture. Instead, BP has spent its considerable resources on millions of dollars worth of media buys, commercials, and PR campaigns to ensure everyone that everything is back to normal. Well, it is <u>not</u> back to normal, and it never will be for the Jones family, the families of the others killed on this rig, others who were injured and the

millions of other residents of the Gulf Coast impacted by this disaster.

As a family member of someone who gave the ultimate sacrifice to a company trying solely to make more money, it insults me greatly that BP cannot or will not apologize for this event and the lives it disrupted severely. As an attorney, I respect the law and the rights extended to BP. But what I do not and never will respect is BP's refusal to acknowledge its responsibility for this accident.

While I do not necessarily object to this plea agreement, I respectfully submit the following observations. After the news broke of this plea agreement, I was besieged by reporters asking for comments from myself and other family members about it. Many asked the same question: Are you surprised BP has agreed to pay the largest criminal fine in United States history? My response was of course not. BP earned the right to that distinction by causing the greatest environmental disaster this country has ever known. More importantly, how could BP ever place any dollar value on a human life, let alone eleven of them.

But likely the greatest insult presented by this plea agreement is the short shift given to the lives of the eleven men killed in this incident. With respect to those deaths, BP has plead guilty to "Misconduct or Neglect of Ship Officers." The agreed upon sentence for those counts equals $5.5 million. Whereas, BP has agreed to pay close to $1 billion for violations of the Clean Water Act, Migratory Bird Treaty Act, and for Obstruction of Congress, the deaths by dollar value equate to a mere fraction of that amount. Thereafter, BP suggests the families are sufficiently compensated through civil remedies. I am here to tell you these families are not fully compensated and never will be. There are many family members who will never receive a penny from BP for what they did. Does BP think these family members were not damaged, or that their loss should not be compensated. To be clear, this is in no way a request for any sort of payment. Rather, it further shows how detached BP is from the damage it has caused to these families, and is instead focused on simply writing a check to make things go away.

How could BP, and the U.S. Attorney's office, so offhandedly push these lives aside upon the assumption that any amount of money could adequately compensate these families for their loss? How can they agree that those lives are equal to satisfy more than a criminal plea and fine?

These comments beg the question: If I were to sentence BP for its criminal conduct in this case what would it include? First, an apology. Not necessarily a public one, and certainly not a press release spun by its PR department or broadcast on every network station. While I could not dictate its sincerity, I would be satisfied by the top executives of BP, and every member of its Board of Directors, coming personally to Baton Rouge and meeting with Michelle, Stafford, and Max. I would expect each of them to look each of them in the eye and tell them they are sorry. This is what I make my 6-year old do when he makes his little sister

cry. This is a lesson in compassion and responsibility, and something I thought everyone would expect after an event like this. I think it is the least they can do. I struggle every day to try and forgive BP and the others for what they did. I do not think I can do that until this apology occurs. I have publicly asked for it before, but BP has ignored that request.

The other comment in the plea I struggle with is that BP can simply pay a few billion dollars, comply with a few sanctions and probationary mandates and move on with business as usual. This may be interpreted as a simplistic interpretation of the proposed agreement, but it is true. While these eleven men paid with their life, and Gulf Coast residents may forever suffer financial hardship because of this event, BP will survive this agreement. It will move on from this and continue to make billions of dollars in profit in United States waters for its stockholders. Whereas BP will live on, Gordon will not. For this reason I believe the Court should consider stiffer penalties that prohibit or limit BP's ability to operate in American waters.

Judge Vance, when my brother died I committed to Michelle, Stafford, and Max that I would fight for them, care for them, and stand up for them. As a brother, Gordon was worth fighting for. I understand you may disregard by comments and request for modification of this plea agreement, but I trust you will seriously consider them. I can only hope BP will too.

Christopher K. Jones
770 Nelson Drive
Baton Rouge, LA 70808
Cjones@kcwlaw.com

cc:   Donna Duplantier (via e-mail - donna.duplantier@usdoj.gov)
      Brandi Hill (via e-mail - brandi.hill@usdoj.gov)