January 15, 2013

Via E-mail:   efile-vance@laed.uscourts.gov

The Honorable Sarah S. Vance
United States District Court Judge
Eastern District of Louisiana
500 Poydras St., Room C-255
New Orleans, Louisiana 70130

Dear Judge Vance,

Gordon Jones is my son, and was killed on the Deepwater Horizon on the night of April 20, 2010.   He was my youngest son and was happily married with a 2 year old son, shortly expecting his second son.   Gordon was a dynamic, fun loving young man who was described by his wife prior to their marriage as "what she love best about him was his big heart".   He loved his family and would do anything for them.   He was loyal, dedicated, passionate and considerate.   Not a day goes by when I do not wake up thinking about him and all that I lost that fateful day in April.   I have lost a precious son whom I loved dearly, and no one or anything can ever replace that.   As Gordon's mother, it pains me to know that his sons will never have the privilege of having him attend one of their ballgames or tuck them into bed at night.   Michelle, his wife, lost her soul mate.   I, as his mother, will not have him here to humor and comfort me as I grow older, and it is with a broken heart that I have to face the fact that I will live the rest of my days in a world without Gordon in it.   I still, after two and a half years,   cannot visualize my life without him, but yet, I must because that is my reality.   My life, as is my family's, is forever changed because of the negligence of others who made decisions on that fateful night.

Throughout the past two and a half years, I have watched countless commercials on television by BP reassuring the people of Louisiana how they will "make things right" for us.   They have dedicated millions and billions of dollars to the cleanup efforts in the Gulf, which they should have, and have encouraged visitors to return to their vacations on the shores of the pristine sands of the Gulf.   The seafood, as they have indicated, is now safe to eat.   Never once have they mentioned their sorrow or grief over the loss of the 11 men who lost their lives aboard the Deepwater Horizon.

In the two and a half years since the explosion, we as a family, have received an overabundance of condole scenes from M.I. Swaco, the company that Gordon worked for.   Transocean, the owner of the rig, also has reached out on numerous occasions to our family at a Memorial service a month after the explosion and a year after, at another memorial to honor those men who were killed that night.   Never once have we heard a word of sympathy, a card, a phone call, a bouquet of flowers, anything from BP that might suggest that they were even remorseful over the deaths of these 11 men.

After hearing the verdict of the manslaughter charges against BP, I was often asked by others whether I felt justification over Gordon's death with these charges.   The answer is No.   There will never be any justification for his death.   So, what do I ask of you in writing this letter?    I would like, as Gordon's mother, to have his son's to have a written letter of acknowledgement from BP executives apologizing for their father's death and saying how sorry they are for any wrongs committed by their employees which caused their father's death on that night.   They, of course, are still so young and I would like written documentation of this.   I would like for his wife, Michelle, to also have a visit from a BP executive apologizing for her husband's death.   To me, this is the least that anyone should ever offer to someone who has lost a loved one at the expense of another.

Thank you for the opportunity to express my feelings and emotions.   This letter may or may not be

considered, but at least I have been able to vent some of my feelings.   Gordon was so precious to us, and he slipped out of our lives and vanished with   "no body, no burial, no closure, just gone."   Somebody has to be held accountable for that.

Sincerely,


Eilleen Kean Jones
11633 Silo Dr.
Baton Rouge, LA     70810
Ekj1234@gmail.com