MINUTE ENTRY
VANCE, J.
JANUARY 29, 2013

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE |
| VERSUS | NO. 12-292 |
| BP EXPLORATION AND PRODUCTION, INC. | SECTION: R |

**CASE MANAGER:** JAY SUSSLIN
**COURT REPORTER:** TONI TUSA

### PLEA AND SENTENCING HEARING

**APPEARANCES:** RALPH CAPITELLI, ANJALI CHATURVEDI, BRIAN CAPITELLI, F. JOSEPH WARIN, HENRY DEPIPPO, COUNSEL FOR DEFENDANT
MARK FILIP, DEFENDANT CORPORATE REPRESENTATIVE
COLIN BLACK, DEREK COHEN, JOHN BURETTA, ROHAN VIRGINKAR, SCOTT CULLEN, FOR THE GOVNERMENT
U.S. PROBATION OFFICER
U.S. MARSHALS

Court begins.
All present and ready.
Defendant Corporate Representative sworn and questioned by the Court.
Defendant Corporate Representative is present to withdraw former plea of Not Guilty as to Counts 1 through 14 of the BILL OF INFORMATION and enters a plea of guilty as to same.
Defendant Corporate Representative is cautioned regarding possible prosecution for perjury or false statement if answers to the Court's questions are not truthful.
Defendant Corporate Representative is informed of rights to trial by jury or the Court and waives same.
Reading of the BILL OF INFORMATION by the Court to the defendant is waived.
Waiver of Indictment previously signed and filed into the record.
Defendant Corporate Representative is informed of the maximum penalties.

JS-10: 02:20

**Defendant Corporate Representative is informed of the Sentencing Guidelines.**
**Defendant Corporate Representative enters a plea of Guilty.**
**Plea Agreement and Factual basis previously disclosed to the Court (See Rec. Doc. No. 2)**
**Jeff Trandahl, CEO of National Fish and Wildlife Foundation questioned by the Court.**
**Luke Keller, BP Representative, address the Court, victims and their family members.**
**The following victims address the Court:**
**Billy Anderson, Shelley Anderson, Keith Jones, Courtney Kemp-Robertson, Buddy Trahan, Jorey Danos, Anna Nguyen and Nancy MacKenzie.**
**Court recessed for 10 minutes.**
**Court resumes.**
**The Court finds there is a factual basis for the guilty plea in this matter and that the Defendant Corporation is fully competent to enter a plea of guilty and is pleading guilty knowingly and voluntarily.**
**The Defendant Corporation is ADJUDGED GUILTY on plea of Guilty for reasons stated on the record.**
**PRETRIAL CONFERENCE AND TRIAL ARE HEREBY CANCELLED.**
**ALL PENDING MOTIONS ARE HEREBY SATISFIED AS MOOT.**
**SENTENCING held.**
**Reasons for Sentencing stated on the record.**
**See Judgment and Probation Order.**
**Court adjourned.**