**Attachment 2: Fines**

The defendant shall pay a fine of $1.256 billion dollars as follows:

    As to counts 1-11, the maximum statutory fine pursuant to 18 U.S.C. § 3571(c) of $500,000 per count, totaling $5.5 million dollars. The fines payable for counts 1-11 shall be payable to the Clerk, United States District Court, Eastern District of Louisiana and shall be paid within 60 days of sentencing.

    As to count 12, a total of $1.15 billion dollars shall be paid to the Oil Spill Liability Trust Fund, pursuant to 33 U.S.C. § 1319(c)(1)(a) and 1321(b)(3), 18 U.S.C. § 3571(d) and 26 U.S.C. § 9509(b)(8).

    As to count 13, a total of $100 million dollars shall be paid to the North American Wetlands Conservation Fund, pursuant to 16 U.S.C. § 703, 707 and 4406(b) and 18 U.S.C. § 3571(d), for the purposes of wetlands restoration and conservation projects located in the United States bordering the Gulf of Mexico or otherwise designed to benefit migratory birds species and other wildlife and habitant affected by the *Macondo* oil spill.

    As to counts 12 and 13, the fine shall be paid on a pro-rata basis as follows:

    $250 million dollars shall be paid within 60 days of sentencing; an additional $250 million dollars shall be paid within one year of sentencing; an additional $250 million dollars shall be paid within two years of sentencing; an additional $150 million dollars shall be paid within three years of sentencing; an additional $150 million shall be paid within four years of sentencing; and the remainder shall be paid within five years of sentencing.

    As to count 14, the maximum statutory fine of $500,000 pursuant to 18 U.S.C. § 3571(c) shall be payable to the Clerk, United States District Court, Eastern District of Louisiana and shall be paid within 60 days of sentencing.