1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4

UNITED STATES OF AMERICA          *     Docket 12-CR-292
5                                  *
versus                            *     Section R
6                                  *
BP EXPLORATION & PRODUCTION, INC. *     January 29, 2013
7    *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

8

9
          TRANSCRIPT OF PLEA AND SENTENCING HEARING
10          BEFORE THE HONORABLE SARAH S. VANCE
               UNITED STATES DISTRICT JUDGE
11

12   Appearances:

13

14   For the United States:     U.S. Department of Justice,
                                   Criminal Division
                                BY:   JOHN D. BURETTA, ESQ.
15                                    COLIN L. BLACK, ESQ.
                                      DEREK A. COHEN, ESQ.
16                                    SCOTT MICHAEL CULLEN, ESQ.
                                      ROHAN A. VIRGINKAR, ESQ.
17                              400 Poydras Street, Suite 1000
                                New Orleans, Louisiana 70130
18

19   For BP Exploration &       Kirkland & Ellis, LLP
     Production, Inc.:          BY:  MARK FILIP, ESQ.
20                              300 N. Lasalle
                                Chicago, Illinois 60654
21

22   For BP Exploration &       Kirkland & Ellis, LLP
     Production, Inc.:          BY:   HENRY DEPIPPO, ESQ.
23                              601 Lexington Avenue
                                New York, New York 10022
24

25

```
 1   For BP Exploration &          Gibson Dunn & Crutcher, LLP
     Production, Inc.:             BY:  F. JOSEPH WARIN, ESQ.
 2                                 1050 Connecticut Avenue, N.W.
                                   Washington, D.C. 20036
 3

 4   For BP Exploration &          Capitelli & Wicker
     Production, Inc.:             BY:  RALPH CAPITELLI, ESQ.
 5                                      BRIAN J. CAPITELLI, ESQ.
                                   1100 Poydras Street, Suite 2950
 6                                 New Orleans, Louisiana 70163

 7
     For BP Exploration &          BP America, Inc.
 8   Production, Inc.:             BY:  ANJALI CHATURVEDI, ESQ.
                                   1101 New York Avenue, N.W.
 9                                 Washington, D.C. 20005

10
     Official Court Reporter:      Toni Doyle Tusa, CCR, FCRR
11                                 500 Poydras Street, Room HB-406
                                   New Orleans, Louisiana 70130
12                                 (504) 589-7778
                                   Toni_Tusa@laed.uscourts.gov
13

14

15
     Proceedings recorded by mechanical stenography using
16   computer-aided transcription software.

17

18

19

20

21

22

23

24

25
```

**<u>PROCEEDINGS</u>**

**(January 29, 2013)**

(The following proceedings were held in open court.)

**THE COURT:**  Before we get started, I want to tell you all good morning and welcome to federal court.  I also want to make sure that everybody who has a cell phone has it turned off and that you understand there's no video or audio recording, no use of the Internet, no use of social networks, and that you will remain in your seats unless you have been recognized to speak; or if you have to leave the courtroom, of course, you can leave the courtroom.  I know everybody will follow these rules.  It will make the hearing go much more smoothly.

Whose phone is that?  Is that phone off?  Raise your hand if that's your phone.  I feel like a first grade teacher.  If that's your phone, please turn it off.

Call the case, please.

**THE DEPUTY CLERK:**  Criminal Case 12-292, United States of America versus BP Exploration & Production, Inc.

**THE COURT:**  This is a hearing on the guilty plea of BP Exploration & Production Co., Inc.  BP has agreed with the government to plead guilty to the 14 counts of the bill of information in exchange for a specific sentence.

Under the Crime Victims' Rights Act, any crime victim has the right to notice of any public court proceeding

involving the crimes of the accused and to attend and to be reasonably heard at the proceeding.  In recognition of those rights, the Court has invited any victim that wishes to be heard about the plea or the agreed sentence to send their written submission to the Court.  The Court also indicated it would hear from any victim who wishes to be reasonably heard today.

Has the government notified the victims and their families of the proposed plea agreement and today's proceedings?

**MR. BURETTA:**  Yes, Your Honor.

**THE COURT:**  The Court understands that certain victims and their family members wish to be heard today, and they will have the opportunity to do so at the appropriate time during today's proceedings.

As I mentioned, the government and BP have reached a plea agreement in which they agreed that BP would plead guilty to all of the 14 counts of the bill of information in exchange for a specific sentence.  The Court may accept or reject the plea agreement and the specific sentence provided in the agreement.

If it accepts the agreement, it must impose the sentence the parties agreed to.  If it rejects the agreement, BP must be allowed to withdraw from its agreement to plead guilty.

10:02   1          Under federal law the Court may not become
10:02   2   involved in plea negotiations.  In order for me to determine
10:03   3   whether to accept the plea agreement, I ordered the preparation
10:03   4   of a presentence investigation report, which I have reviewed.
10:03   5   I have also asked the government and BP to submit briefs
10:03   6   explaining why they contend that the plea agreement adequately
10:03   7   reflects the seriousness of the offenses and satisfies the
10:03   8   statutory purposes of sentencing.  I have read and considered
10:03   9   their submissions.  I have also invited the views of the
10:03  10   victims, which I have received in writing and reviewed or will
10:03  11   hear from today.  I have also considered the law as it applies
10:03  12   to the charges at issue in these types of proceedings.
10:03  13          Now let me explain to you what must take place
10:03  14   at a hearing like this.  Before I determine whether to accept a
10:03  15   plea of guilty, I must determine whether the defendant is
10:03  16   pleading guilty knowingly and voluntarily.  I must determine
10:03  17   that BP understands the nature of the charges against it, the
10:03  18   nature of the penalties it would be exposed to upon conviction
10:04  19   of the offenses after trial, and the nature of the rights that
10:04  20   it waives by pleading guilty.
10:04  21          When there's a plea agreement, I have to
10:04  22   ascertain that the defendant understands the terms and
10:04  23   conditions of the plea agreement and entered into it knowingly
10:04  24   and voluntarily.  Finally, I have to determine that there is a
10:04  25   factual basis to conclude that the defendant committed the

10:04   1   crimes to which it agreed to plead guilty.

10:04   2          After that, I will hear the views of any victim

10:04   3   who wishes to be reasonably heard on the proposed plea

10:04   4   agreement and the sentence.  Once I have done so, we will take

10:04   5   a recess; and when I come back, I will announce whether or not

10:04   6   I accept the plea agreement.  If I accept the plea agreement,

10:04   7   we will proceed immediately to sentencing.

10:04   8          With that background, we will proceed with the

10:04   9   hearing.  Who is here on behalf of the government?

10:04   10          **MR. BURETTA:**  Good morning, Your Honor.  John Buretta

10:04   11   and Derek Cohen for the United States.

10:04   12          **THE COURT:**  Good morning.

10:04   13          Who is here on behalf of BP?

10:04   14          **MR. FILIP:**  Good morning, Your Honor.  Mark Filip,

10:04   15   Joe Warin, Henry DePippo, Ralph Capitelli, Brian Capitelli, and

10:05   16   Anjali Chaturvedi on behalf of BP.

10:05   17          **THE COURT:**  Has the board of directors of British

10:05   18   Petroleum -- I'm going to call British Petroleum "BP," and we

10:05   19   all know who we are talking about.

10:05   20          Is there a corporate resolution by the board of

10:05   21   directors authorizing someone to enter a plea of guilty on

10:05   22   behalf of BP?

10:05   23          **MR. FILIP:**  Yes, Your Honor.  Docket Entry 2,

10:05   24   Exhibits C and D are resolutions of BP and BP Exploration &

10:05   25   Production that authorizes all the proceedings here today and

10:05   1    the entry of the plea.

10:05   2            THE COURT:  Who do they authorize to appear and enter

10:05   3    the plea today?

10:05   4            MR. FILIP:  Me.

10:05   5            THE COURT:  Then come up here.

10:05   6            Would you please swear in Mr. Filip.

10:05   7            (Mark Filip was duly sworn.)

10:05   8            THE DEPUTY CLERK:  Please state your name for the

10:05   9    record, sir.

10:06   10           MR. FILIP:  Mark, M-A-R-K; Filip, F-I-L-I-P.

10:06   11           THE COURT:  Mr. Filip, Counts 1 through 11 and 14 of

10:06   12   the bill of information are felony counts which require a grand

10:06   13   jury indictment.  Is there a waiver of indictment?

10:06   14           MR. FILIP:  There is, Your Honor.

10:06   15           THE COURT:  That's in the record?

10:06   16           MR. FILIP:  Yes, Your Honor.

10:06   17           THE COURT:  Before entering the plea, do you wish to

10:06   18   have the bill of information read to you?

10:06   19           MR. FILIP:  No.  We would waive formal reading,

10:06   20   Your Honor.

10:06   21           THE COURT:  How does BP wish to plead to the

10:06   22   14 counts of the bill of information?

10:06   23           MR. FILIP:  BP wishes to plead guilty pursuant to the

10:06   24   Rule 11(c)(1)(C) plea.

10:06   25           THE COURT:  Before I accept this plea, I am required

10:06   1   to ask you certain questions.  If you don't understand any
10:06   2   question, you can ask me to explain it to you.  I feel
10:06   3   confident you will understand my questions.
10:06   4               Also, I want to advise you that since you are
10:06   5   under oath, any answer that you give in this proceeding can be
10:06   6   used against you later in a prosecution for perjury or false
10:06   7   statement.  Do you understand that?
10:06   8            MR. FILIP:  Understood.  Understood, Your Honor.
10:06   9            THE COURT:  Have you received a copy of the bill of
10:06  10   information?
10:06  11            MR. FILIP:  We have.
10:06  12            THE COURT:  Have you read it?
10:07  13            MR. FILIP:  Yes.
10:07  14            THE COURT:  Counts 1 through 11 of the bill of
10:07  15   information charge that the defendant committed 11 felony
10:07  16   counts of seaman's manslaughter under 18 U.S.C. § 1115.  Each
10:07  17   manslaughter count carries a maximum possible sentence of a
10:07  18   fine of the greatest of $500,000 or the greater of twice the
10:07  19   gross gain or loss resulting from the offense, five years
10:07  20   probation, and a $400 special assessment.
10:07  21               Count 12 of the bill of information charges that
10:07  22   the defendant committed a misdemeanor violation of the
10:07  23   Clean Water Act under 33 U.S.C. §§ 1321(b)(3) and
10:07  24   1319(c)(1)(A). The Clean Water Act count carries a maximum
10:07  25   possible sentence of a fine of the greatest of $200,000,

10:07  1  $25,000 per day of violation, or the greater of twice the gross

10:07  2  gain or loss resulting from the offense, five years probation,

10:07  3  and a $125 special assessment.

10:08  4  Count 13 of the bill of information charges that

10:08  5  the defendant committed a misdemeanor violation of the

10:08  6  Migratory Bird Treaty Act, 16 U.S.C. §§ 703 and 707(a).  The

10:08  7  Migratory Bird Treaty Act count carries a maximum possible

10:08  8  sentence of a fine of the greatest of $15,000 or the greater of

10:08  9  twice the gross gain or loss resulting from the offense, five

10:08  10  years probation, and a $50 special assessment.

10:08  11  Count 14 of the bill of information charges the

10:08  12  defendant with a felony count of obstruction of justice under

10:08  13  18 U.S.C. § 1505.  The obstruction count carries a maximum

10:08  14  possible sentence of a fine of the greatest of $500,000 or the

10:08  15  greater of twice the gross gain or loss resulting from the

10:08  16  offense, five years probation, and a $400 special assessment.

10:08  17  Do you understand the charges against the

10:08  18  company and the maximum penalties associated with those

10:08  19  charges?

10:08  20  **MR. FILIP:**  Yes, Your Honor.

10:08  21  **THE COURT:**  Do you also understand that there are no

10:08  22  federal sentencing guidelines applicable to these charges, and

10:09  23  the Court would consult 18 U.S.C. §§ 3553, 3571, and 3572 to

10:09  24  fashion a sentence?

10:09  25  **MR. FILIP:**  Yes, Your Honor.

10:09  1          **THE COURT:**  Does the company understand that it has a

10:09  2  right to plead not guilty to these charges?

10:09  3          **MR. FILIP:**  Yes, Your Honor.

10:09  4          **THE COURT:**  Do you fully understand that if I accept

10:09  5  BP's plea of guilty, BP would not be entitled to a trial and

10:09  6  the government would not be required to prove that the company

10:09  7  is guilty?

10:09  8          **MR. FILIP:**  Yes, Your Honor.

10:09  9          **THE COURT:**  Do you understand that if BP pled not

10:09  10  guilty, it would be entitled to a speedy and public trial by a

10:09  11  jury of 12 persons or a trial by the judge if a jury trial is

10:09  12  waived?

10:09  13          **MR. FILIP:**  Yes, Your Honor.

10:09  14          **THE COURT:**  Do you understand that if BP pled not

10:09  15  guilty, it would have the right to the assistance of counsel

10:09  16  and to confront and cross-examine the witnesses against the

10:09  17  organization?

10:09  18          **MR. FILIP:**  Yes, Your Honor.

10:09  19          **THE COURT:**  Before BP could be found guilty of

10:09  20  Counts 1 through 11, the government would be required to prove

10:09  21  beyond a reasonable doubt the following facts:

10:09  22          First, that the defendant was an owner,

10:10  23  charterer, inspector, or other public officer of a vessel;

10:10  24  second, that the defendant was guilty of fraud, neglect,

10:10  25  connivance, misconduct, or violation of law; and third, that by

10:10  1   reason of such fraud, neglect, connivance, or violation of law,

10:10  2   a person died.

10:10  3           Do you understand that's what the government

10:10  4   would have had to have proved to obtain a conviction on

10:10  5   Counts 1 through 11?

10:10  6           **MR. FILIP:**  Yes, Your Honor.

10:10  7           **THE COURT:**  Before BP could be found guilty of

10:10  8   Count 12, the government would be required to prove beyond a

10:10  9   reasonable doubt the following facts:

10:10  10          That the defendant, by negligence, discharged

10:10  11  oil or hazardous substances into or upon the waters of the

10:10  12  United States, adjoining shorelines, or into or upon waters of

10:10  13  the contiguous zone, or in connection with activities under the

10:10  14  Outer Continental Shelf Lands Act or the Deepwater Port Act of

10:10  15  1974, or which may affect natural resources belonging to,

10:11  16  appertaining to, or under the exclusive management authority of

10:11  17  the United States in such quantities as are determined to be

10:11  18  harmful by the President.

10:11  19          Do you understand that's what the government

10:11  20  would have had to have proved to obtain a conviction on

10:11  21  Count 12?

10:11  22          **MR. FILIP:**  Yes, Your Honor.

10:11  23          **THE COURT:**  Before BP could be found guilty of

10:11  24  Count 13, the government would be required to prove beyond a

10:11  25  reasonable doubt the following facts:

First, the defendant took or killed any
migratory bird, any part, nest, or egg of any such bird, or any
product, whether or not manufactured, which consists or is
composed in whole or in part of any such bird or any part,
nest, or egg thereof, and that such bird was included in the
terms of a convention between the United States and
Great Britain, Mexico, Japan, or the former Soviet Union for
the protection of migratory birds, all as provided in
16 U.S.C. § 703.

Do you understand that's what the government
would have had to have proved to obtain a conviction on
Count 13?

**MR. FILIP:**  Yes, Your Honor.

**THE COURT:**  As to Count 14, the government would have
to prove beyond a reasonable doubt the following facts:

First, that there was a proceeding pending
before either house of Congress of the United States; second,
that the defendant was aware of the proceeding; and third, that
the defendant intentionally endeavored corruptly to influence,
obstruct, or impede the pending proceeding.

Do you understand that's what the government
would have had to have proved on Count 14?

**MR. FILIP:**  Yes, Your Honor.

**THE COURT:**  Do you understand that if BP went to
trial, it would be presumed innocent?

10:12  1        **MR. FILIP:**  Yes, Your Honor.

10:12  2        **THE COURT:**  Do you understand that if BP went to

10:12  3   trial, it would be entitled to present evidence and to subpoena

10:12  4   witnesses to testify in its defense?

10:12  5        **MR. FILIP:**  Yes, Your Honor.

10:12  6        **THE COURT:**  Do you understand that if BP were tried

10:12  7   by a jury on a plea of not guilty, all 12 of the jurors would

10:12  8   have to agree on its guilt before it could be found guilty?

10:12  9        **MR. FILIP:**  Yes.  Yes, Your Honor.

10:12  10       **THE COURT:**  Do you understand that a guilty plea to

10:12  11  the charges in the bill of information waives all of the rights

10:12  12  I just outlined?

10:12  13       **MR. FILIP:**  Yes, Your Honor.  All those things, for

10:12  14  the record, have been explained to the board of the defendant,

10:12  15  as reflected in the resolution in the docket.

10:13  16       **THE COURT:**  That was my next question.

10:13  17       **MR. FILIP:**  Oh, I'm sorry.  I apologize.

10:13  18       **THE COURT:**  That's all right.  You're just too smart

10:13  19  for me.

10:13  20             You will confirm that all of the matters that we

10:13  21  have just gone over have been explained to the board of British

10:13  22  Petroleum before they consented to enter this plea?

10:13  23       **MR. FILIP:**  Yes, Your Honor.  Exhibit C and D both

10:13  24  reflect that in the record, yes, Your Honor.

10:13  25       **THE COURT:**  I understand that's been explained to the

10:13  1    board.

10:13  2              Has BP's counsel had a full opportunity to

10:13  3    investigate the facts and the law that apply to this case as

10:13  4    well as any possible defenses it might have?

10:13  5              MR. FILIP:  Yes, Your Honor.

10:13  6              THE COURT:  Are you satisfied that BP's decision to

10:13  7    plead guilty is knowingly and voluntarily made?  I'm asking you

10:13  8    that as counsel.

10:13  9              MR. FILIP:  I am, yes, Your Honor.

10:13 10              THE COURT:  Have you had sufficient opportunity to

10:13 11    conduct an investigation and satisfy yourself on all those

10:13 12    matters?

10:14 13              MR. FILIP:  Yes, Your Honor.

10:14 14              THE COURT:  Now I want to ask you certain questions

10:14 15    about the plea agreement.

10:14 16              Have you read the plea agreement?

10:14 17              MR. FILIP:  Yes, Your Honor.

10:14 18              THE COURT:  Have you gone over it with BP, and has it

10:14 19    been explained to BP?

10:14 20              MR. FILIP:  Yes, Your Honor.

10:14 21              THE COURT:  Does BP understand the terms and

10:14 22    conditions of the agreement?

10:14 23              MR. FILIP:  Yes, Your Honor.

10:14 24              THE COURT:  Are there any agreements between BP and

10:14 25    the government concerning its plea other than what's in the

plea agreement?

        **MR. FILIP:**  No, there are not.

        **THE COURT:**  Has the company been influenced, induced, or persuaded in any manner to plead guilty because of any promises or threats made by anyone other than the promises in the plea agreement?

        **MR. FILIP:**  No, Your Honor.

        **THE COURT:**  Would the government advise the Court of the government's understanding of the plea agreement in this case.

        **MR. BURETTA:**  Yes, Your Honor.  The written plea agreement submitted to the Court on November 15, 2012, pursuant to Rule 11(c)(1)(C), provides for BP to waive its right to indictment and to plead guilty to 14 criminal counts, as Your Honor has outlined.

        The plea agreement requires BP to pay a total of $4 billion in criminal fines and other criminal recoveries. Under the agreement, BP is not permitted to receive any tax benefit from its payments.

        The agreement also requires BP to cooperate fully and truthfully with the *Deepwater Horizon* Task Force. The agreement provides for five years of probation and sets forth numerous detailed special conditions of probation including, among others, those set forth in a 21-page proposed order, which would impose detailed deepwater drilling safety

1   requirements, a process safety monitor, an ethics monitor, and
2   other requirements.

3           Under the terms of the plea agreement, BP waives
4   its right to appeal or otherwise challenge its conviction and
5   sentence.  Subject to other provisions of the plea agreement,
6   the government agrees to bring no further charges beyond the
7   14 counts Your Honor has described.

8           The plea agreement is, as Your Honor notes,
9   subject to the Court's approval; and should the Court decline
10  to accept a guilty plea on the terms set forth in the plea
11  agreement, BP is entitled to withdraw its plea of guilty.

12          THE COURT:  Mr. Filip, is BP's understanding of the
13  plea agreement the same as the government's?

14          MR. FILIP:  It is.

15          THE COURT:  Does BP understand that under its plea
16  agreement with the government, it has expressly agreed to waive
17  its right to appeal or collaterally challenge its conviction
18  and sentence if the plea agreement is accepted?

19          MR. FILIP:  The defendant understands, Your Honor.

20          THE COURT:  Have you explained to your client its
21  appeal rights and the effect of waiving its appeal rights?

22          MR. FILIP:  I have.

23          THE COURT:  Does BP Exploration & Production Company
24  understand that although the government has agreed that BP will
25  pay criminal fines, be placed on probation for five years, will

| | | |
|---|---|---|
| 10:16 | 1 | make certain other payments and take certain remedial measures |
| 10:16 | 2 | as conditions of probation, and that the government will not |
| 10:17 | 3 | further prosecute the defendant, BP or other BP PLC entity, |
| 10:17 | 4 | including all predecessors, successors, and assigns of any of |
| 10:17 | 5 | them, for any conduct regarding any matters under investigation |
| 10:17 | 6 | by the *Deepwater Horizon* Task Force relating to the |
| 10:17 | 7 | *Deepwater Horizon* blowout, explosion, oil spill, and response, |
| 10:17 | 8 | I'm not bound to accept the plea agreement? |
| 10:17 | 9 | MR. FILIP:  That's understood, Your Honor. |
| 10:17 | 10 | THE COURT:  Does the company understand that if I |
| 10:17 | 11 | reject the plea agreement, it will be permitted to withdraw its |
| 10:17 | 12 | guilty plea? |
| 10:17 | 13 | MR. FILIP:  Understood, Your Honor. |
| 10:17 | 14 | THE COURT:  Does the company also understand that if |
| 10:17 | 15 | I reject the agreement and it persists in pleading guilty or is |
| 10:17 | 16 | found guilty after trial, it could be treated less favorably |
| 10:17 | 17 | than would have resulted under the plea agreement? |
| 10:17 | 18 | MR. FILIP:  Understood, Your Honor. |
| 10:17 | 19 | THE COURT:  Will counsel for the government please |
| 10:17 | 20 | describe the factual basis for the guilty plea. |
| 10:17 | 21 | MR. BURETTA:  Yes, Your Honor.  We have set forth as |
| 10:17 | 22 | an attachment to the guilty plea agreement a proposed |
| 10:17 | 23 | allocution by BP.  In essence, if Your Honor would like, as a |
| 10:17 | 24 | summary as to Counts 1 through 11, which charge seaman's |
| 10:18 | 25 | manslaughter, the factual basis is that well site leaders, |

10:18  1   which were BP employees and the highest-ranking individuals for

10:18  2   BP based on the *Deepwater Horizon*, engaged in negligence which

10:18  3   was a proximate cause of the loss of life on April 20, 2010.

10:18  4          As to Count 12, which charges a violation of the

10:18  5   Clean Water Act, as well as Count 13 with respect to the

10:18  6   Migratory Bird Treaty Act, the factual basis is that same

10:18  7   conduct negligently caused the discharge of oil and also leads

10:18  8   to the loss of life of various migratory birds in the Gulf of

10:18  9   Mexico.

10:18  10         With respect to Count 14, which charges

10:18  11  obstruction of Congress, the factual basis includes that a

10:18  12  senior executive in the defendant, who prepared responses for

10:18  13  Congress, who was investigating and had a proceeding pending

10:18  14  with respect to the amount of oil flowing into the Gulf of

10:18  15  Mexico, made false statements to Congress and withheld material

10:18  16  information and otherwise endeavored to affect and obstruct

10:19  17  that congressional proceeding.

10:19  18         **THE COURT:**  Mr. Filip, have you read the factual

10:19  19  basis?

10:19  20         **MR. FILIP:**  I have read the factual basis and the

10:19  21  full written Exhibit A in Docket 2, and BP accepts the written

10:19  22  factual basis, which both we and the government believe is

10:19  23  sufficient to meet all the statutory elements.

10:19  24         **THE COURT:**  So the statements in the factual basis

10:19  25  are true?  Is that what you are telling me?

10:19  1          **MR. FILIP:**  Correct, Your Honor.

10:19  2          **THE COURT:**  The Court accepts the factual basis for

10:19  3    the guilty plea.

10:19  4               I think there was one other matter.  Is there a

10:19  5    representative of Fish and Wildlife?  Is there someone here

10:19  6    from Fish and Wildlife?

10:19  7          **MR. BURETTA:**  There is, Your Honor, from the National

10:19  8    Fish and Wildlife Foundation.  I believe the CEO is present.

10:19  9    Should I have him approach, Your Honor?

10:20  10         **THE COURT:**  Yes, you may.

10:20  11         **THE DEPUTY CLERK:**  Good morning, sir.  Please state

10:20  12   your name for the record.

10:20  13         **MR. TRANDAHL:**  Jeff Trandahl, T-R-A-N-D-A-H-L.

10:20  14         **THE COURT:**  I understand the National Fish and

10:20  15   Wildlife Foundation is to receive over $2 billion pursuant to

10:20  16   the terms of the plea agreement, and the plea agreement

10:20  17   provides that it's to distribute the money in accordance with a

10:20  18   specific formula on a specific schedule.  I would like to

10:20  19   understand what your position is on that as to whether or not

10:20  20   you're committed to follow that order and that agreement.

10:20  21         **MR. TRANDAHL:**  Yes, we are more than prepared to

10:20  22   implement precisely, as laid out in the plea, the allocation to

10:20  23   the states as well as identify projects, work efficiently and

10:21  24   effectively with regard to transparency.

10:21  25         **THE COURT:**  So you agree to be bound by the terms of

10:21    1    that agreement?

10:21    2            MR. TRANDAHL:  Yes.

10:21    3            THE COURT:  You may sit down, sir.  Thanks.

10:21    4                At this point I would like to hear more from the

10:21    5    parties.  You all can sit down.

10:21    6                I understand there's a representative of BP who

10:21    7    would like to make a statement.  Is that correct?

10:21    8            MR. FILIP:  Yes, Your Honor.  If I might, Mr. Luke

10:21    9    Keller is here.  He is a 36-year veteran of BP and its heritage

10:21   10    companies, including Amoco and the Atlantic Richfield Company.

10:21   11    He is the vice president of BP America, previously served as

10:21   12    the executive vice president of the Gulf Coast Restoration

10:21   13    Organization.  He also previously served as chairman and

10:21   14    president of Atlantic Richfield, which is a BP PLC affiliate.

10:22   15    He was born in Nacogdoches, Texas.  He's a graduate of Texas

10:22   16    A&M.  He's here today, with the Court's indulgence, to speak to

10:22   17    the Court and the victims and to apologize.

10:22   18            THE COURT:  All right.  Mr. Keller.

10:22   19            MR. KELLER:  Your Honor, with the Court's permission,

10:22   20    I would like to address the Court, the families of the

10:22   21    deceased, and the victims of the *Deepwater Horizon* tragedy and

10:22   22    to apologize on behalf of BP.

10:22   23                I do not expect that anything I will or even can

10:22   24    say will ease the profound pain of the families of the 11 men

10:22   25    who died on April 20, 2010, on the *Deepwater Horizon* rig.

Especially having read the letters and other statements that the families sent to the Court, BP knows there's nothing we can say to diminish their loss.  No one can bring those fathers, husbands, sons, and brothers back, but I am here today to express our apology on behalf of the entire company.

We -- and by that I mean the men and the women of the management of BP, its board of directors, and its many employees -- are deeply sorry for the tragic loss of the 11 men who died and the others who were injured that day.  Our guilty plea makes clear BP understands and acknowledges its role in that tragedy, and we apologize.  BP apologizes to all those injured and especially to the families of the lost loved ones.

BP is also sorry for the harm to the environment that resulted from the spill, and we apologize to the individuals and communities who were injured.  BP understands the role we played in the tragic accident, and we are doing what we can to prevent something like this from happening again.  To that end, BP has tried and will continue to try to make itself a safer and stronger company and lead the drilling industry in safe and compliant operations.

We have also continued to share the lessons learned from the accident and response with the industry, with the regulators around the world, and to provide governments and industry the opportunity to improve safety practices.  I mention this not to ask for praise but to convey that, as an

10:24  1    institution, BP cares deeply and is working to do better,
10:24  2    indeed to set a new standard and adopt new practices so that
10:24  3    operations in the Gulf and everywhere we operate are safer.
10:24  4              We at BP will not forget what happened on
10:24  5    April 20, 2010.  The lives lost and those forever changed will
10:24  6    stay with us.  We are truly sorry.  We understand we will be
10:24  7    judged by our actions and not the words I say here today, but
10:24  8    we do apologize and express our continuing commitment to
10:25  9    improve.
10:25  10             Your Honor, thank you for giving me the
10:25  11   opportunity to say these words of apology on behalf of BP.
10:25  12        THE COURT:  Thank you.
10:25  13             The Court will now hear from any victim who
10:25  14   would like to be reasonably heard.  I have asked the victims to
10:25  15   notify the U.S. attorney's victim witness coordinator, and we
10:25  16   have some individuals with us here this morning.  So we will
10:25  17   start with -- is Mr. Anderson here?  Mr. Anderson.
10:25  18             We would like to ask you to keep your remarks to
10:25  19   about five minutes.
10:25  20        MR. ANDERSON:  They are not that long, Your Honor.
10:25  21        THE DEPUTY CLERK:  Sir, if you will please state your
10:25  22   name for the record.
10:25  23        MR. ANDERSON:  Billy Anderson.
10:25  24        THE DEPUTY CLERK:  Thank you, sir.
10:25  25        MR. ANDERSON:  I'm just going to read just a brief

10:25  1    statement.  And with the apology and all that, some of the

10:25  2    things I've got to say probably won't sit real well with this

10:25  3    side, but I'm a father --

10:25  4              THE COURT:  You say what you need to say.

10:25  5              MR. ANDERSON:  I'm a father, and I am still pretty

10:26  6    upset.

10:26  7              My name is Billy Anderson.  My son was Jason

10:26  8    Anderson, one of the 11 men killed on the rig, the explosion on

10:26  9    the *Deepwater Horizon*.  He was a senior toolpusher.

10:26  10             These men suffered a horrendous death.  We had

10:26  11   to watch it on TV.  They were basically cremated alive and not

10:26  12   at their choice.

10:26  13             BP's plea of guilty and a fine of $4 billion may

10:26  14   be a record fine, but we are not here today to set records.  We

10:26  15   are here to punish BP and the individuals responsible for the

10:26  16   decisions that caused the death of these men.  That's what we

10:26  17   are here for.

10:26  18             To punish a corporation, you must do the same

10:26  19   thing you do to punish a child, a student, or anyone else, a

10:26  20   wrongdoer.  The first thing you have to do is get their

10:26  21   attention.  And the way this deal is operated, the only way to

10:27  22   get that attention is by making them pay an amount that they

10:27  23   will feel and not just pay and continue to do business as

10:27  24   usual.

10:27  25             The first thing they did was invoke the Death on

10:27  1    the High Seas Act and the Jones Act to limit their liability to
10:27  2    the victims' families.  The first thing they should have done
10:27  3    was came out and said, "We are going to take care of these
10:27  4    people and we are going to take care of the environment."
10:27  5    Right then they have got a positive impact and a positive look
10:27  6    to everybody that saw what went on.
10:27  7              Instead, they did this.  By doing this, they
10:27  8    eliminated the parents to be able to sue, the siblings, the
10:27  9    brothers, the sisters.  The spouses were named as the family,
10:27  10   so everybody on the news, whenever they said, "We took care of
10:27  11   the families," they all out there in the United States think
10:27  12   the families have been taken care.  That's not the case.  The
10:27  13   spouses were taken care of, but the limitations even hurt them
10:28  14   because they could not get probably what they really should
10:28  15   have been awarded for them and their children, and my grandkids
10:28  16   were two of them.
10:28  17             So once again, this is all about money.  As the
10:28  18   gentleman just said, they took away sons, husbands, fathers,
10:28  19   and brothers that we can never replace or get back.  Not to be
10:28  20   able to see my grandchildren grow up, be there for them when
10:28  21   they need him, there's no way.
10:28  22             Before felons are allowed to walk when they take
10:28  23   a plea bargain, they have to pay restitution to those they
10:28  24   hurt.  My question is:  When are we going to get taken care of
10:28  25   as parents, brothers, and sisters?

10:28  1          Your Honor, I really thank you for the time.

10:29  2  This is hard to do.

10:29  3          THE COURT:  I'm sure it is.

10:29  4          MR. ANDERSON:  But these people need to understand

10:29  5  what they have done to us as families.  Thank you for your

10:29  6  time.

10:29  7          THE COURT:  Thank you for your comments,

10:29  8  Mr. Anderson.

10:29  9          Who is next?

10:29  10          THE DEPUTY CLERK:  Shelley Anderson.

10:29  11          THE COURT:  Shelley Anderson.

10:29  12          THE DEPUTY CLERK:  Good morning, ma'am.  Please state

10:29  13  your name for the record.

10:29  14          MS. ANDERSON:  Shelley Anderson.

10:29  15          Your Honor, I apologize.  Before I wrote this, I

10:29  16  didn't understand the five-minute rule.  You will have to stop

10:29  17  me because I can't cut anything out.

10:29  18          THE COURT:  Proceed.

10:29  19          MS. ANDERSON:  The words "torturous inferno of grief"

10:29  20  come to mind when I think about the last three years.  Agony.

10:29  21  Heartbreak.  Depression.  I am truly amazed at my strength and

10:30  22  my faith and the power of prayers, me and other people.  Two

10:30  23  things that allow me to get up every morning, prayer and my

10:30  24  faith, the prayers of well-wishers and family people and

10:30  25  strangers even.

10:30   1          I first learned of the *Deepwater Horizon* oil rig

10:30   2   explosion on the local TV news when I was getting my little

10:30   3   girl ready for preschool, more than nine hours after the actual

10:30   4   event.   I didn't believe it and I dismissed it because Jason

10:30   5   taught his oil field wife that no news is good news.

10:30   6          When I first contacted Transocean, I was only

10:30   7   told that the rig had to be evacuated.   No other details were

10:30   8   released.   No one could tell me where Jason was or how he was

10:30   9   accounted for.   We waited by the phone for news.   Information

10:30   10  arrived that some people were critically injured.   We watched

10:31   11  the TV as people were evacuated, trying to get a glimpse of the

10:31   12  video, that maybe it might be Jason.

10:31   13         I watched reunions of husbands and brothers and

10:31   14  father and sons who had been evacuated, and I received phone

10:31   15  calls from Jason's friends asking if he was off the rig.   I

10:31   16  even asked Transocean where I had to go in Louisiana to pick up

10:31   17  my husband.   They told me not to come.   I wondered why they

10:31   18  told me not to come but they had told the other wives to go.

10:31   19         I only learned that Jason was one of the missing

10:31   20  ones -- the whole time we had been watching it on TV.   I later

10:31   21  learned that Transocean knew a few short hours after the

10:31   22  explosion that Jason was one of the missing, but they never

10:31   23  gave me this information.

10:31   24         The Coast Guard continued their search after the

10:31   25  expected survival time.   As required, they issued a letter of

presumed death instead of a death certificate.

The Monday after, I was taking my little girl to school, and she asked me if her daddy was in heaven.  I didn't know what to tell her and asked her why she thought that, and she said because her daddy told her he was in heaven.

**THE COURT:**  Do you need some water?

**MS. ANDERSON:**  The day that Lacy came home from the hospital, Jason started planning that little girl's wedding, walking her down the aisle, dancing with her, teaching her to boom a deer.  He talked about all of those things.

And he wasn't there at her first dance recital, and he wasn't there at preschool graduation, and he wasn't there walking with me to the first day of kindergarten.  He wasn't there that first night when she got to cheer on the football field that he used to play on.  He was not there when the training wheels came off her bike.  He is not ever going to be there.  We are not ever going to be together as a family, as we should be.

I watch our son River as he runs through the house and he calls his dad's name.  I just hope that he can have some remembrance of his daddy.  And having to explain to him why his daddy is not coming home and how Jason is not going to be there to teach all the things that you're supposed to teach your son how to do.  And so proud Jason would be if he saw his name in the newspaper because he was going to play

10:34   1   football at the same place Jason did.  He looks just like

10:34   2   Jason.  He acts just like him.  He talks like him and walks

10:34   3   like him.  He has the same crooked smile, and he closes his

10:34   4   eyes when he smiles really big.

10:34   5            I'm sorry.

10:34   6            THE COURT:  Go ahead.  It's okay.  Go ahead and

10:34   7   finish.

10:34   8            MS. ANDERSON:  I will stop there.

10:34   9            THE COURT:  You don't have to stop.  Go ahead and

10:34   10  finish what you want to say.

10:34   11            MS. ANDERSON:  I told River that I had to come here

10:34   12  to do something for Daddy, and he got very excited.  He said,

10:34   13  "Mommy, I want to go too.  I want to see my daddy."

10:34   14            He turned four last week.  And I tried as hard

10:35   15  as I could to explain to him that his daddy was not here and

10:35   16  his daddy was never going to be here but that I was coming here

10:35   17  to do something for his daddy.

10:35   18            I know that you have read what I have written,

10:35   19  and I thank you for letting me speak today.  I respect the

10:35   20  five-minute rule, and I thank you very much for allowing me to

10:35   21  be here.

10:35   22            THE COURT:  Thank you very much for your comments.

10:35   23  I'm really sorry about your loss.

10:35   24            MS. ANDERSON:  Thank you.

10:35   25            Who is next?  Mr. Jones.

10:35    1          **THE DEPUTY CLERK:**   Before we start, let's get your

10:35    2    name for the record.

10:35    3          **MR. JONES:**   My name is Keith Jones.

10:35    4            Good morning, Your Honor.   I'm Keith Jones.

10:36    5    Gordon Jones was my son.   Gordon was a mud engineer on the

10:36    6    *Deepwater Horizon.*   I would introduce Your Honor to Gordon's

10:36    7    mom Missy and his big brother Chris, both of whom submitted

10:36    8    statements to you.

10:36    9          **THE COURT:**   I've read them.

10:36   10          **MR. JONES:**   What I'm not upset about as a lawyer is

10:36   11    the plea as to what they are pleading to.   Even though BP

10:36   12    pleads only to ordinary negligence, it is a curiosity to me

10:36   13    that this statute that was called seaman's manslaughter

10:36   14    requires only ordinary negligence, not even gross negligence,

10:36   15    let alone criminal negligence before you're guilty of it.   That

10:36   16    being said --

10:36   17          **THE COURT:**   It is criminal negligence or they

10:36   18    couldn't be convicted.

10:36   19          **MR. JONES:**   Well, but there's no standard set forth

10:36   20    in the statute, that I understood, requiring the level of

10:36   21    criminal negligence that is normally associated with the

10:37   22    standards of relative negligence.   But that doesn't concern me,

10:37   23    quite frankly, because beginning February 25 there's going to

10:37   24    be a civil trial, and the world will know all of the evidence.

10:37   25    They are going to know all the evidence, not just about the

10:37     1    negative pressure test.  That's all BP pleads guilty to making
10:37     2    a mistake about today.
10:37     3            The negative pressure test performed on the rig
10:37     4    was only the last thing they did wrong in a fairly long series
10:37     5    of decisions made by BP, every time motivated by money, how to
10:37     6    make money faster.  Every decision was motivated by that, and
10:37     7    every decision led to this disaster.  This is and always has
10:37     8    been, long before April 20, 2010, all about money to BP.  It
10:37     9    was not about the safety of the men and women on that rig or,
10:38    10    for that matter, the property owners or citizens of the
10:38    11    Gulf Coast states.
10:38    12            Since it's all about money, what is this going
10:38    13    to cost BP?  $4 billion is a huge amount of money.  I can
10:38    14    scarcely comprehend it.  But it's a huge amount of money to me
10:38    15    and to you that it is not to BP.  It is petty cash to BP.
10:38    16    Their stock went up after this plea deal was announced.  They
10:38    17    will remain, I assume, financially healthy if this plea is
10:38    18    accepted.
10:38    19            It's bad enough that no one is actually serving
10:38    20    a sentence.  You can't put a corporation in jail.  We know
10:39    21    that.  And I know that the company men, the men on the rig
10:39    22    itself, BP's highest representatives, are being prosecuted.  I
10:39    23    would rather have seen many men, principally in BP's
10:39    24    headquarters in Houston, likewise prosecuted because of all the
10:39    25    prior decisions that were made based on money before the

negative pressure test.

What is the greatest insult, in my opinion, about this plea deal is that BP is given four years to pay it off.  That was mentioned.  No explanation has been given.  There can be only one reason to give BP four years to pay the money, and that is so it won't hurt so much.  So it won't hurt so much.  BP doesn't want to feel the pain, and they won't have to, not as much.  They will be able to spread it out over four years and not really suffer the way they might if they had to pay it all at once.  And that, Your Honor, I believe is wrong.

This is about punishment.  They pled guilty to 11 counts of manslaughter.  They killed 11 men, and they should be punished and they should feel the pain.  They shouldn't be able to negotiate the most favorable terms for the least pain they want to feel.  Whatever it is they have to pay, they need to pay with the immediacy that those men lost their lives.  They didn't lose their lives over a span of four years.  They lost it like that, and that's how BP should pay.

Thank you, Your Honor.

THE COURT:  Thank you very much, Mr. Jones.

Ms. Kemp-Robertson.

THE DEPUTY CLERK:  Good morning, ma'am.  Would you please state your name for the record.

MS. KEMP-ROBERTSON:  My name is Courtney Kemp-Robertson.

10:41  1          If you would, Your Honor, please indulge me a
10:41  2   little more than that five minutes.
10:41  3          I reside in my hometown of Jonesville,
10:41  4   Louisiana.  I was married to Roy Wyatt Kemp, who was killed on
10:41  5   the *Deepwater Horizon*.  Wyatt left behind his wife and two
10:41  6   daughters:  Kaylee, who was three years old at the time, and
10:41  7   Maddison, who was three months old.  He also left behind his
10:41  8   mother, siblings, and in-laws, not to mention nieces and
10:41  9   nephews.
10:41  10          In 1998, as sophomores in high school, Wyatt and
10:41  11   I began dating.  We were married on October 30, 2004.  Many
10:41  12   would say we grew up together.  Wyatt started working for
10:42  13   Transocean in 2006 and loved his job and quickly moved up the
10:42  14   ranks.
10:42  15          At the time of the incident, I was employed as
10:42  16   an investigator for the Department of Social Services' Office
10:42  17   of Community Services.  I was at work the last time I spoke to
10:42  18   Wyatt.  He called about noon on April 20, hours prior to the
10:42  19   explosion.  He told me that he had to go to Houston when he got
10:42  20   home in order to complete the interview and paperwork process
10:42  21   for his promotion.  He told me to kiss the girls for him, tell
10:42  22   them he'd be home soon.
10:42  23          Kaylee's birthday was three days prior to the
10:42  24   explosion.  We always counted down the time before Wyatt came
10:42  25   home.  She was eager for him to get home for more than one

10:42  1  reason because, of course, we had to have her birthday party.
10:42  2  So when I arrived home that afternoon, I relayed all the
10:43  3  messages.
10:43  4          On the morning of April 21, at approximately
10:43  5  4:30, I received a call from Transocean saying that there has
10:43  6  been an accident on the *Deepwater Horizon*, and I was told the
10:43  7  rig had been evacuated and Coast Guard was on the scene.  The
10:43  8  woman could not give me any further information, though I asked
10:43  9  how was my husband and where is he.  She did not tell me
10:43  10 anything else but, again, promised to stay in touch.
10:43  11          Hours came with no word, and my nightmare began.
10:43  12 I immediately called my parents.  My mom came and sat with me.
10:43  13 At about 6:00 a.m., I called Wyman Wheeler's wife Becky.  Wyman
10:43  14 and Wyatt rode back and forth to work together most of the
10:43  15 time.  She said that Wyman had called her and she was en route
10:44  16 to New Orleans because Wyman had been very badly injured and
10:44  17 was going to the hospital there.  He didn't know about any of
10:44  18 the other crew members except that it was bad.
10:44  19          I called the Transocean hotline that had been
10:44  20 established.  I was praying for any kind of news about my
10:44  21 husband, and none came.  At approximately 1:00 that afternoon,
10:44  22 I spoke to a man who worked at Transocean.  He informed me that
10:44  23 everyone had been accounted for, and no fatalities had been
10:44  24 reported.  As you can imagine, the people that had filled my
10:44  25 house jumped for joy, and we were all rejoicing, waiting on the

10:44   1   next phone call, knowing it would be Wyatt.

10:44   2           Only an hour or so later, about 2:00, our local

10:44   3   sheriff came to my home.  He gave me a phone number and told me

10:44   4   to call this woman.  He had done a little investigating

10:45   5   himself.  When I spoke to Ms. Debra Petitt of Transocean, she

10:45   6   told me that my husband was among 11 men missing and that she

10:45   7   would call me every hour with any news.

10:45   8           For two days we were led to believe that there

10:45   9   was still hope.  I was told men could have escaped in a life

10:45   10   capsule and the Coast Guard just needed more time to locate

10:45   11   them.  Three days after the explosion, another Transocean

10:45   12   employee came to my home and explained there was no way he

10:45   13   would have made it.  We were actually never told that "your

10:45   14   husband is dead."  We were only told that he was presumed dead.

10:45   15   But no body was ever recovered.

10:45   16           The last time my husband was home, he told my

10:46   17   dad, Dewitt Carpenter, they were having far too many problems

10:46   18   with the Macondo well.  The workers had nicknamed it the "well

10:46   19   from hell."  Other rigs had tried to drill it but were

10:46   20   unsuccessful, but the *Deepwater Horizon* had drilled the deepest

10:46   21   well in the Gulf of Mexico and the second largest in the world.

10:46   22   I'm assuming the record still stands.

10:46   23           I've learned from other crew members who were

10:46   24   working Wyatt was one of the ones to finish the drill, and the

10:46   25   next crew would come and rig down.  The drilling deadline had

long passed, and BP recognized that for every day they continued to drill, it cost the company more money.

From all the evidence that has surfaced since the explosion aboard the *Horizon*, it's obvious that this occurred because of pure gross negligence.  By cutting corners, BP was willing to gamble with the lives of 126 crew members to save a few dollars.  They gambled.

And you lost.

A couple of the wives and other family members made numerous trips to Washington, D.C., to try to change the Limitation of Liability Act and the Death on the High Seas Act. These were hundred-year-old laws that were obviously out of date.  And the emotional rollercoaster of repeatedly telling our stories to senators and congressmen is indescribable. However, we felt it needed to be done in order for something good to come from this tragedy.

While on the mission in Washington, I quickly learned how government operates and in many cases how money talks.  Our proposed bill was killed in the Senate.  While in D.C., I even fought to lift the moratorium in the Gulf.  I still don't believe that drilling should stop, but I do believe that we should have laws that are enforced, and severe sequences should be placed when broken.

To this day, the extent of communication between BP and myself was the two green plants that were sent to my

10:48   1   husband's memorial and the two men who were sent to represent

10:48   2   BP.  One of the men told me that he was sorry for my loss, and

10:48   3   the other one simply said, "We are from BP.  Where do we need

10:48   4   to sit?"

10:48   5           Although I have settled my case with BP, it

10:48   6   still doesn't seem like it's enough.  And please don't

10:48   7   misunderstand; I'm not trying to be greedy in any way.  There's

10:49   8   no amount of money that will bring Wyatt back.  But if it's

10:49   9   money that BP is worried about, then money is the only way to

10:49   10  punish them.

10:49   11          I don't feel that it was fair for me to have to

10:49   12  negotiate with someone like Ken Feinberg, who has no

10:49   13  affiliation with BP.  The sad thing is Mr. Feinberg probably

10:49   14  pocketed more money than all of the families' widows.  How fair

10:49   15  is that?  I agreed to only settle because I was ready for the

10:49   16  negotiations to be over.  I was exhausted.  The talks were not

10:49   17  going in my favor, and there had not been any precedent set in

10:49   18  court.  I wasn't willing to risk losing in the appeals court

10:49   19  any settlement that was given to my children and me.

10:49   20          $4.5 billion seems like a lot of money to you

10:50   21  and me.  BP grossed more than that in a single quarter last

10:50   22  year.

10:50   23          A reporter asked me not too long ago if I would

10:50   24  like to see a trial.  My answer was yes.  Even though a trial

10:50   25  was to be painful to endure, I think it would be the only way

10:50  1   for my family to finally know the full truth as to what
10:50  2   happened in the last hours of my husband's life.  I believe all
10:50  3   11 families have the right to know what happened to our loved
10:50  4   ones.  My girls should be able to read it for themselves, in
10:50  5   black and white, what happened on that dreadful night.
10:50  6              Wyatt is a Christian, an outdoorsman who loved
10:50  7   to grill, loved his family.  Four months after Wyatt's death,
10:50  8   my younger brother Corbin and I had a long talk.  We talked
10:50  9   about how mad and angry we were about Wyatt's death and how he
10:51 10   had been taken from us, how much we both missed him and how we
10:51 11   didn't understand how money could be worth more than a human
10:51 12   life.  But I knew that Wyatt was in heaven and that one day I
10:51 13   would see him again.
10:51 14              As I was making this point to Corbin, he told me
10:51 15   that he was ready to see him.  Corbin was killed five months
10:51 16   and two days after my husband in a car accident.
10:51 17              It is true that my family has suffered much
10:51 18   tragedy.  Like others, we have been affected by this in so many
10:51 19   ways.  Due to Kaylee's age, she will only have few memories of
10:51 20   her dad.  Maddie won't remember him at all.
10:51 21              I resigned as an investigator.  Though I loved
10:51 22   my job, it was difficult because I felt it was too emotional.
10:52 23   More importantly, our girls needed me at home.
10:52 24              Wyatt's memory will live on in our hearts,
10:52 25   pictures and stories that I tell my girls almost daily.  I have

10:52  1   kept pictures up in our house so Maddie will know her daddy's
10:52  2   face.
10:52  3              Not a single day goes by that I don't think of
10:52  4   Wyatt because I see him every time I look in the eyes of our
10:52  5   daughters.  The memories of the 11 families live with the
10:52  6   tragedy every day.  We have lost husbands, father, sons,
10:52  7   brothers, friends.  Our lives have been turned upside down
10:52  8   because of senseless acts of negligence and greed, all in the
10:52  9   name of money.
10:52  10             I'm humbly asking the Court that these comments
10:53  11  be taken into consideration when making your decision, because
10:53  12  my husband will never see -- he never saw Maddie take her first
10:53  13  steps, utter her first words.  He will never see them graduate
10:53  14  from kindergarten or high school or college, and he won't be
10:53  15  the one to walk them down the aisle.  I'm asking you to please
10:53  16  make a difference so this tragedy and the magnitude that my
10:53  17  family has faced and others will not go forgotten.
10:53  18             Thank you for allowing me to speak.  I'm sorry I
10:53  19  went over five minutes.
10:53  20             THE COURT:  Thank you, Ms. Kemp.  I'm really sorry
10:53  21  for your loss.
10:53  22             Mr. Trahan.
10:54  23             THE DEPUTY CLERK:  Please state your name for the
10:54  24  record.
10:54  25             MR. TRAHAN:  Buddy Trahan.

10:54   1            The government has caught the bank robber, and

10:54   2   it's cut a deal with the criminals for the return of the money

10:54   3   in the bank, but the government has left the people shot in the

10:54   4   bank robbery to fend for themselves.  That is how I feel about

10:54   5   the BP plea deal.

10:54   6            My name is Buddy Trahan.  And to use this

10:54   7   example, I was one of the people that was shot in this crime.

10:54   8   I'm here to seek justice for the true victims of the crimes

10:54   9   committed by BP, the persons who died or were injured aboard

10:54   10  the *Deepwater Horizon*.

10:54   11           I worked for Transocean as an asset operations

10:55   12  manager.  I was visiting the *Deepwater Horizon* on April 20,

10:55   13  2010, and was severely injured in an explosion that night.  I'm

10:55   14  here as a victim that was physically and mentally injured by

10:55   15  BP's crimes.  In December I had my eleventh surgery related to

10:55   16  my injuries, and doctors tell me to expect many more.  It has

10:55   17  been almost three years since this incident, and I'm still not

10:55   18  physically or mentally able to return to work.

10:55   19           I object to this plea deal, especially

10:55   20  Section 4(e), which states that BP does not have to provide

10:55   21  restitution to me in connection with this plea deal because

10:55   22  victims like me are to be compensated through the civil MDL

10:55   23  case.  The MDL is not an adequate forum to provide compensation

10:55   24  to the victims physically or mentally injured or killed as a

10:56   25  result of BP's crimes.

10:56   1          First of all, my case against BP should not even
10:56   2   be in the MDL.  I filed a motion over 2 1/2 years ago to have
10:56   3   my case sent back to state court in Texas.  I know how the MDL
10:56   4   should rule.  For the same reason that the MDL court gave its
10:56   5   ruling on October 6, 2010, to keep the State of Louisiana in
10:56   6   the MDL, my case should be sent back to where it was filed.  I
10:56   7   don't understand why the MDL court ruled on the same motion for
10:56   8   the State of Louisiana but has refused to rule on mine.  I feel
10:56   9   like I'm being held hostage in the MDL.
10:56  10          The plaintiffs' steering committee, who is
10:56  11   supposed to act on behalf of all the plaintiffs in the MDL,
10:56  12   doesn't represent the interests of the victims who died or were
10:56  13   injured aboard the *Deepwater Horizon*.  With only six or eight
10:57  14   claims remaining for victims like me, there is no financial
10:57  15   incentive for the plaintiffs' steering committee to help us get
10:57  16   compensation from BP.  The few remaining claims like mine are
10:57  17   overshadowed by the large number of economic and government
10:57  18   claims.  Without the backing of the plaintiffs' steering
10:57  19   committee, victims like me have no voice in the MDL.
10:57  20          There's no reason why BP cannot be ordered to
10:57  21   compensate these remaining victim claims.
10:57  22          **THE COURT:**  Yes, there is.
10:57  23          **MR. TRAHAN:**  These claims amount to little in
10:57  24   comparison to what BP is paying the government economic claims
10:57  25   to buy its way out of the majority of criminal and civil claims

against them.

I met personally with an MDL magistrate last Friday, and I was told that it could be at least three or more years before my case will be set for trial because of the many MDL phases that would have to be tried and appealed.  Most of these phases, however, have absolutely nothing to do with the claims of victims who died or were injured aboard the *Deepwater Horizon*.  These phases related to the oil spill, which have nothing to do with restitution to the victims on board the rig.  Why do these phases have to be tried before I get my day in court?

I was informed by the Department of Justice that, as victims, I am entitled to full and timely restitution under the Crime Victims' Rights Act.  The MDL will not do this because it's simply not equipped to handle a handful of claims by victims such as me, as shown by the fact we have to wait up to six years or longer from the date of the incident before a trial date.  That is far from timely.

Also, why should criminals like BP, the government, and other economic claims get a trial date before victims who died or were injured on the rig?  BP has offered me nothing, absolutely nothing in restitution for physical and mental damages that I have suffered and will continue to suffer for the rest of my life.  I have a permanent limp.  Many things I can't do again.

10:59    1          I'm a husband and I'm a father.  I've always
10:59    2    tried to be strong, a good role model, always trying to help
10:59    3    others and practice good faith.  Over the past 33 months, my
10:59    4    wife and kids have witnessed me fight for my life, cry in pain
10:59    5    as the nurses scrubbed the burns, struggled to stand on my own
10:59    6    two feet.  I had to learn how to walk again, worked through
10:59    7    months of rehabilitation and pain management.
10:59    8          I've been meeting with psychologists still today
10:59    9    to help me manage the nightmares as I laid on a stretcher while
11:00   10    I watched my friends burn to death on that rig floor and
11:00   11    thinking I'm going to be left as well.  I couldn't even crawl
11:00   12    off the rig.  I couldn't even move my arms or legs.
11:00   13          I have constant ringing in the ears.  Constant.
11:00   14    It's like a static in the radio that never goes away.  There's
11:00   15    much more, but I tried to respect the five-minute rule, because
11:00   16    some of us do try to follow the rules.
11:00   17          I've worked hard to improve my health, my
11:00   18    well-being, but I have lost things I can never recover.  My
11:00   19    doctors indicated that I have lost 40 percent of permanent
11:00   20    physical impairment.  In the oil business, that means I can
11:00   21    never do what I have done before for the last 23 years.  I have
11:00   22    never missed a day's work until then.
11:00   23          It's time the Court takes a stance for the true
11:00   24    victims of this crime.  They can pay billions of dollars, but
11:01   25    yet they wouldn't even offer me anything anywheres near.  All I

11:01  1   want is restitution by the law.  I want my day in court, and
11:01  2   hopefully I don't die before I get there.  So I hope you deny
11:01  3   this plea deal until restitution has been provided to the
11:01  4   victims who shed blood or died on the *Deepwater Horizon* on
11:01  5   April 20, 2010.

11:01  6           **THE COURT:**  Thank you, Mr. Trahan.

11:01  7           **THE DEPUTY CLERK:**  Mr. Danos.

11:01  8               Good morning, sir.  Please state your name for
11:01  9   the record.

11:01  10          **MR. DANOS:**  Jorey Danos.

11:01  11              First and foremost, I want to send my
11:01  12  condolences to the wives and everybody else for this tragic
11:02  13  loss, but in my situation I'm here today to talk about the
11:02  14  cleanup.  I was a part of the cleanup.  So here we go.

11:02  15              My name is Jorey Danos.  I am a resident of
11:02  16  Chackbay, Louisiana.  I was born and raised in Golden Meadow,
11:02  17  Louisiana, only a few miles from the Louisiana coast and the
11:02  18  coastal areas affected by the *Deepwater Horizon* tragedy.  I was
11:02  19  exposed to the crude oil and other products of the tragic
11:02  20  event.  I was exactly healthy, and my wife and I were raising
11:02  21  four children and living very pleasant, fulfilling lives.  When
11:02  22  the *Deepwater Horizon* explosion occurred, I saw a way to make
11:02  23  good money, and I went to work on a shrimp boat picking up oil
11:02  24  released by the BP oil spill.

11:02  25          **THE COURT:**  Mr. Danos, could you speak up a little

| | | |
|---|---|---|
| 11:02 | 1 | bit.  I'm having trouble hearing you. |
| 11:02 | 2 | MR. DANOS:  That's fine.  Yes, ma'am. |
| 11:02 | 3 | Not long after I went to work, I began noticing |
| 11:02 | 4 | that I had become extremely weak, irritable, and had a |
| 11:02 | 5 | significant amount of memory loss.  My wife and children |
| 11:02 | 6 | recognized these symptoms immediately and were constantly |
| 11:02 | 7 | pointing out to me my rather unusual behavior.  I was unable to |
| 11:03 | 8 | work because of my weaknesses, my paranoid behavior, and my |
| 11:03 | 9 | extremely poor memory.  I could write a book on the symptoms |
| 11:03 | 10 | that I experienced and the behavior I exhibited, but I don't |
| 11:03 | 11 | believe that it is what you wish for me to discuss at this |
| 11:03 | 12 | time. |
| 11:03 | 13 | I was fortunate enough to stumble upon a program |
| 11:03 | 14 | that I was told could help me recover from some of the problems |
| 11:03 | 15 | that I have experienced, and I became one of the first people |
| 11:03 | 16 | to enter a detox program in Raceland, Louisiana.  I literally |
| 11:03 | 17 | suffered through 38 days of hell.  While in this program, I |
| 11:03 | 18 | experienced a remarkable improvement in all aspects of my |
| 11:03 | 19 | mental and physical health.  Although I am considerably better, |
| 11:03 | 20 | I am unable to work, and I was lucky enough to receive social |
| 11:03 | 21 | security benefits along with Medicaid.  My family and I are |
| 11:03 | 22 | surviving, but just barely. |
| 11:03 | 23 | I have done everything possible to learn about |
| 11:03 | 24 | my illness, to assist others that are suffering from the same |
| 11:03 | 25 | problems.  I worked at the detox center that played such an |

11:04   1   important role in my recovery and I became adequate [*sic*] with

11:04   2   the symptoms being suffered by other victims.  It was

11:04   3   remarkable that we all had very similar complaints and that we

11:04   4   were all experiencing similar improvements in our symptoms.

11:04   5               There are two main factors, I believe, important

11:04   6   for the Court to understand in this matter.  The first is that

11:04   7   BP refused to allow us to wear respirators, and they also did

11:04   8   not properly instruct us to the potential for us to become ill

11:04   9   from our work.  I can assure you that I would never have worked

11:04   10   for BP had I been told what the dangers were from working with

11:04   11   crude oil and chemicals involved in the spill.

11:04   12               The second issue I find objectionable involved

11:04   13   the use of protective gear while working on the cleanup

11:04   14   program.  In recent years I have worked closely with the

11:04   15   Louisiana Environmental Action Network, LEAN.  I learned from

11:04   16   that they had purchased over $20,000 worth of boots, gloves,

11:04   17   suits, and respirators and were supplying these protective

11:05   18   items to the workers at the beginning of the oil spill.  The

11:05   19   workers who began using masks were told immediately that if

11:05   20   they were caught wearing a mask or if anyone on the boats

11:05   21   allowed their workers to wear masks, both the workers and the

11:05   22   boats would be fired.  This stands in great contrast to a

11:05   23   booklet put out by BP that states that crude oil can be fatal

11:05   24   if inhaled and that it could cause cancer.

11:05   25               The next issue I would like to cover involves

the settlement between BP and the plaintiffs' steering
committee.  Having spoken to and worked with approximately
100 people who went through the Gulf Coast Detox Project in
Raceland, I have a pretty good idea of the aspect of the
symptoms being experienced by the people who received treatment
at the clinic.

I believe that if you were to look at the
medical conditions that are considered chronic, you will find
three general categories of illnesses that were considered to
be chronic in nature.  These three problems or areas include
disorders of the eyes, lungs, and skin.

Consider for a minute the fact that I am
disabled, that I cannot drive or fill up my automobile with
gasoline.  The fumes make me extremely ill.  I am weak enough
that I struggle for me to cut my own lawn and that my ability
to perform any physical task is very limited.

While I still have some minor skin problems, I
do not qualify for medical compensation under the other chronic
disorders criteria other than for skin problems.  Fortunately,
my skin problems are minor in comparison to the mental and
neurological problems I have been experiencing.

I do not recall many of my friends who went
through the detox program complaining about eye or lung
problems or skin problems were it not serious enough that they
would have to spend weeks in a detox program to get rid of the

less serious symptoms.  While many of these friends were extremely ill, they probably don't qualify for compensation as they did not have significant eye and lung problems.  If my memory serves me right, they had minimal complaints about their skin.

BP knew that the Louisiana light crude we were exposed to was harmful.  They also knew that the methanol and ethanol glyconol [*sic*] that was used at the site were harmful. Lastly, they had every reason to believe that their dispersant they were using, COREXIT, was causing illnesses in their workers.

Lastly, BP has not paid a cent to me or to the people who funded the detox clinic I attended for 38 days. They have not paid a nickel to the doctors who cared for me, and they have not provided one cent or relief to my wife and my children during this whole ordeal.  If that is not criminal behavior, I shudder to think what else they could do to us that would be considered a crime.

I know that I will be ill with these symptoms that I have been experiencing for the remainder of my life.  I didn't ask for my illness, but it is thrust upon me by an arrogant and greedy company.

Sincerely, Jorey Danos.

**THE COURT:**  Thank you, Mr. Danos.

Ms. Nguyen.

11:08
11:08
11:08
11:08
11:08
11:08
11:08
11:09
11:09
11:09
11:09
11:09
11:09
11:09
11:09
11:09
11:09
11:09
11:09
11:09
11:10
11:10
11:10
11:10
11:10

1       **THE DEPUTY CLERK:**  Good morning, ma'am.  Please state

2   your name for the record.

3       **MS. NGUYEN:**  Anh Dao Nguyen, A-N-H, D-A-O,

4   N-G-U-Y-E-N.  I'm the coordinator for the Southeast Asian

5   Fisherfolk Association.

6           Before I begin, I would like to offer my

7   condolences to the 11 victims' families for their losses.  I

8   also would like to thank you, Judge, for allowing the

9   Southeast Asian Fisherfolk Association to speak at this

10  hearing.  I also would like to thank the officials of the

11  Department of Justice and the officials of BP and everyone else

12  in the room for listening to my presentation today.

13          Your Honor, SEAFA, together with our seven local

14  nonprofit partners, would like to talk about two topics today.

15  Our partners are Gulf Coast Organized Fishermen in Solidarity

16  and Hope; Vietnamese Initiatives in Economic Training; Catholic

17  Charities, Archdiocese of New Orleans; Boat People SOS; Coastal

18  Community Consultants; and Asian/Pacific American Society.

19          These two topics are, number one, the unfair

20  compensation and the unethical claim process to all fisheries

21  and fisheries-related businesses and individuals, especially

22  the deckhands, the seafood processing plant workers, and the

23  Vietnamese pelagic longliners, or the tuna fishermen.  Number

24  two, we would like to propose three solutions to develop and

25  preserve our Louisiana seafood and fisheries industries.

Your Honor, with the Court's permission, I would like to
elaborate on these.

Number one, the unfair compensation and the
unethical claim process, the majority of the commercial
fishermen and related businesses and individuals were under
heavy pressure and tremendous duress.  Financially, their
families could not survive within three months if they did not
have money to cover the immediate needs.  They had mortgages,
car notes, boat notes to pay, and children to take care of.
They could not afford to wait for another six months for a
fairer compensation.  And to avoid losing all these other
things that they have worked so hard since they came to this
country as immigrants with limited English proficiency, they
had to accept the unfair offers made by BP, by GCCF.

Data provided by GCCF is that there were 12,560
cases of releases and covenants not to sue executed.
92 percent of GCCF payments were given in exchange for these
releases.  The average payment received was less than $20,000
per claim, which is below the national poverty threshold as
formulated by the U.S. Census Bureau.  For example, in 2010,
the poverty threshold was $22,314, which is $2,314 more than
the average payment.  In 2011, the cost of living was higher,
so the poverty threshold was higher, $23,000.21.  In short,
Your Honor, these 12,560 commercial fishermen got nothing from
GCCF.

| | |
|---|---|
| 11:12 | 1 |
| 11:12 | 2 |
| 11:13 | 3 |
| 11:13 | 4 |
| 11:13 | 5 |

        We would like to propose the solutions.  We implore BP to open and to reevaluate the releases by allowing these commercial fishermen to take part in the second round of the compensation program and all other future programs approved for they are also the victims of BP.  These fishermen now find themselves in an extremely and increasingly difficult situation to make ends meet for their families due to their language barrier and their ability to speak English.  It is also compounded by the fact that there is a constant reduction in catch, reduction in revenues and incomes happening with every fishing trip made since the spill.

        The second proposed solution that we offer is sustainable development.  Sustainable development here is defined as development that meets the needs of the present without compromising the ability of future generations to meet their own need.  I read on BP's Web page and found that one of the key factors and approaches which enabled BP to be so successful is its respect for the local customs and traditions in 70 countries that BP operates worldwide.  BP also invests in the local communities by hiring the local residents first.  We applaud those approaches.  We applaud BP for having such strong work practices and ethics.  Therefore, we implore BP to reopen -- I'm sorry.  We implore BP to apply these approaches here in Louisiana to help those who are really, truly affected by the spill.

11:15  1          Our Asian communities here are equipped with
11:15  2   supportive services to provide the language access and the
11:15  3   cultural sensitivity to the communities at large, enabling the
11:15  4   Asian victims of BP to receive information and news on a timely
11:15  5   basis in their targeted languages, Vietnamese and Cambodian, so
11:15  6   that they don't have to feel left out.  But in order for us to
11:15  7   implement solution two, sustainable development, we require
11:15  8   that the following be granted: accessibility to capital, job
11:15  9   creation, fishing retention and expansion.
11:15  10          In conclusion, Your Honor, the act of coercion
11:15  11   done by BP to these commercial folks in signing the releases
11:15  12   and the covenants not to sue is a crime.  They had signed it
11:16  13   under duress, and BP knew that they did not have any other
11:16  14   options available.
11:16  15          So we implore the federal court and the
11:16  16   United States Department of Justice not to grant BP its plea
11:16  17   bargain until our requests have been granted, and that is to
11:16  18   reopen and reevaluate the unethical claim process, the unfair
11:16  19   compensations, and to accept our other proposals, sustainable
11:16  20   development and accessibility to capital.
11:16  21          I would like to say thank you, Your Honor, for
11:16  22   giving SEAFA and our seven partners an opportunity to express
11:16  23   and present our practical perspectives in this hearing.
11:16  24          **THE COURT:**  Thank you, ma'am.
11:16  25          Who is next?

11:17    1          **THE DEPUTY CLERK:**  Ms. MacKenzie.

11:17    2          **THE COURT:**  Ms. MacKenzie.

11:17    3          **THE DEPUTY CLERK:**  Good morning, ma'am.  Please state

11:17    4    your name for the record.

11:17    5          **MS. MACKENZIE:**  Nancy MacKenzie.  Hi.  Thank you for

11:17    6    this honor.

11:17    7          And I can't even imagine what you have gone

11:17    8    through, and it makes me very humble and I feel actually very

11:17    9    small for what I'm about to say.

11:17   10          I live in New Orleans.  If I had never left my

11:17   11    house, I would still feel victimized, I think, by the BP

11:17   12    disaster.  Not spill.  Disaster.  The needless deaths of

11:17   13    11 men, the horrendous odor from the burning over 100 miles

11:17   14    away, the impact on our seafood, the thousands of deaths of our

11:17   15    marine life, and the destruction of a way of life for my

11:17   16    friends along the coast make me more, I feel, than an innocent

11:17   17    bystander.

11:17   18          I did go to the coast, however, and often.  It

11:18   19    was there that I was chemically poisoned more than once and saw

11:18   20    more oiled shorebirds and sea life than I care to count.  The

11:18   21    smell of the rotting flesh of the fish, turtles, and dolphins

11:18   22    and the vision of pelicans futilely flapping their wings in

11:18   23    order to get them dry, but they would never dry because they

11:18   24    were oiled, will never leave me.

11:18   25          I saw people who had been successful fisherfolk

11:18    1    as they watched their careers and their way of life, a heritage

11:18    2    that is truly a gift to us all, waste away to nothing.  I

11:18    3    watched them suffer as their income dwindled and promises to be

11:18    4    made whole went unfulfilled and go unfulfilled to this day.

11:18    5          I still see folks who suffer with illnesses that

11:18    6    can be attributed to the oil and the noxious chemicals.  I have

11:18    7    been sick myself.  I've spoken to some family members of the

11:19    8    11 men lost, and I'm left with the realization that their lost

11:19    9    loved one was merely a piece of replaceable equipment and

11:19   10    nothing more.  Nothing more.  Can you imagine?  I hope you can.

11:19   11          BP's history is one of recklessness and the

11:19   12    philosophy of profit over people.  There have been several

11:19   13    incidents where my government had the opportunity to throw the

11:19   14    book at them and declined to do so.  Having missed

11:19   15    opportunities after the Texas City explosion, the Prudhoe Bay

11:19   16    spill, the hazardous waste dumping, which was intentional, on

11:19   17    Endicott Island, and the numerous other accidents, we now need

11:19   18    to be certain that this process exact the kind of punishment

11:19   19    and remuneration that will dramatically shift their corporate

11:19   20    culture.

11:19   21          Indeed, BP has missed those same opportunities

11:19   22    for a meaningful change.  They clearly need to be forced to do

11:19   23    so sooner rather than later because I think and a lot of others

11:20   24    feel that it's only a matter of time before another large-scale

11:20   25    preventible disaster happens.

11:20 1        BP is paying about 25 percent of their annual

11:20 2 profits as part of this plea agreement.  Think of it this way.

11:20 3 I'm a teacher, and we all know what teachers make.  If I caused

11:20 4 the deaths of 11 men, lied to Congress, tinkered with the

11:20 5 trading, killed all those millions of wildlife, I would pay

11:20 6 about $10,000 over four years, $2,500 a year.  Does that seem

11:20 7 fair?  I don't think so.

11:20 8        In addition to the fines and criminal charges, I

11:20 9 fully believe that BP needs to be watched closely, especially

11:20 10 if they are to regain the ability to engage in federal

11:20 11 contracts.  The development and implementation of a Gulf Coast

11:20 12 regional citizens advisory council, like the one formed in

11:20 13 Alaska after the *Exxon Valdez* disaster, is imperative and long

11:21 14 overdue, and I wish it was part of this settlement.  BP is very

11:21 15 familiar with the concept of the CAC since they are intimately

11:21 16 involved with the Alaskan council.  With all due respect to

11:21 17 Mr. Keller's apology and promises to improve safety, we have

11:21 18 heard this song and danced this dance before many times.

11:21 19        Finally, this is in memory of Gordon Jones,

11:21 20 Dewey Revette, Jason Anderson, Shane Roshto, Stephen Curtis,

11:21 21 Blair Manuel, Karl Kleppinger, Adam Weise, Don Clark, Wyatt

11:21 22 Kemp, and Aaron Dale Burkeen.  Thank you.

11:21 23        **THE COURT:**  Thank you, Ms. MacKenzie.

11:21 24        Is there anybody else?

11:21 25        **THE DEPUTY CLERK:**  No, Judge.  That's it.

11:21   1      **THE COURT:**  I want to thank all of the victims who

11:21   2   came today and all the victims who wrote me letters.  I know

11:21   3   how hard it is to stand up in a courtroom full of people and to

11:21   4   express the kind of emotions that you expressed and to say what

11:22   5   you had to say.

11:22   6          I want you to understand that I hear you.  I

11:22   7   have a complicated job to do.  I have to understand what the

11:22   8   alternatives to this agreement are and what I could have done

11:22   9   if there were not an agreement.  I have to take all of that

11:22  10   into account.  But I want you to understand that I am truly,

11:22  11   truly sorry for what happened to your family, to the

11:22  12   environment, and what happened here, and I understand how bad

11:22  13   this conduct is.  I just want to tell you that you have my

11:22  14   sympathy, and I thank you for coming today.

11:22  15          Is there anyone here from BP who would like to

11:22  16   respond to any of the statements made by the victims?

11:22  17      **MR. FILIP:**  Thank you, Your Honor.  I will be brief.

11:22  18   I don't think it's, honestly, a response.  I have no intention

11:23  19   to debate anything that was said.  I don't think that's the

11:23  20   place, and it's not what I hope to convey.  I just want to

11:23  21   underscore that BP accepts responsibility for the conduct in

11:23  22   the plea and the crimes in the plea.

11:23  23          As Mr. Keller said, no words are going to

11:23  24   replace the loss of your family members, and so I'm not going

11:23  25   to belabor that.  I simply apologize again.

11:23  1        BP has taken steps.  It has tried to improve its

11:23  2  safety, and it did that from the days after the incident.  It

11:23  3  will continue to do so, in part under the supervision of this

11:23  4  Court if the plea is accepted.  Those efforts have begun and

11:23  5  they will continue, and I can pledge that to you.

11:23  6        In terms of the claims under the auspices of the

11:23  7  MDL court, BP and the other companies involved have tried to

11:23  8  settle dozens and dozens and dozens of personal injury claims

11:24  9  and estate claims and hundreds of thousands of medical claims,

11:24  10  and those efforts will continue.

11:24  11        But, again, I have no sort of counterpoint,

11:24  12  Your Honor, by any means.  We understand.  We hear what the

11:24  13  family members have said.

11:24  14        We very much apologize.  We understand -- we

11:24  15  cannot understand, but we understand your loss, and we are very

11:24  16  sorry.

11:24  17        We, for all the reasons stated in the brief,

11:24  18  Your Honor, respectfully ask your consideration on the

11:24  19  11(c)(1)(C) plea.  Thank you.

11:24  20        THE COURT:  We are going to take a 10-minute break

11:24  21  and come back in 10 minutes.

11:24  22        (Recess.)

11:37  23        THE COURT:  I'm prepared to issue my ruling.

11:37  24        BP and the government entered their agreement

11:37  25  under Rule 11(c)(1)(C) of the Federal Rules of Criminal

11:37  1    Procedure.  That rule authorizes the government to enter into a
11:37  2    plea agreement with the defendant in which the parties agree
11:37  3    that a particular sentence is the appropriate disposition of
11:37  4    the case.  The Court can accept or reject such an agreement,
11:37  5    but it can't modify it and it can't rewrite it, nor can it
11:38  6    involve itself in plea negotiations.
11:38  7             In assessing whether to accept a
11:38  8    Rule 11(c)(1)(C) plea, the Court must make an individualized
11:38  9    assessment of the plea agreement based on the facts and
11:38  10   circumstances specific to the case.  To ensure that it
11:38  11   constitutes a reasonable disposition, the Court must take into
11:38  12   account, among other things, the exigencies of plea bargaining
11:38  13   from the government's point of view, including its limited
11:38  14   resources and the uncertainty of result.
11:38  15            A Court may not reject a plea agreement proposed
11:38  16   under Rule 11(c)(1)(C) based on broad policy grounds unrelated
11:38  17   to the conduct before the Court.  Nor is it appropriate to
11:38  18   reject a plea agreement because the Court believes that the
11:38  19   government should have brought other charges or charged other
11:38  20   people.  These are decisions that are up to the prosecutor.
11:38  21   Nevertheless, a district court can properly reject a plea
11:38  22   agreement if it believes that the defendant would receive too
11:39  23   light a sentence.
11:39  24            In assessing the parties' agreement, the Court
11:39  25   should analyze the proposed plea agreement in light of

11:39   1    18 U.S.C. §§ 3553, 3563, and 3572, which govern the imposition

11:39   2    of sentences, including fines and probation, in federal

11:39   3    criminal cases.  Those statutory provisions require that all

11:39   4    federal criminal sentences take into account a number of

11:39   5    factors, including the nature and circumstances of the offense,

11:39   6    the history and characteristics of the defendant, the need to

11:39   7    reflect the seriousness of the offense, to promote respect for

11:39   8    the law, provide just punishment, and the need to afford

11:39   9    specific and general deterrence to criminal conduct, and the

11:39   10   need to protect the public.

11:39   11           Discretionary conditions of probation must be

11:39   12   reasonably related to those same factors and must involve only

11:39   13   such deprivations of liberty or property as are reasonably

11:39   14   necessary.  Fines, meanwhile, must be imposed after

11:40   15   consideration of the factors I just mentioned as well as

11:40   16   additional factors such as the defendant's ability to pay, the

11:40   17   burden imposed on the defendant, whether the defendant can pass

11:40   18   on the expense of the fine to consumers and, in the case of

11:40   19   organizational defendants, the size of the organization and any

11:40   20   measures taken by it to discipline responsible employees and to

11:40   21   prevent a reoccurrence.

11:40   22           Ultimately, taking all of these factors into

11:40   23   consideration, the Court must determine whether the proposed

11:40   24   plea agreement is a reasonable disposition given the

11:40   25   alternatives, the risks presented by those alternatives, and

11:40  1    the limits in what the law allows.

11:40  2            Considering the specific facts and circumstances

11:40  3    in the record of this case, including the objections raised by

11:40  4    some of the victims, the Court finds the proposed plea

11:40  5    agreement is a reasonable disposition of this matter and the

11:40  6    sentence it calls for does not undermine the statutory purposes

11:41  7    of sentencing.  The Court makes this determination for the

11:41  8    following reasons:

11:41  9            First, there's no question that BP has committed

11:41 10    serious offenses.  BP's conduct resulted in the tragic deaths

11:41 11    of 11 individuals and caused enormous environmental damage from

11:41 12    the discharge of oil into the Gulf of Mexico, which has had a

11:41 13    disastrous impact on the Gulf Coast Region.  To make matters

11:41 14    worse, in the wake of the spill, BP obstructed a congressional

11:41 15    investigation into the amount of oil that was spilling into the

11:41 16    Gulf of Mexico from the Macondo well.

11:41 17            The explosion on the *Deepwater Horizon* rig would

11:41 18    never have occurred if BP's employees had properly supervised

11:41 19    the negative pressure testing of the well, had not ignored

11:41 20    multiple indications that the drill pipe was not secure, had

11:41 21    not failed to respond to obvious signs of pressure on the drill

11:41 22    pipe, had not failed to contact onshore engineers to alert them

11:41 23    of problems, and had not negligently deemed the negative

11:41 24    pressure test a success.

11:42 25            Their negligence in failing to control the well

caused the blowout to occur, which caused the explosion which killed 11 men.  Their negligence also caused the discharge of harmful quantities of oil into the Gulf of Mexico, on the seabed, in the water column, at the surface, and across hundreds of miles of beaches and coastline in the states of Louisiana, Mississippi, Alabama, and Florida.  The discharge of oil killed protected migratory birds, including brown pelicans, laughing gulls, northern gannets, among others.  The *Deepwater Horizon* oil spill was the largest marine oil spill in the history of the United States and the petroleum industry.

Furthermore, the record shows that, although not the BP entity charged in this case, the BP family of companies has a history of deficient safety management.  In 2009, BP Products North America Inc. pleaded guilty to a felony violation of the Clean Air Act as a result of an explosion at its Texas City refinery that killed 15 people and injured scores of others.  BP admitted that it knowingly violated a requirement to have written procedures to maintain the integrity of its process equipment and knowingly failed to warn contractors in the vicinity of the known hazards in its operations.  The court in that case noted that BP had been fined by OSHA for similar violations at other refineries before the Texas City incident.

Two years before the Texas City incident, BP Exploration Alaska, another company under the BP umbrella,

was convicted of a Clean Water Act violation arising out of a 2006 pipeline spill in Prudhoe Bay, Alaska.

BP Exploration was also convicted in 2000 under the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) for failing to timely report hazardous dumping by one of its contractors on the North Slope of Alaska.

Besides these environmental crimes, another BP company settled charges of price manipulation in 2007 and paid $300 million in civil and criminal penalties.

Given the severity of BP's conduct in this case and its staggering consequences, as well as the criminal history of the BP corporate family, it is apparent to this Court that an acceptable sentence must impose severe fines and conduct remedies.  The BP entities have paid fines in the millions of dollars and have been put on probation before.  If past is prologue, only a sentence several orders of magnitude more severe than any previously imposed on any BP company will be sufficient to achieve adequate deterrence and protect the public from future misconduct by BP.

Having said that, the Court nevertheless finds that, examined in their totality, the charges brought by the government and the sentence agreed to by the parties appears reasonably calculated to accomplish these statutory objectives of sentencing, particularly considering the risk and alternatives.

First, the government's charges reasonably reflect the seriousness of the offense conduct.  The government has charged BP with 11 felony counts of manslaughter, two environmental offenses, and one felony obstruction count.  Prosecutions of corporations for manslaughter are unusual, and BP is pleading guilty and accepting responsibility for causing 11 deaths.

The Clean Water Act and Migratory Bird Treaty Act counts reflect the damage to the environment, wildlife, and natural resources.  The felony obstruction count includes BP's post-spill misconduct.  The charges to which BP is pleading guilty exposed it to not only substantial fines but also collateral consequences and other litigation, as well as suspension or debarment from government contracts, including new leases for oil and gas exploration.

Next, the amount of the fine and other monetary penalties are reasonable in light of the litigation risks, the fines imposed in comparable cases, the focus of the fines and payments on remedying the type of environmental harm caused, and in light of other financial consequences to BP as a result of the *Deepwater Horizon* incident.

First, there is a risk of a significantly lower fine if the plea agreement is rejected.  As noted, BP has agreed to pay $4 billion: $1.256 billion in criminal fines and $2.744 billion in other payments.  It is very important to this

Court's decision that there is a significant risk that absent a plea agreement, the government would be unable to recover more than $8.19 million in fines from BP.  This follows because without an agreement, in order to recover fines of the magnitude the parties have agreed to here, the government would have to prove the applicability of the Alternative Fines Act.  That act permits the Court to impose a fine of the greater of twice the gross gain or loss caused by the offense.

But the applicability of the Alternative Fines Act would not be a sure thing.  The Alternative Fines Act may not be applied where its use would unduly complicate or prolong the sentencing process.  If calculating an alternative fine would make the sentencing unduly complex, the Court would be required by law to resort to fines established by statutes for the specific offenses.  In this case those fines for all 14 offenses would be capped at a total of $8.19 million.

Were BP to go to trial, the United States undoubtedly would face the argument that attempting to prove pecuniary loss or gain would trigger the complexity provision.  This is no trivial argument as courts have utilized this provision to foreclose the use of the alternative fine provision in the past.  Courts are more likely to conclude that determining the amount of a fine under the Alternative Fines Act would unduly complicate or prolong the sentencing proceeding when there are multiple victims, the causation

11:48    1    issues are disputed, or there are disputed future losses.

11:48    2           Were the Court to reject the plea agreement in

11:48    3    this case, all three factors suggest that determining the gross

11:48    4    loss would unduly complicate or prolong sentencing.  First,

11:48    5    proving the loss caused by BP's Clean Water Act violation would

11:48    6    involve hundreds of thousands of potential victims, and

11:48    7    quantification of the environmental harm would be subject to

11:48    8    intense disputes over causation that could prolong sentencing.

11:48    9    Additionally, calculating the pecuniary loss caused by the oil

11:48   10    spill would involve disputes over future losses; for example,

11:48   11    from latent impacts of the spill.

11:48   12           Because of the complexity of proving gross loss

11:49   13    caused by BP's crimes, there is a significant risk that the

11:49   14    Court would find that the Alternative Fines Act cannot apply.

11:49   15    As I mentioned, this would mean that the fines would be capped

11:49   16    at just $8.19 million under applicable default fine provisions.

11:49   17    That amount is less than one percent of the $1.256 billion fine

11:49   18    BP has agreed to pay in the plea agreement and less than half a

11:49   19    percent of the total negotiated criminal recovery of

11:49   20    $4 billion.  The uncertainty the government would face and the

11:49   21    risk of this much lower fine if the case went to trial counsels

11:49   22    in favor of the Court's accepting the plea agreement.

11:49   23           Litigation risk is also present because even if

11:49   24    the Alternative Fines Act could be applied, under recent

11:49   25    Supreme Court authority, the government may have to prove the

11:49   1    alternative fine amount to a jury beyond a reasonable doubt.

11:49   2    This is a much higher standard of proof than the one that

11:49   3    applies in a sentencing proceeding before a judge.

11:50   4          Next, I have considered the monetary penalties

11:50   5    in the context of previous criminal fines.  The monetary

11:50   6    penalty in this case not only dwarfs any fine ever paid by a BP

11:50   7    entity, but it also far exceeds any other monetary penalty

11:50   8    imposed in the history of the United States.  BP's overall

11:50   9    criminal monetary sanction, a total of $4 billion, is also more

11:50  10    than three times larger than the value of the next largest

11:50  11    criminal resolution ever paid, which was $1.3 billion.  The

11:50  12    value of BP's criminal resolution is also more than the next

11:50  13    three largest overall criminal resolutions combined.

11:50  14          Further, the fines in other environmental cases,

11:50  15    including those with massive environmental damage and loss of

11:50  16    life, are lower by several orders of magnitude than the BP

11:50  17    package.  In the criminal *Exxon Valdez* oil spill, there was a

11:50  18    judgment that included a $150 million fine, all but $25 million

11:51  19    of which the Court later forgave in consideration of Exxon's

11:51  20    cooperation in the cleanup.  BP's $1.15 billion Clean Water Act

11:51  21    fine here is 46 times greater than the effective fine

11:51  22    ultimately paid by Exxon in the *Valdez* case.

11:51  23          Moreover, considering the total $4 billion

11:51  24    package in the plea agreement, BP's payments here would be 160

11:51  25    times greater than the $25 million fine actually paid by Exxon

11:51  1    and more than 26 times greater than the $150 million fine that
11:51  2    was initially imposed but not actually collected.
11:51  3              Likewise, in the Texas City refinery disaster, a
11:51  4    BP entity paid a fine of $50 million where 15 people died and
11:51  5    170 others were injured.  The $4 billion in total payments here
11:51  6    exceeds that amount by a factor of 80.
11:51  7              The Court also takes note that BP is prohibited
11:51  8    under the agreement from seeking any tax benefit or receiving
11:52  9    any reduction in civil liability based on the payments made
11:52  10   pursuant to this agreement or referring to the payments in any
11:52  11   public relations marketing or advertising.  These restrictions
11:52  12   are designed to ensure that BP will feel the full brunt of the
11:52  13   $4 billion in penalties it is required to pay.
11:52  14             Of course, the Court has no doubt that BP, one
11:52  15   of the world's biggest companies in terms of revenue and total
11:52  16   value, could afford to pay more without going out of business.
11:52  17   But this does not render the agreed upon penalty of $4 billion,
11:52  18   by far the largest criminal penalty ever, unacceptable.  The
11:52  19   amount of fines and other payments here amounts to just
11:52  20   punishment compared to previous fines and a deterrent to BP and
11:52  21   other companies from committing similar crimes in the future.
11:52  22             The Court has also considered that the payments
11:52  23   are targeted toward remedying the harm caused by the oil spill.
11:52  24   Not only is this the largest fine in history, but most of the
11:53  25   money paid, instead of going into the general federal Treasury,

is targeted toward mitigating and repairing the damage done by the spill.  The $1.15 billion Clean Water Act fine will be paid to the Oil Spill Liability Trust Fund pursuant to the plea agreement.

The RESTORE Act of 2012 directs 80 percent of BP's criminal Clean Water Act fine to the Gulf Coast states to restore ecosystems and rebuild local economies damaged by the *Deepwater Horizon* oil spill.  The $100 million fine for violation of the Migratory Bird Treaty Act is required by statute and the plea agreement to be used by the Department of Interior to carry out wetlands conservation and restoration projects located in the Gulf Coast states or otherwise designed to benefit migratory bird species and other wildlife and habit affected by the Macondo oil spill.

The $2.394 billion to be paid to the National Fish and Wildlife Foundation as a special condition of probation will be apportioned to the affected Gulf Coast states to remedy harm and eliminate or reduce the risk of future harm to the Gulf Coast natural resources.  Half of this $2.394 billion will be used to conduct projects in Alabama, Florida, Mississippi, and Texas.  The other half will be used to create and restore barrier islands off the coast of Louisiana and/or to implement river diversion projects for the purposes of restoring the coastal habitat of the state of Louisiana.

11:54   1          Under the agreement, BP is to pay $350 million

11:54   2   to the National Academy of Sciences for the purposes of oil

11:54   3   spill prevention and response in the Gulf of Mexico.   The

11:54   4   National Academy of Sciences is required to use the funds to

11:54   5   advance scientific and technical understanding in order to

11:54   6   improve the safety of offshore oil drilling, production, and

11:54   7   transportation in the Gulf of Mexico.

11:55   8          Of course, the Court realizes that the fine and

11:55   9   other penalties provided in the plea agreement can do nothing

11:55   10  to restore the lives of the 11 men who were killed.   But in the

11:55   11  payment to the National Academy of Sciences, the agreement at

11:55   12  least directs money toward preventing similar tragedies in the

11:55   13  future.   That the bulk of the payments to be made under the

11:55   14  plea agreement are directed toward restoring the Gulf Coast and

11:55   15  preventing future disasters contributes to the reasonableness

11:55   16  of the plea agreement.

11:55   17         The Court has also considered the fines and

11:55   18  other payments in the context of the other financial

11:55   19  obligations, payments, and liability that BP is facing.   Before

11:55   20  reaching the proposed plea agreement, BP spent $24.2 billion in

11:55   21  responding to the *Deepwater Horizon* incident through the third

11:55   22  quarter of 2012.   The $24.2 billion includes costs of spill

11:55   23  response activities; payments for individual business and

11:55   24  government claims; costs for environmental impact assessment,

11:56   25  environmental restoration, and research activities; and funding

11:56  1    for restoring local industries.  BP estimates that the total
11:56  2    amount paid out eventually will reach $42 billion, including
11:56  3    the criminal fines in this case.  That amount includes the
11:56  4    $525 million that BP will pay as a civil penalty as a part of
11:56  5    its settlement agreement with the Securities and Exchange
11:56  6    Commission.
11:56  7           Also included in BP's *Deepwater Horizon*
11:56  8    liability is an uncapped settlement agreement in the civil
11:56  9    litigation in MDL 2179.  The settlement resolves economic loss
11:56  10   claims and medical claims stemming from the *Deepwater* incident
11:56  11   and oil spill.  The final amount of the settlement is uncapped,
11:56  12   but BP estimates that the total cost will be approximately
11:56  13   $7.8 billion, and the actual cost may be higher.
11:56  14          The United States continues to prosecute civil
11:56  15   claims against BP, with an initial trial set to begin in
11:57  16   February.  BP faces the prospect of billions of dollars in
11:57  17   additional liability in the civil action, with potential civil
11:57  18   penalties under the Clean Water Act and liabilities related to
11:57  19   the ongoing natural resource damage assessments.  BP was also
11:57  20   recently temporarily suspended from receiving U.S. government
11:57  21   contracts.
11:57  22          The Court takes note of BP's significant
11:57  23   expenses, mandatory and voluntary, stemming from the
11:57  24   *Deepwater Horizon* oil spill because these other consequences,
11:57  25   while distinct from the plea agreement, provide context for the

11:57   1   $4 billion BP will pay under the plea agreement.  They

11:57   2   demonstrate that paying $4 billion on top of all of the other

11:57   3   financial consequences is a consequential penalty.

11:57   4              I've also considered that the plea agreement

11:57   5   includes conduct requirements to deter future accidents and

11:57   6   violations.  Some of the victims expressed concern that BP

11:58   7   could return to business as usual while on probation.  But the

11:58   8   terms of the probation are designed to preempt this by making

11:58   9   sure that BP's conduct will be closely watched for compliance

11:58   10  with the terms of probation and for any violations of law.

11:58   11             The agreement provides for a five-year term of

11:58   12  probation, the longest period available under the law, and a

11:58   13  litany of stringent special conditions of probation.  These

11:58   14  conditions address both the safety and risk management

11:58   15  practices and the ethical climate at BP.  They require two

11:58   16  government-approved monitors to be on board to come up with

11:58   17  recommended improvements on both the safety and ethics front,

11:58   18  and BP will have to follow these recommendations.  The monitors

11:58   19  will make follow-up recommendations and report potential

11:58   20  violations of law to the Department of Justice and the

11:58   21  probation officer.

11:58   22             BP is also required to conduct at least one

11:58   23  Safety and Environmental Management System audit at each of the

11:59   24  platforms or platform rigs it owns --

11:59   25             Whose phone is that?  Turn it off.  Would you

11:59   1   turn over your phone until the end of the hearing.  You can get

11:59   2   it back when it's over.

11:59   3          BP is also required to conduct at least one

11:59   4   Safety and Environmental Management System audit at each of the

11:59   5   platforms or platform rigs it owns or has under contract during

11:59   6   the probation period.  The audits will ensure that BP has

11:59   7   implemented comprehensive safety and environmental management

11:59   8   programs as required under federal regulations issued in 2011

11:59   9   in response to the *Deepwater Horizon* incident.

11:59   10         The plea agreement also requires BP to arrange

11:59   11   for third-party or expert oversight of a variety of specific

11:59   12   functions that directly led to the Macondo explosion, including

12:00   13   verification of the testing and maintenance of its blowout

12:00   14   preventers and review of all deepwater well cement designs and

12:00   15   cement testing.

12:00   16         The agreement also requires BP's blowout

12:00   17   preventers to maintain certain equipment to make sure they are

12:00   18   as effective as current technology allows.  BP is required to

12:00   19   maintain a real-time drilling operations monitoring center and

12:00   20   submit annual summaries of reportable incidents and

12:00   21   correctional measures to the Bureau of Safety and Environmental

12:00   22   Enforcement.  BP must adopt standards of competence for its

12:00   23   deepwater drilling operation supervisors and train and test its

12:00   24   personnel on these standards.

12:00   25         The plea agreement also calls for substantial

| | | |
|---|---|---|
| 12:00 | 1 | measures to improve BP's response to a future accident, |
| 12:00 | 2 | including increased training of crisis management and spill |
| 12:00 | 3 | response teams and immediately updating its spill response plan |
| 12:00 | 4 | to incorporate best practices. |
| 12:00 | 5 | To ensure compliance with all of these terms of |
| 12:00 | 6 | probation, BP is required to hire a third-party independent |
| 12:01 | 7 | auditor, approved by the Department of Justice, whose job it is |
| 12:01 | 8 | to review and report to the probation officer and the |
| 12:01 | 9 | Department of Justice on the defendant's compliance with the |
| 12:01 | 10 | conditions I have described.  Ultimately, there will be access |
| 12:01 | 11 | to this Court to punish probation violations. |
| 12:01 | 12 | BP is also obligated by the plea agreement to |
| 12:01 | 13 | cooperate in any ongoing criminal investigation by the |
| 12:01 | 14 | government relating to the *Deepwater Horizon* incident.  The |
| 12:01 | 15 | monitors, auditors, and stringent reporting requirements mean |
| 12:01 | 16 | that BP's conduct and compliance will be closely watched. |
| 12:01 | 17 | Equally important is the detailed regime of technical |
| 12:01 | 18 | safeguards to improve BP's deepwater drilling safety practices |
| 12:01 | 19 | and technology.  In sum, the nonmonetary conditions of |
| 12:01 | 20 | probation reflect the seriousness of the offense and, along |
| 12:01 | 21 | with the monetary penalties, provide just punishment and |
| 12:01 | 22 | significant deterrence. |
| 12:01 | 23 | I have also considered all of the statements of |
| 12:02 | 24 | the victims, both those submitted in writing and those that I |
| 12:02 | 25 | have heard this morning.  I received 29 written statements from |

victims, including one surviver of the rig explosion, Mr. Trahan, who is here today, family members of some of the men who were killed by the explosion, individuals whose property was damaged by the oil spill, and individuals and organizations who were otherwise affected by the environmental damage caused by the spill.  I have heard from some and other of those victims again today.

As I have told you earlier, I have heard and I truly understand your feelings and the losses that you have suffered.

Some of the families of the victims who died wrote and spoke before the Court primarily to express the grief, anger, and anguish they have experienced.  A common theme was that no amount of money could ever compensate for the loss of a son, a husband, a father, or a brother.  The letters I have received from family members and the testimony I heard today are truly gut-wrenching, and the sadness and overwhelming sense of loss expressed by the people I have heard from, like nothing else, brings home the gravity of BP's conduct.

One family member described the loss of her husband is like having a hole in her heart.  The Court is very aware that nothing in the plea agreement can plug the hole in the lives of the survivors created by the loss of their loved ones.  The hope is that the families of the victims as well as others affected by the spill can take some solace in the fact

12:03  1   that the plea agreement holds BP responsible for its crimes and

12:03  2   takes serious steps to prevent incidents like this disaster

12:03  3   from happening again.

12:03  4              In addition, victims' families expressed a

12:03  5   variety of more specific concerns with the plea agreement.

12:03  6   Some expressed anger at BP's behavior immediately following the

12:04  7   explosion and the absence of contact from someone from BP to

12:04  8   personally apologize and accept responsibility.  Now, do I

12:04  9   think that BP should have apologized personally to the families

12:04  10  of these victims?  Well, the answer is an unequivocal yes.  I

12:04  11  think that BP should have done that out of basic humanity.  But

12:04  12  having said that, its failure to do so is not a basis for me to

12:04  13  reject the agreement, considering the many things that are

12:04  14  positive about it and that I have no power to change it, only

12:04  15  to accept it or reject it.

12:04  16             Some of those affected by the *Deepwater*

12:04  17  explosion and oil spill expressed disapproval with the plea

12:04  18  agreement for not subjecting high-level BP executives to jail

12:04  19  time.  Again, what is before me is a plea agreement between the

12:04  20  company and the government.  I have to examine the

12:04  21  reasonableness of the agreement and accept it or reject it

12:04  22  without modification.  As I have explained, the charges brought

12:05  23  by the government adequately reflect what BP is responsible

12:05  24  for.  The government has separately indicted four employees of

12:05  25  BP for their conduct in this incident.  Based upon the

12:05  1    information I have, which is not the total information, I'm not

12:05  2    in a position to know whether higher-ups should have been

12:05  3    charged.  But in any event, it's the job of the prosecutors,

12:05  4    not the Court, to decide who else to prosecute.

12:05  5                Other people have complained that the financial

12:05  6    penalties are not sufficiently punitive.  The Court has

12:05  7    addressed the sufficiency of the fines and other payments in

12:05  8    light of the considerations that are relevant to determining

12:05  9    whether to accept the plea agreement.

12:05  10               Finally, let me address the specific requests of

12:05  11   several deceased family members for restitution.  Again, the

12:05  12   Court lacks the ability to provide for additional payments on

12:05  13   top of what is agreed to or to modify the plea agreement.  But

12:05  14   even if there were no plea agreement and BP stood convicted

12:05  15   after trial, the Court would be very limited in any restitution

12:06  16   it could legally order.  Restitution would not be available for

12:06  17   pain, suffering, grief, and anguish and is limited to

12:06  18   out-of-pocket financial losses.  Restitution could not be

12:06  19   ordered for any financial loss but that of the deceased

12:06  20   victims.  While the Court acknowledges the pain and loss

12:06  21   suffered by parents and siblings of the deceased victims, the

12:06  22   law would not allow for payments to these family members in

12:06  23   this case regardless of the existence of the plea agreement.

12:06  24               Besides the family members of the men killed,

12:06  25   the Court has also heard from several individuals and

12:06  1   organizations that were affected in various ways by the oil
12:06  2   spill.  Some of these people have requested compensation for
12:06  3   damages they suffered as a result of the spill.  None of the
12:06  4   crimes that BP is pleading guilty to would allow restitution to
12:06  5   victims like fishermen for the types of harm caused by the
12:07  6   spill to the fishing industry.  So even if I rejected the
12:07  7   agreement and BP was convicted at trial, I could not order BP
12:07  8   to pay money to the fishing industry.

12:07  9            As I have discussed, the Court recognizes the
12:07  10  severity of the environmental harm caused, but it also finds
12:07  11  that the monetary payments and remedial actions included in the
12:07  12  plea agreement amount to a reasonable sentence considering the
12:07  13  risks and the alternatives.

12:07  14           Finally, I would like to point out that there
12:07  15  were hundreds of thousands of people affected by the disaster
12:07  16  and I have heard in opposition from a very small number.
12:07  17  Without relying on this fact, the Court believes that the
12:07  18  relatively small number of complaints reflects that many of
12:07  19  those affected agree with the Court's belief that the plea
12:07  20  agreement should not be rejected.  For all of these reasons, I
12:07  21  accept the plea agreement.

12:07  22           Based upon the testimony received, I find that
12:07  23  there's a factual basis for the guilty plea in this matter and
12:07  24  that the defendant, BP Exploration & Production Company, Inc.,
12:07  25  is fully competent to enter its plea of guilty and is pleading

| | | |
|---|---|---|
| 12:08 | 1 | guilty knowingly and voluntarily.  The Court, therefore, |
| 12:08 | 2 | adjudges the defendant, BP Exploration & Production Co., Inc., |
| 12:08 | 3 | guilty on its plea of guilty to Counts 1 through 14 of the bill |
| 12:08 | 4 | of information. |
| 12:08 | 5 | We will now proceed to sentencing, if counsel |
| 12:08 | 6 | and BP's representative would approach the podium.  Counsel for |
| 12:08 | 7 | the government, you too. |
| 12:08 | 8 | Is there any reason why sentence cannot be |
| 12:08 | 9 | imposed at this time? |
| 12:08 | 10 | **MR. FILIP:**  No, Your Honor. |
| 12:08 | 11 | **MR. BURETTA:**  No, Your Honor. |
| 12:08 | 12 | **THE COURT:**  In preparation of this hearing, I ordered |
| 12:08 | 13 | a presentence investigation report.  I understand that both the |
| 12:08 | 14 | government and the defendant have indicated they have no |
| 12:08 | 15 | objections to the report.  Is that correct? |
| 12:08 | 16 | **MR. BURETTA:**  Correct, Your Honor. |
| 12:08 | 17 | **MR. FILIP:**  Correct, Your Honor. |
| 12:08 | 18 | **THE COURT:**  Then is it appropriate for me to state |
| 12:08 | 19 | that there are no errors, corrections, alterations, additions, |
| 12:08 | 20 | or objections that either side wishes to make to the report? |
| 12:09 | 21 | **MR. BURETTA:**  Yes, Your Honor. |
| 12:09 | 22 | **MR. FILIP:**  Your Honor, that is correct.  We had some |
| 12:09 | 23 | letters supplementing the report that probation was kind enough |
| 12:09 | 24 | to include in it.  We believe that's appropriate, and we have |
| 12:09 | 25 | no objections or additions further. |

|       |    |
|-------|----|
| 12:09 | 1  | **THE COURT:**  Thank you. |
| 12:09 | 2  | The Court orders the report, except as to the |
| 12:09 | 3  | probation officer's sentencing recommendations, filed in the |
| 12:09 | 4  | record under seal. |
| 12:09 | 5  | BP Exploration & Production Company, Inc. has |
| 12:09 | 6  | pled guilty to 11 felony counts of seaman's manslaughter in |
| 12:09 | 7  | violation of 18 U.S.C. § 1115; one misdemeanor Clean Water Act |
| 12:09 | 8  | count in violation of 33 U.S.C. §§ 1319(c)(1)(A) and |
| 12:09 | 9  | 1321(b)(3); one misdemeanor Migratory Bird Treaty Act found in |
| 12:09 | 10 | violation of 16 U.S.C. §§ 703 and 707(a); and one felony count |
| 12:09 | 11 | of obstruction of justice in violation of 18 U.S.C. § 1505. |
| 12:09 | 12 | The United States Sentencing Commission has not |
| 12:09 | 13 | provided guidelines for these offenses.  As I have explained, I |
| 12:09 | 14 | have accepted the parties' plea agreement which contained a |
| 12:10 | 15 | stipulated sentence for the reasons I have stated earlier. |
| 12:10 | 16 | Does BP have anything it wishes to say before I |
| 12:10 | 17 | impose sentence? |
| 12:10 | 18 | **MR. FILIP:**  Nothing further, Your Honor. |
| 12:10 | 19 | **THE COURT:**  Does the government have anything it |
| 12:10 | 20 | wishes to say before I impose sentence? |
| 12:10 | 21 | **MR. BURETTA:**  No, Your Honor.  Thank you. |
| 12:10 | 22 | **THE COURT:**  Based upon the proceedings today, it is |
| 12:10 | 23 | the judgment of the Court that the defendant, BP Exploration & |
| 12:10 | 24 | Production Company, Inc., is hereby placed on probation for a |
| 12:10 | 25 | term of five years on each of Counts 1 through 14, all such |

terms to run concurrently.

The Court further orders the defendant to pay a fine of $1.256 billion as follows:

As to Counts 1 through 11, the maximum statutory fine pursuant to 18 U.S.C. § 3571(c) of $500,000 per count, totaling $5.5 million;

As to Count 12, a total of $1.15 billion shall be paid to the Oil Spill Liability Trust Fund pursuant to 33 U.S.C. §§ 1319(c)(1)(A) and 1321(b)(3), 18 U.S.C. § 3571(d), and 26 U.S.C. § 9509(b)(8);

As to Count 13, a total of $100 million shall be paid to the North American Wetlands Conservation Fund, pursuant to 16 U.S.C. §§ 703, 707, and 4406(b) and 18 U.S.C. § 3571(d), for the purposes of wetlands restoration and conservation projects located in the United States bordering the Gulf of Mexico or otherwise designed to benefit migratory bird species and other wildlife and habitat affected by the Macondo oil spill;

As to Count 14, the maximum statutory fine of $500,000 pursuant to 18 U.S.C. § 3571(c).

The fines payable for Counts 1 through 11 and 14 shall be payable to the Clerk, United States District Court, Eastern District of Louisiana, and shall be paid within 60 days of sentencing.

As to Counts 12 and 13, the fine shall be paid

on a pro rata basis as follows:

$250 million shall be paid within 60 days of sentencing; an additional $250 million shall be paid within one year of sentencing; an additional $250 million shall be paid within two years of sentencing; an additional $150 million shall be paid within three years of sentencing; an additional $150 million shall be paid within four years of sentencing; and the remainder shall be paid within five years of sentencing.

The defendant's terms of probation shall include the following mandatory and discretionary special conditions:

(1)   The defendant shall not commit another federal, state, or local crime;

(2)   The defendant shall notify the probation officer within 72 hours of any criminal prosecution against the defendant;

(3)   The defendant shall answer truthfully all inquiries made by the probation officer;

(4)   The defendant shall provide to the probation officer full access to any of the defendant's business operating locations;

(5)   The defendant shall give 10 days prior notice to the probation officer of any intended change in principal business location or mailing address;

(6)   The defendant shall notify the Court and the probation officer of any material change in the defendant's

economic circumstances that might affect the defendant's ability to pay the fines and other financial obligations the defendant is ordered to satisfy as a condition of probation;

(7)   The defendant shall pay the fines imposed by this judgment;

(8)   The defendant shall comply with all of the terms and conditions of the order that I will sign today and attach to this judgment.  The order contains the special terms and conditions of probation contained in the proposed order attached as Exhibit B to the parties' plea agreement, the conditions of which I have outlined and the parties have discussed today.

The terms of that order include the payment of $2.744 billion, consisting of $350 million to the National Academy of Sciences and $2.394 billion to the National Fish and Wildlife Foundation, to be paid in accordance with the schedule and for the purposes specified by the terms of the order.  The defendant must also satisfy all of the other terms and conditions set forth in the order.

Finally, the defendant shall pay a special assessment totaling $4,975, which is due immediately.

I want to advise BP that because it has agreed to waive its right to appeal its conviction or sentence directly or collaterally, it has no right to appeal its conviction or sentence.

12:14  1     Is there anything further?

12:14  2    **MR. FILIP:**  No, Your Honor.

12:14  3    **MR. BURETTA:**  No, Your Honor.

12:14  4    **THE COURT:**  I'm going to sign this order, and then we

12:14  5 will adjourn.

12:15  6     Thank you very much.

12:15  7    (Proceedings concluded.)

12:15  8       * * *

   9      **<u>CERTIFICATE</u>**

   10    I, Toni Doyle Tusa, CCR, FCRR, Official Court

   11 Reporter for the United States District Court, Eastern District

   12 of Louisiana, do hereby certify that the foregoing is a true

   13 and correct transcript, to the best of my ability and

   14 understanding, from the record of the proceedings in the

   15 above-entitled matter.

   16

   17

   18       *s/ Toni Doyle Tusa*
            Toni Doyle Tusa, CCR, FCRR
   19       Official Court Reporter.

   20

   21

   22

   23

   24

   25

**$**

$1.15 [3] 65/20 67/2 79/7
$1.15 billion [3] 65/20 67/2 79/7
$1.256 [3] 62/24 64/17 79/3
$1.256 billion [2] 64/17 79/3
$1.3 [1] 65/11
$1.3 billion [1] 65/11
$10,000 [1] 54/6
$100 [2] 67/8 79/11
$100 million [2] 67/8 79/11
$125 [1] 9/3
$15,000 [1] 9/8
$150 [4] 65/18 66/1 80/5 80/7
$150 million [4] 65/18 66/1 80/5 80/7
$2 [1] 19/15
$2 billion [1] 19/15
$2,314 [1] 49/21
$2,500 [1] 54/6
$2.394 [3] 67/15 67/20 81/15
$2.394 billion [2] 67/20 81/15
$2.744 [2] 62/25 81/14
$2.744 billion [2] 62/25 81/14
$20,000 [2] 45/16 49/18
$200,000 [1] 8/25
$22,314 [1] 49/21
$23,000.21 [1] 49/23
$24.2 [2] 68/20 68/22
$24.2 billion [2] 68/20 68/22
$25 [2] 65/18 65/25
$25 million [2] 65/18 65/25
$25,000 [1] 9/1
$250 [3] 80/2 80/3 80/4
$250 million [2] 80/2 80/3
$300 [1] 61/9
$300 million [1] 61/9
$350 [2] 68/1 81/14
$350 million [2] 68/1 81/14
$4 [12] 15/17 23/13 30/13 62/24 64/20
  65/9 65/23 66/5 66/13 66/17 70/1 70/2
$4 billion [12] 15/17 23/13 30/13 62/24
  64/20 65/9 65/23 66/5 66/13 66/17 70/1
  70/2
$4,975 [1] 81/21
$4.5 [1] 36/20
$4.5 billion [1] 36/20
$400 [2] 8/20 9/16
$42 [1] 69/2
$42 billion [1] 69/2
$5.5 [1] 79/6
$5.5 billion [1] 79/6
$50 [2] 9/10 66/4
$50 million [1] 66/4
$500,000 [4] 8/18 9/14 79/5 79/20
$525 [1] 69/4
$525 million [1] 69/4
$7.8 [1] 69/13
$7.8 billion [1] 69/13
$8.19 [3] 63/3 63/16 64/16
$8.19 million [3] 63/3 63/16 64/16

**1**

10 [1] 80/21
10 minutes [1] 56/21
10-minute [1] 56/20
100 miles [1] 54/13
100 people [1] 46/3
1000 [1] 1/17
10022 [1] 1/23
1050 [1] 2/2
11 [30] 7/11 7/24 8/14 8/15 10/20 11/5
  15/13 17/24 20/24 21/8 23/8 31/12 31/12
  34/6 37/3 38/5 48/7 54/4 56/19 56/25

57/8 57/16 59/11 60/2 62/3 62/7 68/10
  76/21 79/6 81/11
11 men [2] 52/13 53/8
1100 [1] 2/5
1101 [1] 2/5
1115 [2] 1/8 78/7
12 [8] 8/21 10/11 11/8 11/21 13/7 18/4
  79/7 79/25
12,560 [2] 49/15 49/24
12-292 [1] 3/17
12-CR-292 [1] 1/4
126 [1] 35/6
13 [6] 9/4 11/24 12/12 18/5 79/11 79/25
1319 [3] 8/24 78/8 79/9
1321 [3] 8/23 78/9 79/9
14 [13] 3/22 4/18 7/11 9/11 12/14 12/22
  15/14 18/10 63/15 77/3 78/25 79/19
  79/21
14 counts [2] 7/22 16/7
15 [3] 15/12 60/16 66/4
1505 [2] 9/13 78/11
16 [3] 9/6 78/10 79/13
16 U.S.C [1] 12/9
160 [1] 65/24
170 [1] 66/5
18 [4] 79/5 79/9 79/13 79/20
18 U.S.C [6] 8/16 9/13 9/23 58/1 78/7
  78/11
1974 [1] 11/15
1998 [1] 32/10
1:00 that [1] 33/21

**2**

2 1/2 [1] 40/2
20 [7] 18/3 20/25 22/5 30/8 32/18 39/12
  43/5
2000 [1] 61/3
20005 [1] 2/9
20036 [1] 2/2
2004 [1] 32/11
2006 [2] 32/13 61/2
2007 [1] 61/8
2009 [1] 60/13
2010 [8] 18/3 20/25 22/5 30/8 39/13 40/5
  43/5 49/20
2011 [2] 49/22 71/8
2012 [3] 15/12 67/5 68/22
2013 [2] 1/6 3/2
21 [1] 33/4
21-page [1] 15/24
2179 [1] 69/9
23 [1] 42/21
25 [1] 29/23
25 percent [1] 54/1
26 [1] 66/1
26 U.S.C [1] 79/10
29 [3] 1/6 3/2 72/25
292 [2] 1/4 3/17
2950 [1] 2/5
2:00 [1] 34/2

**3**

30 [1] 32/11
300 [1] 1/20
33 [3] 8/23 42/3 78/8
33 U.S.C [1] 79/9
3553 [2] 9/23 58/1
3563 [1] 58/1
3571 [5] 9/23 79/5 79/9 79/13 79/20
3572 [2] 9/23 58/1
36-year [1] 20/9
38 [2] 44/17 47/13

**4**

40 percent [1] 42/19
400 [1] 1/17
406 [2] 1/11
4406 [1] 79/13
46 [1] 65/21
4:30 [1] 33/5

**5**

500 [2] 2/11
504 [1] 2/12
589-7778 [1] 2/12

**6**

60 [2] 79/23 80/2
601 [1] 1/23
60654 [1] 1/20
6:00 a.m [1] 33/13

**7**

70 [1] 50/19
70130 [2] 1/17 2/11
70163 [1] 2/6
703 [4] 9/6 12/9 78/10 79/13
707 [3] 9/6 78/10 79/13
72 [1] 80/14
7778 [1] 2/12

**8**

80 [1] 66/6
80 percent [1] 67/5

**9**

92 percent [1] 49/17
9509 [1] 79/10

**A**

A-N-H [1] 48/3
a.m [1] 33/13
Aaron [1] 54/22
ability [8] 46/15 50/8 50/15 54/10 58/16
  75/12 81/2 82/13
able [6] 24/8 24/20 31/8 31/14 37/4
  39/18
aboard [4] 35/4 39/9 40/13 41/7
about [34] 4/4 6/19 14/15 22/9 24/17
  25/20 27/10 28/23 29/10 29/25 30/3 30/8
  30/9 30/12 31/3 31/11 32/18 33/13 33/17
  33/20 34/2 36/9 37/9 37/9 39/4 43/13
  44/23 46/23 47/4 48/14 52/9 54/1 54/6
  74/14
above [1] 82/15
above-entitled [1] 82/15
absence [1] 74/7
absent [1] 63/1
absolutely [2] 41/6 41/22
Academy [4] 68/2 68/4 68/11 81/15
accept [18] 4/19 5/3 5/14 6/6 6/6 7/25
  10/4 16/10 17/8 49/14 51/19 57/4 57/7
  74/8 74/15 74/21 75/9 76/21
acceptable [1] 61/13
accepted [4] 16/18 30/18 56/4 78/14
accepting [2] 62/6 64/22
accepts [4] 4/22 18/21 19/2 55/21
access [3] 51/2 72/10 80/19
accessibility [2] 51/8 51/20
accident [5] 21/16 21/22 33/6 37/16 72/1
accidents [2] 53/17 70/5
accomplish [1] 61/23
accordance [2] 19/17 81/16
account [3] 55/10 57/12 58/4
accounted [2] 26/9 33/23
accused [1] 4/1

achieve [1] 61/18
acknowledges [2] 21/10 75/20
across [1] 60/4
act [37] 3/24 8/23 8/24 9/6 9/7 11/14
11/14 18/5 18/6 24/1 24/1 35/11 35/11
40/11 41/14 51/10 60/15 61/1 61/5 62/8
62/9 63/6 63/7 63/10 63/10 63/24 64/5
64/14 64/24 65/20 67/2 67/5 67/6 67/9
69/18 78/7 78/9
action [2] 45/15 69/17
actions [2] 22/7 76/11
activities [3] 11/13 68/23 68/25
acts [2] 28/2 38/8
actual [2] 26/3 69/13
actually [5] 30/19 34/13 52/8 65/25 66/2
Adam [1] 54/21
addition [2] 54/8 74/4
additional [7] 58/16 69/17 75/12 80/3
80/4 80/5 80/6
Additionally [1] 64/9
additions [2] 77/19 77/25
address [4] 20/20 70/14 75/10 80/23
addressed [1] 75/7
adequate [3] 39/23 45/1 61/18
adequately [2] 5/6 74/23
adjoining [1] 11/12
adjourn [1] 82/5
adjudges [1] 77/2
admitted [1] 60/17
adopt [2] 22/2 71/22
advance [1] 68/5
advertising [1] 66/11
advise [3] 8/4 15/8 81/22
advisory [1] 54/12
affect [3] 11/15 18/16 81/1
affected [12] 37/18 43/18 50/24 67/14
67/17 73/5 73/25 74/16 76/1 76/15 76/19
79/17
affiliate [1] 20/14
affiliation [1] 36/13
afford [3] 49/10 58/8 66/16
after [17] 5/19 6/2 17/16 26/3 26/21
26/24 27/2 30/16 34/11 37/7 37/16 44/3
53/15 54/13 56/2 58/14 75/15
afternoon [2] 33/2 33/21
again [3] 17/18 24/17 33/10 37/13
41/25 42/6 55/25 56/11 73/7 74/3 74/19
75/11
against [8] 5/17 8/6 9/17 10/16 40/1 41/1
69/15 80/14
age [1] 37/19
ago [2] 36/23 40/2
Agony [1] 25/20
agree [4] 13/8 19/25 57/2 76/19
agreed [5] 3/21 4/4 4/17 4/23 6/1 16/16
16/24 36/15 61/22 62/24 63/5 64/18
66/17 75/13 81/22
agreement [99]
agreements [1] 14/24
agrees [1] 16/6
ahead [3] 28/6 28/6 28/9
aided [2] 2/16
Air [1] 60/15
aisle [2] 27/9 38/15
Alabama [2] 60/6 67/20
Alaska [4] 54/13 60/25 61/2 61/6
Alaskan [1] 54/16
alert [1] 59/22
alive [1] 23/11
all [66] 3/5 4/18 6/19 6/25 12/8 13/7
13/11 13/13 13/18 13/20 14/11 17/4

18/23 20/5 20/18 21/11 23/1 24/11 24/17
27/10 27/21 29/23 29/25 30/14 30/21 30/22
30/24 31/10 33/2 33/25 35/3 36/14 37/2
37/20 38/8 40/1 40/11 42/25 44/18 45/3
45/4 48/20 49/11 50/4 53/2 54/3 54/5
54/16 55/1 55/2 55/9 56/17 58/3 58/22
63/15 64/3 65/18 70/2 71/14 72/5 72/23
76/20 78/25 80/16 81/6 81/18
allocation [1] 19/22
allocution [1] 17/23
allow [4] 25/23 45/7 75/22 76/4
allowed [3] 4/24 24/22 45/21
allowing [4] 28/20 38/18 48/8 50/2
allows [2] 59/1 71/18
almost [2] 37/25 39/17
alone [1] 29/15
along [3] 44/21 52/16 72/20
also [45] 3/5 4/5 5/5 5/9 5/11 8/4 9/21
15/20 17/14 18/7 20/13 21/13 21/21 32/7
41/19 45/7 47/7 48/8 48/10 50/5 50/8
50/19 60/2 61/3 62/12 64/23 65/7 65/9
65/12 66/7 66/22 68/17 69/7 69/19 70/4
70/22 71/3 71/10 71/16 71/25 72/12
72/23 75/25 76/10 81/18
alterations [1] 77/19
alternative [7] 63/6 63/9 63/10 63/12
63/21 63/23 64/14 64/24 65/1
alternatives [5] 55/8 58/25 58/25 61/25
76/13
although [6] 16/24 36/5 44/19 60/11
always [4] 30/7 32/24 42/1 42/2
am [12] 7/25 14/9 21/4 23/5 25/21 41/13
43/15 44/19 44/20 46/12 46/14 55/10
amazed [1] 25/21
AMERICA [5] 1/4 2/7 3/18 20/11 60/14
American [2] 48/18 79/12
Amoco [2] 20/10
among [4] 15/24 34/6 57/12 60/8
amount [19] 18/14 23/22 30/13 30/14
36/8 40/23 44/5 59/15 62/16 63/23 64/17
65/1 66/6 66/19 69/2 69/3 69/11 73/14
76/12
amounts [1] 66/19
analyze [1] 57/25
and/or [1] 67/23
Anderson [12] 22/17 22/17 22/23 23/7
23/8 25/8 25/10 25/11 25/14 54/20
anger [2] 73/13 74/6
angry [1] 37/9
anguish [2] 73/13 75/17
Anh [1] 48/3
ANJALI [2] 2/8 6/16
announce [1] 6/5
announced [1] 30/16
annual [2] 54/21 71/20
another [6] 34/11 49/10 53/24 60/25 61/7
80/11
answer [4] 8/5 36/24 74/10 80/16
any [51] 3/24 3/25 4/3 4/6 6/2 8/1 8/5
12/1 12/2 12/2 12/2 12/4 12/4 14/4 14/24
15/4 15/4 15/18 17/4 17/5 17/5 22/13
33/8 33/17 33/20 34/7 36/7 36/7 36/19
46/16 51/13 55/16 56/12 58/19 61/17
61/17 65/6 65/7 66/8 66/9 66/10 70/10
72/13 75/3 75/15 75/19 77/8 80/14 80/19
80/22 80/25
anybody [1] 54/24
anyone [1] 15/5 23/19 45/20 55/15
anything [8] 20/23 25/17 33/10 42/25
55/19 78/16 78/19 82/1
anywheres [1] 42/25
apologize [10] 13/17 20/17 20/22 21/11
21/14 22/8 25/15 55/25 56/14 74/8

apologized [1] 74/9
apology [4] 21/5 22/11 23/1 54/17
apparent [1] 61/12
appeal [6] 16/4 16/17 16/21 16/21 81/23
81/24
appealed [1] 41/5
appeals [1] 36/18
appear [1] 7/2
Appearances [1] 1/12
appears [1] 61/22
appertaining [1] 11/16
applaud [2] 50/21 50/21
applicability [2] 63/6 63/9
applicable [2] 9/22 64/16
applied [2] 63/11 64/24
applies [2] 5/11 65/3
apply [3] 14/3 50/23 64/14
apportioned [1] 67/17
approach [2] 19/9 77/6
approaches [3] 50/17 50/21 50/23
appropriate [5] 4/14 57/3 57/17 77/18
77/24
approval [1] 16/9
approved [3] 50/4 70/16 72/7
approximately [4] 33/4 33/21 46/2 69/12
April [8] 18/3 20/25 22/5 30/8 32/18 33/4
39/12 43/5
April 20 [7] 18/3 20/25 22/5 30/8 32/18
39/12 43/5
April 21 [1] 33/4
Archdiocese [1] 48/17
are [68] 6/19 6/24 7/12 8/4 9/21 11/17
14/6 14/24 15/2 18/25 18/25 19/21 21/8
21/16 22/3 22/6 22/20 24/13 24/15 23/17
24/3 24/4 24/22 24/24 27/17 29/11 29/25
30/22 35/22 36/3 39/22 40/16 44/21
44/24 45/5 46/8 46/20 48/15 48/19 50/5
50/24 51/1 54/10 54/15 55/8 55/23 56/15
56/20 57/20 57/20 58/13 62/5 62/17
63/22 63/25 64/1 64/1 65/16 66/12 66/23
68/14 70/8 71/17 73/17 74/13 75/6 75/8
77/19
areas [2] 43/18 46/10
argument [2] 63/18 63/20
arising [1] 61/1
arms [1] 42/12
around [1] 21/23
arrange [1] 71/10
arrived [2] 26/10 33/2
arrogant [1] 47/22
as [101]
ascertain [1] 5/22
Asian [5] 48/4 48/9 48/18 51/1 51/4
Asian/Pacific [1] 48/18
ask [7] 8/1 8/2 14/14 21/25 22/18 47/21
56/18
asked [7] 5/5 22/14 26/16 27/3 27/4 33/8
36/23
asking [4] 14/7 26/15 38/10 38/15
aspect [1] 46/4
aspects [1] 44/18
assessing [2] 57/7 57/24
assessment [7] 8/20 9/3 9/10 9/16 57/9
68/24 81/21
assessments [1] 69/19
asset [1] 39/11
assigns [1] 17/4
assist [1] 44/24
assistance [1] 10/15
associated [2] 9/18 29/21
Association [2] 48/5 48/9
assume [1] 30/17

**A**

assuming [1] 34/22
assure [1] 45/9
at [45] 4/2 4/14 5/12 5/14 20/4 22/4
23/12 25/21 27/11 27/12 28/1 31/10 32/6
32/15 32/17 33/4 33/13 33/21 33/22
37/20 37/23 41/3 44/11 44/25 45/18 46/6
46/7 47/8 48/9 51/3 53/14 60/4 60/15
60/22 63/16 64/16 68/11 70/15 70/22
70/23 71/3 71/4 74/6 76/7 77/9
Atlantic [2] 20/10 20/14
attach [1] 81/8
attached [1] 81/10
attachment [1] 17/22
attempting [1] 63/18
attend [1] 4/1
attended [1] 47/13
attention [2] 23/21 23/22
attorney's [1] 22/15
attributed [1] 53/6
audio [1] 3/7
audit [2] 70/23 71/4
auditor [1] 72/7
auditors [1] 72/15
audits [1] 71/6
auspices [1] 56/6
authority [2] 11/16 64/25
authorize [1] 7/2
authorizes [2] 6/25 57/1
authorizing [1] 6/21
automobile [1] 46/13
available [3] 51/14 70/12 75/16
Avenue [3] 1/23 2/2 2/8
average [2] 49/18 49/22
avoid [1] 49/11
awarded [1] 24/15
aware [2] 12/18 73/22
away [4] 24/18 42/14 52/14 53/2

**B**

back [9] 6/5 21/4 24/19 33/14 36/8 40/3
40/6 56/21 71/2
background [1] 6/8
backing [1] 40/18
bad [3] 30/19 33/18 55/12
badly [1] 33/16
bank [3] 39/1 39/3 39/4
barely [1] 44/22
bargain [2] 24/23 51/17
bargaining [1] 57/12
barrier [2] 50/8 67/22
based [8] 18/2 30/25 57/9 57/16 66/9
74/25 76/22 78/22
basic [1] 74/11
basically [1] 23/11
basis [14] 5/25 17/20 17/25 18/6 18/11
18/19 18/20 18/22 18/24 19/2 51/5 74/12
76/23 80/1
Bay [2] 53/15 61/2
be [123]
beaches [1] 60/5
became [2] 44/15 45/1
because [29] 15/4 24/14 25/17 26/4 27/5
27/25 29/23 30/24 33/1 33/16 35/5 36/15
37/22 38/4 38/8 38/11 39/21 41/4 41/15
42/15 44/8 52/23 53/23 57/18 63/3 64/12
64/23 69/24 81/22
Becky [1] 33/13
become [3] 5/1 44/4 45/8
been [35] 3/9 13/14 13/21 13/25 14/19
15/3 24/12 24/15 26/14 26/20 30/8 31/4
33/6 33/7 33/16 33/19 33/23 33/23 36/17

37/10 37/18 38/7 39/17 42/8 43/3 45/10
46/21 48/20 51/17 51/23 54/11 56/13
60/21 61/15 75/2
before [37] 1/10 3/4 5/14 7/17 7/25 10/19
11/7 11/23 12/17 13/8 13/22 24/22 25/15
29/1 29/15 30/8 30/25 32/24 41/4 41/10
41/17 41/20 42/21 43/2 48/6 53/24 54/18
57/17 60/22 60/24 61/15 65/3 68/19
73/12 74/19 78/16 78/20
began [4] 32/11 33/11 44/3 45/19
begin [2] 48/6 69/15
beginning [2] 29/23 45/18
begun [1] 56/4
behalf [8] 6/9 6/13 6/16 6/22 20/22 21/5
22/11 40/11
behavior [5] 44/7 44/8 44/10 47/17 74/6
behind [2] 32/5 32/7
being [6] 29/16 30/22 40/9 42/18 45/2
46/5
belabor [1] 55/25
belief [1] 76/19
believe [14] 18/22 19/8 26/4 31/10 34/8
35/21 35/21 37/2 44/11 45/5 46/7 47/9
54/9 77/24
believes [3] 57/18 57/22 76/17
belonging [1] 11/15
below [1] 49/19
benefit [4] 15/19 66/8 67/13 79/16
benefits [1] 44/21
Besides [2] 61/7 75/24
best [2] 72/4 82/13
better [2] 22/1 44/19
between [5] 12/6 14/24 35/24 46/1 74/19
beyond [6] 10/21 11/8 11/24 12/15 16/6
65/1
big [2] 28/4 29/7
biggest [1] 66/15
bike [1] 27/16
bill [13] 3/22 4/18 7/12 7/18 7/22 8/9 8/14
8/21 9/4 9/11 13/11 35/19 77/3
billion [30] 15/17 19/15 23/13 30/13
36/20 62/24 62/24 62/25 64/17 64/20
65/9 65/11 65/20 65/23 66/5 66/13 66/17
67/2 67/15 67/20 68/20 68/22 69/2 69/13
70/1 70/2 79/3 79/7 81/14 81/15
billions [2] 42/24 69/16
Billy [2] 22/23 23/7
bird [12] 9/6 17/2 12/2 12/2 12/4 12/5 18/6
62/8 67/9 67/13 78/9 79/16
birds [3] 12/8 18/8 60/7
birthday [2] 32/23 33/1
bit [1] 44/1
black [2] 1/15 37/5
Blair [1] 54/21
blood [1] 43/4
blowout [4] 17/7 60/1 71/13 71/16
board [8] 6/17 6/20 13/14 13/21 14/1
21/7 41/10 70/16
boat [3] 43/23 48/17 49/9
boats [2] 45/20 45/22
body [1] 34/15
book [2] 44/9 53/14
booklet [1] 45/23
boom [1] 27/10
boots [1] 45/16
bordering [1] 79/15
born [2] 20/15 43/16
both [9] 13/23 18/22 29/7 37/10 45/21
70/14 70/17 72/24 77/13
bound [2] 17/8 19/25
BP [195]
BP Exploration [1] 60/25
BP Products [1] 60/14

BP's [32] 10/5 14/2 14/6 16/12 23/13
30/22 46/5 58/5 59/10
59/10 59/18 61/10 62/10 64/5 64/13 65/8
65/12 65/20 65/24 67/6 69/7 69/22 70/9
71/16 72/1 72/16 72/18 73/19 74/6 77/6
break [1] 56/20
BRIAN [2] 2/5 6/15
brief [3] 22/25 55/17 56/17
briefs [1] 5/5
bring [3] 16/6 21/3 36/8
brings [1] 73/19
Britain [1] 12/7
British [3] 6/17 6/18 13/21
broad [1] 57/16
broken [1] 35/23
brother [3] 29/7 37/8 73/15
brothers [6] 21/4 24/9 24/19 24/25 26/13
38/7
brought [3] 57/19 61/21 74/22
brown [1] 60/7
brunt [1] 66/12
Buddy [2] 38/25 39/6
bulk [1] 68/13
burden [1] 58/17
Bureau [2] 49/20 71/21
BURETTA [2] 1/14 6/10
Burkeen [1] 54/22
burn [1] 42/10
burning [1] 52/13
burns [1] 42/5
business [7] 23/23 42/20 66/16 68/23
70/7 80/20 80/23
businesses [2] 48/21 49/5
but [50] 21/4 21/25 22/7 23/3 23/14
24/13 25/4 26/18 26/22 28/16 29/19
29/22 30/14 33/10 34/15 34/19 34/20
35/21 36/8 37/12 39/3 40/8 42/15 42/18
42/24 43/13 44/10 44/22 47/21 51/6
52/23 55/10 56/11 56/15 57/5 62/12 63/9
65/7 65/18 66/2 66/17 66/24 68/10 69/2
70/7 74/11 75/3 75/13 75/19 76/10
buy [1] 40/25
bystander [1] 52/17

**C**

CAC [1] 54/15
calculated [1] 61/23
calculating [2] 63/12 64/9
call [6] 3/16 6/18 33/5 34/1 34/4 34/7
called [6] 29/13 32/18 33/12 33/13 33/15
33/19
calls [4] 26/15 27/20 59/6 71/25
Cambodian [1] 51/5
came [11] 24/3 27/7 27/16 32/24 33/11
33/12 33/21 34/3 34/12 49/12 55/2
can [30] 3/11 8/2 8/5 20/5 20/23 21/2
21/3 21/17 24/19 27/20 30/13 31/5 32/24
42/18 42/20 42/24 45/9 45/23 53/6 53/10
53/10 56/5 57/4 57/5 57/21 58/17 68/9
71/1 73/22 73/25
can't [6] 25/17 30/20 41/25 52/7 57/5
57/5
cancer [1] 45/24
cannot [2] 40/20 46/13 56/15 64/14 77/8
capital [2] 51/8 51/20
Capitelli [5] 2/4 2/4 2/5 6/15 6/15
capped [2] 63/16 64/15
capsule [1] 34/10
car [2] 37/16 49/9
care [8] 24/3 24/4 24/10 24/12 24/13
24/24 49/9 52/20
cared [1] 47/14
careers [1] 53/1

C

cares [1] 22/1
Carpenter [1] 34/17
carries [4] 8/17 8/24 9/7 9/13
carry [1] 67/11
case [25] 3/16 3/17 14/3 15/10 24/12
36/5 39/23 40/1 40/3 40/6 41/4 57/4
57/10 58/18 59/3 60/2 60/21 61/10
63/15 64/3 64/21 65/6 65/22 69/3 75/23
cash [1] 30/15
catch [1] 50/10
categories [1] 46/9
Catholic [1] 48/16
caught [2] 39/1 45/20
causation [2] 63/25 64/8
cause [2] 18/3 45/24
caused [16] 18/7 23/16 54/3 59/11 60/1
60/1 60/2 62/19 63/8 64/5 64/9 64/13
66/23 73/6 76/5 76/10
causing [2] 47/10 62/6
CCR [3] 2/10 82/10 82/18
cell [1] 3/6
cement [2] 71/14 71/15
Census [1] 49/20
cent [2] 47/12 47/15
center [2] 44/25 71/19
CEO [1] 19/8
CERCLA [1] 61/5
certain [7] 4/12 8/1 14/14 17/1 17/1
53/18 71/17
certificate [1] 27/1 82/9
certify [1] 82/12
Chackbay [1] 43/16
chairman [1] 20/13
challenge [2] 16/4 16/17
change [5] 35/10 53/22 74/14 80/22
80/25
changed [1] 22/5
characteristics [1] 58/6
charge [2] 8/15 17/24
charged [4] 57/19 60/12 62/3 75/3
charges [20] 5/12 5/17 8/21 9/14 9/1
9/17 9/19 9/22 10/2 13/11 16/6 18/4
18/10 54/8 57/19 61/8 61/21 62/1 62/11
74/22
Charities [1] 48/17
charterer [1] 10/23
CHATURVEDI [2] 2/8 6/16
cheer [1] 27/14
chemically [1] 52/19
chemicals [2] 45/11 53/6
Chicago [1] 1/20
child [1] 23/19
children [6] 24/15 36/19 43/21 44/5
47/16 49/9
choice [1] 23/12
Chris [1] 29/7
Christian [1] 37/6
chronic [3] 46/8 46/10 46/18
circumstances [4] 47/10 58/5 59/2 81/1
citizens [2] 30/10 54/12
City [5] 53/15 60/16 60/23 60/24 66/3
civil [10] 29/24 39/22 40/25 61/9 66/9
69/4 69/8 69/14 69/17 69/17
claim [4] 48/20 49/4 49/19 51/18
claims [18] 40/14 40/16 40/18 40/21
40/23 40/24 40/25 41/7 41/15 41/20 56/6
56/8 56/9 56/9 68/24 69/10 69/10 69/15
Clark [1] 54/21
Clean [12] 8/23 8/24 18/5 60/15 61/1
62/8 64/5 65/20 67/2 67/6 69/18 78/7
Clean Water [1] 8/23
Cleanup [1] 44/16
clear [1] 21/10
clearly [1] 53/22
Clerk [1] 79/22
client [1] 16/20
climate [1] 70/15
clinic [2] 46/6 47/13
closely [4] 45/14 54/9 70/9 72/16
closes [1] 28/3
Co [2] 3/21 77/2
coast [18] 20/12 26/24 30/11 33/7 34/10
43/17 46/3 48/15 52/16 52/18 54/11
59/13 67/6 67/12 67/17 67/19 67/22
68/14
Coast Guard [3] 26/24 33/7 34/10
coastal [3] 43/18 48/17 67/24
coastline [1] 60/5
coercion [1] 51/10
COHEN [2] 1/15 6/11
COLIN [1] 1/15
collateral [1] 62/13
collaterally [2] 16/17 81/24
collected [1] 66/2
college [1] 38/14
column [1] 60/4
combined [1] 65/13
come [10] 6/5 7/5 25/20 26/17 26/18
28/11 34/25 35/16 56/21 70/16
coming [3] 27/22 28/16 55/14
comments [3] 25/7 28/22 38/10
commercial [4] 49/4 49/24 50/3 51/11
Commission [2] 69/6 78/12
commit [1] 80/11
commitment [1] 22/8
committed [7] 5/25 8/15 8/22 9/5 19/20
39/9 59/9
committee [4] 40/10 40/15 40/19 46/2
committing [1] 66/21
common [1] 73/13
communication [1] 35/24
communities [4] 21/15 50/20 51/1 51/3
Community [2] 32/17 48/18
companies [5] 20/10 56/7 60/12 66/15
66/21
company [20] 9/18 10/1 10/6 15/3 16/23
17/10 17/14 20/10 21/5 21/19 30/21 35/2
47/22 60/25 61/8 61/17 74/20 76/24 78/5
78/24
comparable [1] 62/18
compared [1] 66/20
comparison [2] 40/24 46/20
compensate [2] 40/21 73/14
compensated [1] 39/22
compensation [10] 39/23 40/16 46/18
47/2 48/20 49/3 49/11 50/4 61/4 76/2
compensations [1] 51/19
competence [1] 71/22
competent [1] 76/25
complained [1] 75/5
complaining [1] 46/23
complaints [3] 45/3 47/4 76/18
complete [1] 32/20
complex [1] 63/13
complexity [2] 63/19 64/12
compliance [4] 70/9 72/5 72/9 72/16
compliant [1] 21/20
complicate [1] 63/1 63/24 64/4
complicated [1] 55/7
comply [1] 81/6
composed [1] 12/4
compounded [1] 50/9
comprehend [1] 30/14
comprehensive [2] 61/4 71/7
computer [1] 2/16
computer-aided [1] 2/16
concept [1] 54/15
concern [2] 29/22 70/6
concerning [1] 14/25
concerns [1] 74/5
conclude [1] 5/25 63/22
concluded [1] 82/7
conclusion [1] 51/10
concurrently [1] 79/1
condition [2] 67/16 81/3
conditions [15] 5/23 14/22 15/23 17/2
46/8 58/11 70/13 70/14 72/10 72/19
80/10 81/7 81/9 81/11 81/19
condolences [2] 43/12 48/7
conduct [19] 14/11 17/5 18/7 55/13
55/21 57/17 58/9 59/10 61/10 61/14 62/2
67/20 70/5 70/9 70/22 71/3 72/16 73/9
74/25
confident [1] 8/3
confirm [1] 13/20
confront [1] 10/16
Congress [5] 12/17 18/11 18/13 18/15
54/4
congressional [2] 18/17 59/14
congressmen [1] 35/14
Connecticut [1] 2/2
connection [2] 11/13 39/21
connivance [2] 10/25 11/1
consented [1] 13/22
consequences [5] 61/11 62/13 62/20
69/24 70/3
consequential [1] 70/3
conservation [3] 67/11 79/12 79/14
Consider [1] 46/12
considerably [1] 44/19
consideration [5] 38/11 56/18 58/15
58/23 65/19
considerations [1] 75/8
considered [10] 5/8 5/11 46/8 46/9 47/18
65/4 66/22 68/17 70/4 72/23
considering [5] 59/2 61/24 65/23 74/13
76/12
consisting [1] 81/14
consists [1] 12/3
constant [3] 42/13 42/13 50/9
constantly [1] 44/6
constitutes [1] 57/11
consult [1] 9/23
Consultants [1] 48/18
consumers [1] 58/18
contact [2] 59/22 74/7
contacted [1] 26/6
contained [2] 78/14 81/9
contains [1] 81/8
contend [1] 5/6
context [3] 65/5 68/18 69/25
contiguous [1] 11/13
Continental [1] 11/14
continue [6] 21/18 23/23 41/23 56/3 56/5
56/10
continued [3] 21/21 26/24 35/2
continues [1] 69/14
continuing [1] 22/8
contract [1] 71/5
contractors [2] 60/20 61/6
contracts [3] 54/11 62/14 69/21
contrast [1] 45/22
contributes [1] 68/15
control [1] 59/25
convention [1] 12/6

## C

convey [1] 21/25 55/20
convicted [5] 29/18 61/1 61/3 75/14 76/7
conviction [8] 5/18 11/4 11/20 12/11 16/4 16/17 81/23 81/25
cooperate [2] 15/20 72/13
cooperation [1] 65/20
coordinator [2] 22/15 48/4
copy [1] 8/9
Corbin [3] 37/8 37/14 37/15
COREXIT [1] 47/10
corners [1] 35/5
corporate [3] 6/20 53/19 61/12
corporation [2] 23/18 30/20
corporations [1] 62/5
correct [7] 19/1 20/7 77/15 77/16 77/17 77/22 82/13
correctional [1] 71/21
corrections [1] 77/19
corruptly [1] 12/19
cost [5] 30/13 35/2 49/22 69/12 69/13
costs [2] 68/22 68/24
could [28] 10/19 11/7 11/23 13/8 17/16 24/14 26/8 28/15 33/8 34/9 37/11 41/3 43/25 44/9 44/14 45/24 47/17 49/7 49/10 55/8 64/8 64/24 66/16 70/7 73/14 75/16 75/18 76/7
couldn't [3] 29/18 42/11 42/12
council [2] 54/12 54/16
counsel [6] 10/15 14/2 14/8 17/19 77/5 77/6
counsels [1] 64/21
count [26] 8/17 8/21 8/24 9/4 9/7 9/11 9/12 9/13 11/8 11/21 11/24 12/12 12/14 12/22 18/4 18/5 18/10 52/20 62/4 62/10 78/8 78/10 79/5 79/7 79/11 79/19
Count 12 [4] 11/8 11/21 18/4 79/7
Count 13 [5] 9/4 11/24 12/12 18/5 79/11
Count 14 [4] 12/14 12/22 18/10 79/19
counted [1] 32/24
counterpoint [1] 56/11
countries [1] 50/19
country [1] 49/13
counts [21] 3/22 4/18 7/11 7/12 7/22 8/14 8/16 10/20 11/5 15/4 16/7 17/24 31/12 62/3 62/9 77/3 78/6 78/25 79/4 79/21 79/25
Counts 1 [9] 7/11 8/14 10/20 11/5 17/24 77/3 78/25 79/4 79/21
couple [1] 35/9
course [4] 3/10 33/1 66/14 68/8
court [79] 1/1 2/10 3/3 3/5 3/25 4/3 4/5 4/5 4/12 4/19 5/1 9/23 15/8 15/12 16/9 19/2 20/17 20/20 21/2 22/13 36/18 36/18 38/10 40/3 40/4 40/7 41/11 42/23 43/1 45/6 51/15 56/4 56/7 57/4 57/8 57/11 57/15 57/17 57/18 57/21 57/24 58/23 59/4 59/7 60/21 61/13 61/20 63/7 63/13 64/2 64/14 64/25 65/19 66/7 66/14 66/22 68/8 68/17 69/22 72/11 73/12 73/21 75/4 75/6 75/12 75/15 75/20 75/25 76/9 76/17 77/1 78/2 78/23 79/2 79/22 80/24 82/10 82/11 82/18
Court's [7] 16/9 20/16 20/19 49/1 63/1 64/22 76/19
Courtney [1] 31/24
courtroom [3] 3/10 3/11 55/3
courts [1] 63/20 63/22
covenants [2] 49/16 51/12
cover [2] 45/25 49/8
CR [1] 1/4
crawl [1] 42/11
create [1] 67/22
created [1] 71/21
creation [1] 51/9
cremated [1] 23/11
crew [4] 33/18 34/23 34/25 35/6
crime [8] 3/24 3/24 39/7 41/14 42/24 47/18 51/12 80/12
crimes [11] 4/1 6/1 39/8 39/15 39/25 55/22 61/7 64/13 66/21 74/1 76/4
criminal [31] 1/14 3/17 15/14 15/17 15/17 16/25 29/15 29/17 29/21 40/25 47/16 54/8 56/25 58/3 58/4 58/9 61/9 61/11 62/24 64/19 65/5 65/9 65/11 65/12 65/13 65/17 66/18 67/6 69/3 72/13 80/14
criminals [2] 39/2 41/19
crisis [1] 72/2
criteria [1] 46/19
critically [1] 26/10
crooked [1] 28/3
cross [1] 10/16
cross-examine [1] 10/16
crude [4] 43/19 45/11 45/23 47/6
Crutcher [1] 2/1
cry [1] 42/4
CULLEN [1] 1/16
cultural [1] 51/3
culture [1] 53/20
curiosity [1] 29/12
current [1] 71/18
Curtis [1] 54/20
customs [1] 50/18
cut [3] 25/17 39/2 46/15
cutting [1] 35/5

## D

D-A-O [1] 48/3
D.C [4] 2/2 2/9 35/10 35/20
dad [2] 34/17 37/20
dad's [1] 27/20
daddy [9] 27/3 27/5 27/21 27/22 28/12 28/13 28/15 28/16 28/17
daddy's [1] 38/1
daily [1] 37/25
Dale [1] 54/22
damage [6] 59/11 62/9 65/15 67/1 69/19 73/6
damaged [2] 67/7 73/4
damages [2] 41/23 76/3
dance [2] 27/11 54/18
danced [1] 54/18
dancing [1] 27/9
dangers [1] 45/10
Danos [6] 43/7 43/10 43/15 43/25 47/23 47/24
Dao [1] 48/3
Data [1] 49/15
date [4] 35/13 41/17 41/18 41/20
dating [1] 32/11
daughters [2] 32/6 38/5
day [12] 9/1 21/9 27/7 27/13 35/1 35/24 37/12 38/3 38/6 41/11 43/1 53/4
day's [1] 42/22
days [10] 32/23 34/8 34/11 37/16 44/17 47/13 56/2 79/23 80/2 80/21
dead [2] 34/14 34/14
deadline [1] 34/25
deal [8] 23/21 30/16 31/3 39/2 39/5 39/19 39/21 43/3
death [9] 23/10 23/16 23/25 27/1 27/1 35/11 37/7 37/9 42/10
deaths [5] 52/12 52/14 54/4 59/10 62/7
debarment [1] 62/14
debate [1] 55/19
Debra [1] 34/5
decades [4] 75/19 75/19 75/21
December [1] 39/15
decide [1] 75/4
decision [5] 14/6 30/6 30/7 38/11 63/1
decisions [4] 23/16 30/5 30/25 57/20
deckhands [1] 48/22
decline [1] 16/9
declined [1] 53/14
deemed [1] 59/23
deepest [1] 34/20
deeply [2] 21/8 22/1
deepwater [35] 11/14 15/21 15/25 17/6 17/7 18/2 20/21 20/25 23/9 26/1 29/6 32/5 33/6 34/20 39/10 39/12 40/13 41/8 43/4 43/18 43/22 59/17 60/9 62/21 67/8 68/21 69/7 69/10 69/24 71/9 71/14 71/23 72/14 72/18 74/16
Deepwater Horizon [28] 15/21 17/6 17/7 18/2 20/21 20/25 23/9 26/1 29/6 32/5 33/6 34/20 39/10 39/12 40/13 41/8 43/4 43/18 43/22 59/17 60/9 62/21 67/8 68/21 69/7 69/24 71/9 72/14
deer [1] 27/10
default [1] 64/16
defendant [39] 5/15 5/22 5/25 8/15 8/22 9/5 9/12 10/22 10/24 11/10 12/1 12/18 12/19 13/14 16/19 17/3 18/12 57/2 57/22 58/6 58/17 58/17 76/24 77/2 77/14 78/23 79/2 80/11 80/13 80/15 80/16 80/18 80/21 80/24 81/3 81/4 81/6 81/18 81/20
defendant's [6] 58/16 72/9 80/9 80/19 80/25 81/1
defendants [1] 58/19
defense [1] 13/4
defenses [1] 14/4
deficient [1] 60/13
defined [1] 50/14
demonstrate [1] 70/2
deny [1] 43/2
Department [9] 1/13 32/16 41/12 48/11 51/16 67/10 70/20 72/7 72/9
DEPIPPO [2] 1/22 6/15
Depression [1] 25/21
deprivations [1] 58/13
DEREK [2] 1/15 6/11
describe [1] 17/20
described [3] 16/7 72/10 73/20
designed [4] 66/12 67/12 70/8 79/16
designs [1] 71/14
destruction [1] 52/15
detailed [3] 15/23 15/25 72/17
details [2] 26/7
deter [1] 70/5
determination [1] 59/7
determine [6] 5/2 5/14 5/15 5/16 5/24 58/23
determined [1] 11/17
determining [3] 63/23 64/3 75/8
deterrence [3] 58/9 61/18 72/22
deterrent [1] 66/20
detox [6] 44/16 44/25 46/3 46/23 46/25 47/13
develop [1] 48/24
development [6] 50/13 50/13 50/14 51/7 51/20 54/11
Dewey [1] 54/20
Dewitt [1] 34/17
did [11] 23/25 24/7 28/1 30/4 33/9 45/7 47/3 49/7 51/13 52/18 56/2
didn't [7] 25/16 26/4 27/3 31/17 33/17 37/11 47/21
die [1] 43/2

## D

died [10]  11/2 20/25 21/9 39/9 40/12
41/7 41/21 43/4 66/4 73/11
difference [1]  38/16
difficult [2]  37/22 50/6
diminish [1]  21/3
directed [1]  68/14
directly [2]  71/12 81/24
directors [3]  6/17 6/21 21/7
disabled [1]  46/13
disapproval [1]  74/17
disaster [8]  30/7 52/12 52/12 53/25
54/13 66/3 74/2 76/15
disasters [1]  68/15
disastrous [1]  59/13
discharge [4]  18/7 59/12 60/2 60/6
discharged [1]  11/10
discipline [1]  58/20
discretionary [2]  58/11 80/10
discuss [1]  44/11
discussed [2]  76/9 81/12
dismissed [1]  26/4
disorders [2]  46/11 46/19
dispersant [1]  47/9
disposition [4]  57/3 57/11 58/24 59/5
disputed [2]  64/1 64/1
disputes [2]  64/8 64/10
distinct [1]  69/25
distribute [1]  19/17
district [8]  1/1 1/2 1/10 57/21 79/22 79/23
82/11 82/11 82/11
diversion [1]  67/23
Division [1]  1/14
do [49]  4/14 7/2 7/17 8/7 9/17 9/21 10/4
10/9 10/14 11/3 11/19 12/10 12/21 12/24
13/2 13/6 13/10 20/23 22/1 22/8 23/18
23/19 23/20 23/23 25/2 27/6 27/24 27/24
28/17 35/21 36/3 41/6 41/9 41/10 41/14
41/25 42/16 42/21 46/18 46/22 47/17
53/14 53/22 55/7 56/3 68/9 74/8 74/12
82/12
docket [4]  1/4 6/23 13/15 18/21
doctors [3]  39/16 42/19 47/14
does [13]  7/21 10/1 14/21 16/15 16/23
17/10 17/14 39/20 54/6 59/6 66/17 78/16
78/19
doesn't [4]  29/22 31/7 36/6 40/12
doing [2]  21/16 24/7
dollars [4]  35/7 42/24 61/15 69/16
dolphins [1]  52/21
Don [1]  54/21
don't [14]  8/1 28/9 35/21 36/6 36/11 38/3
40/7 43/2 44/10 47/2 51/6 54/7 55/18
55/19
done [11]  6/4 24/2 25/5 34/4 35/15 42/21
44/23 51/11 55/8 67/1 74/11
doubt [6]  10/21 11/9 11/25 12/15 65/1
66/14
down [7]  20/3 20/5 27/9 32/24 34/25
38/7 38/15
Doyle [4]  2/10 82/10 82/17 82/18
dozens [3]  56/8 56/8 56/8
dramatically [1]  53/19
dreadful [1]  37/5
drill [5]  34/19 34/24 35/2 59/20 59/21
drilled [1]  34/20
drilling [8]  15/25 21/19 34/25 35/21 68/6
71/19 71/23 72/18
drive [1]  46/13
dry [2]  52/23 52/23
due [4]  37/19 50/7 54/16 81/21

duly [1]  7/7
dumping [1]  16/16
Dunn [1]  2/1
duress [2]  49/6 51/13
during [3]  4/15 47/16 71/5
dwarfs [1]  65/6
dwindled [1]  53/3

## E

each [4]  8/16 70/23 71/4 78/25
eager [1]  32/25
earlier [2]  73/8 78/15
ears [1]  42/13
ease [1]  20/24
EASTERN [3]  1/2 79/23 82/11
economic [6]  40/17 40/24 41/20 48/16
69/9 81/1
economies [1]  67/7
ecosystems [1]  67/7
effect [1]  16/21
effective [2]  65/21 71/18
effectively [1]  19/24
efficiently [1]  19/23
efforts [2]  56/4 56/10
egg [2]  12/2 12/5
eight [1]  40/13
either [2]  12/17 77/20
elaborate [1]  49/2
elements [1]  18/23
eleventh [1]  39/15
eliminate [1]  67/18
eliminated [1]  24/8
Ellis [2]  1/19 1/22
else [8]  23/19 33/10 43/12 47/17 48/11
54/24 73/19 75/4
emotional [2]  35/13 37/22
emotions [1]  55/4
employed [1]  32/15
employee [1]  34/12
employees [5]  18/1 21/8 58/20 59/18
74/24
en [1]  33/15
en route [1]  33/15
enabled [1]  50/17
enabling [1]  51/3
end [2]  21/18 71/1
endeavored [2]  12/19 18/16
Endicott [1]  53/17
ends [1]  50/7
endure [1]  36/25
enforced [1]  35/22
Enforcement [1]  71/22
engage [1]  54/10
engaged [1]  18/2
engineer [1]  29/5
engineers [1]  59/22
English [2]  49/13 50/8
enormous [1]  59/11
enough [7]  30/19 36/6 44/13 44/20 46/14
46/24 77/23
ensure [4]  57/10 66/12 71/6 72/5
enter [6]  6/21 7/2 13/22 44/16 57/1 76/25
entered [2]  5/23 56/24
entering [1]  7/17
entire [1]  21/5
entities [1]  61/14
entitled [6]  10/5 10/10 13/3 16/11 41/13
82/15
entity [4]  17/3 60/12 65/7 66/4
entry [2]  6/23 7/1
environment [4]  21/13 24/4 55/12 62/9
environmental [17]  45/15 59/11 61/4
61/7 62/4 62/19 64/7 65/14 65/15 68/24

68/25 70/23 71/4 71/7 71/21 73/5 76/10
equally [2]  43/24 43/25
equipment [3]  53/9 60/19 71/17
equipped [2]  41/15 51/1
errors [1]  77/19
escaped [1]  34/9
especially [5]  21/1 21/12 39/19 48/21
54/9
ESQ [11]  1/14 1/15 1/15 1/16 1/16 1/19
1/22 2/1 2/4 2/5 2/8
essence [1]  17/23
established [2]  33/20 63/14
estate [1]  56/9
estimates [2]  69/1 69/12
ethanol [1]  47/8
ethical [1]  70/15
ethics [3]  16/1 50/22 70/17
evacuated [4]  26/7 26/11 26/14 33/7
even [16]  20/23 24/13 25/25 26/16 29/11
29/14 35/20 36/24 40/1 42/11 42/12
42/25 52/7 64/23 75/14 76/6
event [3]  26/4 43/20 75/3
eventually [1]  69/2
ever [7]  27/16 27/17 34/15 65/6 65/11
66/18 73/14
every [10]  25/23 30/5 30/6 30/7 34/7
35/1 38/4 38/6 47/9 50/10
everybody [5]  3/6 3/11 24/6 24/10 43/12
everyone [1]  33/23 48/11
everything [1]  44/23
everywhere [1]  22/3
evidence [4]  13/3 29/24 29/25 35/3
exact [1]  53/18
exactly [1]  43/20
examine [2]  10/16 74/20
examined [1]  61/21
example [3]  39/7 49/20 64/10
exceeds [2]  65/7 66/6
except [2]  65/7 66/6
exchange [4]  3/23 4/19 49/17 69/5
excited [1]  28/12
exclusive [1]  11/16
executed [1]  49/16
executive [2]  18/12 20/12
executives [1]  74/18
exhausted [1]  36/16
Exhibit [3]  13/23 18/21 81/10
Exhibit A [1]  18/21
Exhibit C [1]  13/23
exhibited [1]  44/10
Exhibits [1]  6/24
Exhibits C [1]  6/24
exigencies [1]  57/12
existence [1]  75/23
expansion [1]  51/9
expect [2]  20/23 39/16
expected [1]  26/25
expense [1]  58/18
expenses [1]  69/23
experienced [5]  44/10 44/15 44/18 46/5
73/13
experiencing [3]  45/4 46/21 47/20
expert [1]  71/11
explain [4]  5/13 8/2 27/21 28/15
explained [8]  13/14 13/21 13/25 14/19
16/20 34/12 74/22 78/13
explaining [1]  5/6
explanation [1]  31/4
exploration [17]  1/6 1/19 1/22 2/1 2/4 2/7
3/18 3/21 6/24 16/23 60/25 61/3 62/15
76/24 77/2 78/5 78/23
explosion [19]  17/7 23/8 26/2 26/22
32/19 32/24 34/11 35/4 39/13 43/22

## E

explosion... [9]  53/15 59/17 60/1 60/15 71/12 73/1 73/3 74/7 74/17
exposed [4]  5/18 43/19 47/7 62/12
express [5]  21/5 22/8 51/22 55/4 73/12
expressed [6]  55/4 70/6 73/18 74/4 74/6 74/17
expressly [1]  16/16
extent [1]  33/24
extremely [5]  44/4 44/9 46/14 47/2 50/6
Exxon [4]  54/13 65/17 65/22 65/25
Exxon Valdez [2]  54/13 65/17
Exxon's [1]  65/19
eye [2]  46/23 47/3
eyes [3]  28/4 38/4 46/11

## F

F-I-L-I-P [1]  7/10
face [3]  38/2 63/18 64/20
faced [1]  38/17
faces [1]  69/16
facing [1]  68/19
fact [5]  41/16 46/12 50/9 73/25 76/17
factor [1]  66/6
factors [8]  45/5 50/17 58/5 58/12 58/15 58/16 58/22 64/3
facts [7]  10/21 11/9 11/25 12/15 14/3 57/9 59/2
factual [11]  5/25 17/20 17/25 18/6 18/11 18/18 18/20 18/22 18/24 19/2 76/23
failed [1]  59/21 59/22 60/19
failing [2]  59/25 61/5
failure [1]  74/12
fair [3]  36/11 36/14 54/7
fairer [1]  49/11
fairly [1]  30/4
faith [3]  25/22 25/24 42/3
false [2]  8/6 18/15
familiar [1]  54/15
families [18]  4/9 20/20 20/24 21/2 21/12 24/2 24/11 24/12 25/5 37/3 38/5 48/7 49/7 50/7 73/11 73/24 74/4 74/9
families' [1]  36/14
family [22]  4/13 24/9 25/24 27/17 35/9 37/1 37/7 37/17 38/17 44/21 53/7 55/11 55/24 56/13 60/12 61/12 73/2 73/16 73/20 75/11 75/22 75/24
far [4]  34/17 41/18 65/7 66/18
fashion [1]  9/24
faster [1]  30/6
fatal [1]  45/23
fatalities [1]  33/23
father [6]  23/3 23/5 26/14 38/6 42/1 73/15
fathers [2]  21/3 24/18
favor [2]  36/17 64/22
favorable [1]  31/14
favorably [1]  17/16
FCRR [3]  2/10 82/10 82/18
February [2]  29/23 69/16
February 25 [1]  29/23
federal [11]  3/5 5/1 9/22 51/15 54/10 56/25 58/2 58/4 66/25 71/8 80/12
feel [15]  3/14 8/2 23/23 31/7 31/13 31/15 36/11 39/4 40/8 51/6 52/8 52/11 52/16 53/24 66/12
feelings [1]  73/9
feet [1]  42/6
Feinberg [2]  36/12 36/13
felons [1]  24/22
felony [9]  7/12 8/15 9/12 60/14 62/3 62/4 62/10 78/6 78/10

felt [2]  35/15 37/22
fery [1]  70/24
few [5]  26/21 35/7 37/19 40/16 43/17
field [2]  26/5 27/15
fight [1]  42/4
filed [3]  40/2 40/6 78/3
FILIP [8]  1/19 6/14 7/6 7/7 7/10 7/11 7/12 18/18
fill [1]  46/13
filled [1]  33/24
final [1]  69/11
finally [6]  5/24 37/1 54/19 75/10 76/14 81/20
financial [8]  40/14 62/20 68/18 70/3 75/5 75/18 75/19 81/2
financially [2]  30/17 49/6
find [5]  45/12 46/8 50/5 64/14 76/22
finds [3]  59/4 61/20 76/10
fine [34]  8/18 8/25 9/8 9/14 23/13 23/14 44/2 58/18 62/16 62/23 63/7 63/12 63/21 63/23 64/16 64/17 64/21 65/1 65/6 65/18 65/21 65/21 65/25 66/1 66/4 66/24 67/2 67/6 67/8 68/8 79/3 79/5 79/19 79/25
fined [1]  60/22
fines [32]  15/17 16/25 54/8 58/2 58/14 61/13 61/14 62/12 62/18 62/18 62/24 63/3 63/4 63/6 63/9 63/10 63/14 63/15 64/19 64/19 64/24 65/5 65/14 66/19 66/20 68/17 69/3 75/7 79/21 81/2 81/4
finish [3]  28/7 28/10 34/24
fired [1]  45/22
first [23]  3/14 10/22 12/1 12/16 23/20 23/25 24/2 26/1 26/6 27/11 27/13 27/14 38/12 38/13 40/1 43/11 44/15 45/6 50/20 59/9 62/1 62/22 64/4
fish [7]  19/5 19/6 19/8 19/14 52/21 67/16 81/15
fisherfolk [3]  48/5 48/9 52/25
fisheries [3]  48/20 48/21 48/25
fisheries-related [1]  48/21
fishermen [7]  48/15 48/23 49/5 49/24 50/3 50/5 76/5
fishing [4]  50/11 51/9 76/6 76/8
five [16]  8/19 9/2 9/9 9/16 15/22 16/25 22/19 25/16 28/20 32/2 37/15 38/19 42/15 70/11 78/25 80/8
five-minute [3]  16/25 28/20 42/15
five-year [1]  70/11
flapping [1]  52/22
flesh [1]  52/21
floor [1]  42/10
Florida [2]  60/6 67/21
flowing [1]  18/14
focus [1]  62/18
folks [2]  51/11 53/5
follow [5]  3/11 19/20 42/16 70/18 70/19
follow-up [1]  70/19
following [9]  3/3 10/21 11/9 11/25 12/15 51/8 59/8 74/6 80/10
follows [3]  63/3 79/3 80/1
football [2]  27/15 28/1
Force [2]  15/21 17/6
forced [1]  53/22
foreclose [1]  63/21
foregoing [1]  82/12
foremost [1]  43/11
forever [1]  22/5
forgave [1]  65/19
forget [1]  22/4
forgotten [1]  38/17
formal [1]  7/19
formed [1]  54/12

former [1]  12/7
ford [1]  80/24
formulated [1]  49/20
forth [7]  15/23 15/24 16/10 17/21 29/19 33/14 81/19
fortunate [1]  44/13
Fortunately [1]  46/19
forum [1]  39/23
fought [1]  35/20
found [7]  10/19 11/7 11/23 13/8 17/16 50/16 78/9
Foundation [4]  19/8 19/15 67/16 81/16
four [10]  28/14 31/3 31/5 31/8 31/17 37/7 43/21 54/6 74/24 80/7
frankly [1]  29/23
fraud [2]  10/24 11/1
Friday [1]  41/3
friends [6]  26/15 38/7 42/10 46/22 47/1 52/16
front [1]  70/17
fulfilling [1]  43/21
full [7]  14/2 18/21 37/1 41/13 55/3 66/12 80/19
fully [4]  10/4 15/21 54/9 76/25
fumes [1]  46/14
functions [1]  71/12
Fund [3]  67/3 79/8 79/12
funded [1]  47/13
funding [1]  68/25
funds [1]  68/4
further [8]  16/6 17/3 33/8 65/14 77/25 78/18 79/2 82/1
Furthermore [1]  60/11
futilely [1]  52/22
future [11]  50/4 50/15 61/19 64/1 64/10 66/21 67/18 68/13 68/15 70/5 72/1

## G

gain [6]  8/19 9/2 9/9 9/15 63/8 63/19
gamble [1]  35/6
gambled [1]  35/7
gannets [1]  60/8
gas [1]  62/15
gasoline [1]  46/14
gave [3]  26/23 34/3 40/4
GCCF [4]  49/14 49/15 49/17 49/25
gear [1]  45/13
general [3]  46/9 58/9 66/25
generations [1]  50/15
gentleman [1]  24/18
get [17]  3/4 23/20 23/22 24/14 24/19 24/24 25/23 26/11 29/1 32/25 40/15 41/11 41/20 43/2 46/25 52/23 71/1
getting [1]  26/2
Gibson [1]  2/1
gift [1]  53/2
girl [2]  26/3 27/2
girl's [1]  27/8
girls [4]  32/21 37/4 37/23 37/25
give [4]  8/5 31/5 33/8 80/21
given [6]  31/3 31/4 36/19 49/17 58/24 61/10
giving [2]  22/10 51/22
glimpse [1]  26/11
gloves [1]  45/16
glyconol [1]  47/8
go [13]  3/12 26/16 26/18 28/6 28/6 28/9 28/13 32/19 38/17 43/14 52/18 53/4 63/17
goes [2]  38/3 42/14
going [22]  6/18 22/25 24/3 24/4 24/24 27/16 27/17 27/22 27/25 28/16 29/23 29/25 30/12 33/17 36/17 42/11 55/23

going... [5]  55/24 56/20 66/16 66/25 82/4
Golden [1]  43/16
Golden Meadow [1]  43/16
gone [3]  13/21 14/18 52/7
good [17]  3/5 6/10 6/12 6/14 19/11 25/12
26/5 29/4 31/22 35/16 42/6 42/3 43/8
43/23 46/4 48/1 52/3
Gordon [3]  29/5 29/5 54/19
Gordon's [1]  29/6
got [6]  23/2 24/5 27/14 28/12 32/19
49/24
govern [1]  58/1
government [49]  3/22 4/8 4/16 5/5 6/9
10/6 10/20 11/3 11/8 11/19 11/24 12/10
12/14 12/21 14/25 15/8 16/6 16/16 16/24
17/2 17/19 18/22 35/18 39/1 39/3 40/17
40/24 41/20 53/13 56/24 57/1 57/19
61/22 62/2 62/14 63/2 63/5 64/20 64/25
68/24 69/20 70/16 72/14 74/20 74/23
74/24 77/7 77/14 78/19
government's [4]  15/9 16/13 57/13 62/1
government-approved [1]  70/16
governments [1]  21/23
grade [1]  3/14
graduate [2]  20/15 38/13
graduation [1]  27/12
grand [1]  7/12
grandchildren [1]  24/20
grandkids [1]  24/15
grant [1]  51/16
granted [1]  51/17
granted: [1]  51/8
granted: accessibility [1]  51/8
gravity [1]  73/19
great [2]  12/7 45/22
Great Britain [1]  12/7
greater [8]  8/18 9/1 9/8 9/15 63/7 65/21
65/25 66/1
greatest [5]  8/18 8/25 9/8 9/14 31/2
greed [1]  38/8
greedy [2]  36/7 47/22
green [1]  35/25
grew [1]  32/12
grief [3]  25/19 73/13 75/17
grill [1]  37/7
gross [9]  8/19 9/1 9/9 9/15 29/14 35/5
63/8 64/3 64/12
grossed [1]  36/21
grounds [1]  57/16
grow [1]  24/20
Guard [3]  26/24 33/7 34/10
guidelines [2]  9/22 78/13
guilt [1]  13/8
guilty [48]  3/20 3/22 4/18 4/25 5/15 5/16
5/20 6/1 6/21 7/23 10/2 10/5 10/7 10/10
10/15 10/19 10/24 11/7 11/23 13/7 13/8
13/10 14/7 15/4 15/14 16/10 16/11 17/12
17/15 17/16 17/20 17/22 19/3 21/9 23/13
29/15 30/1 31/11 60/14 62/6 62/12 76/4
76/23 76/25 77/1 77/3 77/3 78/6
Gulf [22]  18/8 18/14 20/12 22/3 30/11
34/21 35/20 46/3 48/15 54/11 59/12
59/13 59/16 60/3 67/6 67/12 67/17 67/19
68/3 68/7 68/14 79/15
Gulf Coast [1]  30/11
gulls [1]  60/8
gut [1]  73/17
gut-wrenching [1]  73/17

habit [1]  67/13

habitat [2]  67/24 79/17
had [50]  1/19 7/11 14/23 14/7 14/9
14/10 18/13 23/10 26/7 26/14 26/16
26/18 26/20 28/1 31/9 32/19 33/1 33/7
33/15 33/16 33/19 33/23 33/23 33/24
34/4 34/18 34/19 34/20 34/25 36/17 37/8
37/10 39/15 42/6 44/4 44/4 45/3 45/10
45/16 47/4 47/9 49/8 49/14 51/12 52/10
52/25 53/13 55/5 59/12 59/18 59/19
59/20 59/22 62/19 62/21 77/22
half [3]  64/18 67/19 67/21
hand [1]  3/14
handful [1]  41/15
handle [1]  41/15
happened [6]  22/4 37/2 37/3 37/5 55/11
55/12
happening [3]  21/17 50/10 74/3
happens [1]  53/25
hard [5]  25/2 28/14 42/17 49/12 55/3
harm [8]  21/13 62/19 64/7 66/23 67/18
67/18 76/5 76/10
harmful [4]  11/18 47/7 47/8 60/3
has [52]  3/6 3/6 3/21 3/25 4/3 4/8 6/17
10/1 14/2 14/18 15/3 15/15 16/7 16/16
16/24 21/18 28/3 30/7 31/4 33/5 35/3
36/12 37/17 38/17 39/1 39/3 39/16 40/8
41/21 43/3 47/12 53/21 56/1 56/1 59/9
59/12 60/13 62/3 62/23 64/18 66/14
66/22 68/17 71/5 71/6 74/24 75/6 75/25
78/5 78/12 81/22 81/24
have [161]
having [10]  21/1 27/21 34/17 44/1 46/2
50/21 53/14 61/20 73/21 74/12
hazardous [3]  11/11 53/16 61/5
hazards [1]  60/20
HB [1]  2/11
HB-406 [1]  2/11
he [51]  20/9 20/11 20/13 20/15 23/9 26/8
26/15 27/5 27/10 27/11 27/12 27/12
27/13 27/15 27/15 27/16 27/19 27/20
27/20 27/24 27/25 28/1 28/2 28/2 28/3
28/3 28/4 28/12 28/12 28/14 32/7 32/18
32/19 32/19 32/21 33/9 33/17
33/22 34/3 34/4 34/12 34/14 34/16 36/2
37/9 37/14 37/15 38/12 38/13 38/14
he'd [1]  32/22
He's [2]  20/15 20/16
headquarters [1]  30/24
health [2]  42/17 44/19
healthy [2]  30/17 43/20
hear [7]  4/6 5/11 6/2 20/4 22/13 55/6
56/12
heard [14]  4/2 4/4 4/6 4/13 6/3 22/14
54/18 72/25 73/6 73/8 73/16 73/18 75/25
76/16
hearing [10]  1/9 3/12 3/20 5/14 6/9 44/1
48/10 51/23 71/1 77/12
heart [1]  73/21
Heartbreak [1]  25/21
hearts [1]  37/24
heaven [3]  27/3 27/5 37/12
heavy [1]  49/6
held [2]  3/3 40/9
hell [2]  34/19 44/17
help [5]  40/15 42/2 42/9 44/14 50/24
HENRY [2]  1/22 6/15
her [18]  27/3 27/4 27/4 27/5 27/5 27/9
27/9 27/9 27/11 27/16 33/1 33/15 37/20
38/1 38/12 38/13 73/20 73/21
here [34]  6/9 6/13 6/25 7/5 19/5 20/9
20/16 21/4 22/7 22/16 22/17 23/14 23/15
23/17 28/11 28/15 28/16 28/16 28/21
39/8 39/14 43/13 43/14 50/13 50/24 51/1

55/12 55/15 63/5 65/21 65/24 66/5 66/19
here by [2]  78/24 82/12
hereby [2]  78/24 82/12
heritage [2]  20/9 53/1
Hi [1]  52/5
high [5]  24/1 32/10 35/11 38/14 74/18
high-level [1]  74/18
higher [5]  49/22 49/23 65/2 69/13 75/2
higher-ups [1]  75/2
highest [2]  18/1 30/22
highest-ranking [1]  18/1
him [14]  19/9 24/21 27/22 28/2 28/2 28/3
28/15 32/21 32/25 37/10 37/13 37/15
37/20 38/4
himself [1]  34/5
hire [1]  72/6
hiring [1]  50/20
his [15]  26/5 27/20 27/21 27/22 27/25
28/3 28/15 28/16 28/17 29/7 32/5 32/7
32/13 32/21 37/7
history [7]  53/11 58/6 60/10 60/13 61/12
65/8 66/24
holds [1]  74/1
hole [2]  73/21 73/22
home [12]  27/7 27/22 32/20 32/22 32/25
32/25 33/2 34/3 34/12 34/16 37/23 73/19
hometown [1]  32/3
honestly [1]  55/18
honor [74]  4/11 6/10 6/14 6/23 7/14 7/16
7/20 8/8 9/20 9/25 10/3 10/8 10/13 10/18
11/6 11/22 12/13 12/23 13/1 13/5 13/9
13/13 13/23 13/24 14/5 14/9 14/13 14/17
14/20 14/23 15/7 15/11 15/15 16/7 16/8
16/19 17/9 17/13 17/18 17/21 17/23 19/1
19/7 19/9 20/8 20/19 22/10 22/20 25/1
25/15 29/4 29/6 31/10 31/19 32/1 48/13
49/1 49/24 51/10 51/21 52/6 55/17 56/12
56/18 77/10 77/11 77/16 77/17 77/21
77/22 78/18 78/21 82/2 82/3
HONORABLE [1]  1/10
hope [7]  27/20 34/9 43/2 48/16 53/10
55/20 73/24
hopefully [1]  43/2
Horizon [29]  15/21 17/6 17/7 18/2 20/21
20/25 23/9 24/1 29/6 32/5 33/6 34/20
35/4 39/10 39/12 40/13 41/8 43/4 43/18
43/22 59/17 60/9 62/21 67/8 68/21 69/7
69/24 71/9 72/14
horrendous [2]  23/10 52/13
hospital [2]  27/8 33/17
hostage [1]  40/9
hotline [1]  33/19
hour [2]  34/2 34/7
hours [6]  26/3 26/21 32/18 33/11 37/2
80/14
house [5]  12/17 27/20 33/25 38/1 52/11
Houston [2]  30/24 32/19
how [20]  7/21 26/8 27/22 27/24 30/5
31/18 33/9 35/18 35/18 36/14 37/9 37/9
37/10 37/10 37/11 39/4 40/3 42/6 55/3
55/12
however [3]  35/15 41/6 52/18
huge [2]  30/13 30/14
human [1]  37/11
humanity [1]  74/11
humble [1]  52/6
humbly [1]  38/10
hundred [1]  35/12
hundred-year-old [1]  35/12
hundreds [4]  56/9 60/5 64/6 76/15
hurt [4]  24/13 24/24 31/6 31/6
husband [11]  26/17 33/9 33/21 34/6
34/14 34/16 37/16 38/12 42/1 73/15

## H

husband... [1] 73/21
husband's [2] 36/1 37/2
husbands [4] 21/4 24/18 26/13 38/6

## I

I'm [36] 6/18 13/17 14/7 17/8 22/25 23/3
23/5 25/3 28/5 28/23 29/4 29/10 34/22
36/7 38/10 38/15 38/18 38/20 39/8 39/13
39/17 40/9 42/1 42/1 42/11 43/13 44/1
48/4 50/23 52/9 53/8 54/3 55/24 56/23
75/1 82/4
I've [8] 23/2 29/9 34/23 42/1 42/8 42/17
53/7 70/4
idea [1] 46/4
identify [1] 19/23
if [50] 3/10 3/14 3/15 4/22 4/23 6/6 8/1
10/4 10/9 10/11 10/14 12/24 13/2 13/6
16/18 17/10 17/14 17/23 20/8 22/21
26/15 27/3 27/24 30/17 31/9 32/1 36/8
36/23 45/19 45/20 45/24 46/7 47/3 47/16
49/7 52/10 54/3 54/10 55/9 56/4 57/22
59/18 61/15 62/23 63/12 64/21 64/23
75/14 76/6 77/5
ignored [1] 19/23
ill [4] 45/8 46/14 47/2 47/19
Illinois [1] 1/20
illness [2] 44/24 47/21
illnesses [3] 46/9 47/10 53/5
imagine [3] 33/24 52/7 53/10
immediacy [1] 31/16
immediate [1] 49/8
immediately [7] 6/7 33/12 44/6 45/19
72/3 74/6 81/21
immigrants [1] 49/13
impact [4] 24/5 52/14 59/13 68/24
impacts [1] 64/11
impairment [1] 42/20
impede [1] 12/20
imperative [1] 54/13
implement [3] 19/22 51/7 67/23
implementation [1] 54/11
implemented [1] 71/7
implore [4] 50/2 50/22 50/23 51/15
important [4] 45/1 45/6 62/25 72/17
importantly [1] 37/23
impose [6] 4/22 15/25 61/13 63/7 78/17
78/20
imposed [8] 58/14 58/17 61/17 62/18
65/8 66/2 77/9 81/4
imposition [1] 58/1
improve [8] 21/24 22/9 42/17 54/17 56/1
68/6 72/1 72/18
improvement [1] 44/18
improvements [2] 45/4 70/17
in [264]
in-laws [1] 32/8
INC [14] 1/6 1/19 1/22 2/1 2/4 2/7 2/8
3/19 3/21 60/14 76/24 77/2 78/5 78/24
incentive [1] 40/15
incident [12] 32/15 39/17 41/17 56/2
60/23 60/24 62/21 68/21 69/10 71/9
72/14 74/25
incidents [1] 53/13 71/20 74/2
include [4] 46/10 77/24 80/9 81/13
included [4] 12/5 65/18 69/7 76/11
includes [5] 18/11 62/10 68/22 69/3 70/5
including [14] 15/24 17/4 20/10 57/13
58/2 58/5 59/3 60/7 62/14 65/15 69/2
71/12 72/2 73/1
income [1] 53/3
incomes [1] 50/10
incorporate [1] 72/4
increasingly [1] 78/2
increasingly [1] 50/6
indeed [2] 22/2 53/21
independent [1] 72/6
indescribable [1] 35/14
indicated [3] 4/5 42/19 77/14
indications [1] 59/20
indicted [1] 74/24
indictment [3] 7/13 7/13 15/14
individual [1] 68/23
individualized [1] 57/8
individuals [10] 18/1 21/15 22/16 23/15
48/21 49/5 59/11 73/3 73/4 75/25
induced [1] 15/3
indulge [1] 32/1
indulgence [1] 20/16
industries [2] 48/25 69/1
industry [6] 21/20 21/22 21/24 60/10
76/6 76/8
inferno [1] 25/19
influence [1] 12/19
influenced [1] 15/3
information [19] 3/23 4/18 7/12 7/18 7/22
8/10 8/15 8/21 9/4 9/11 13/11 18/16 26/9
26/23 33/8 51/4 75/1 75/1 77/4
informed [2] 33/22 41/12
inhaled [1] 45/24
initial [1] 69/15
initially [1] 66/2
Initiatives [1] 48/16
injured [14] 21/9 21/12 21/15 26/10
33/16 39/9 39/13 39/14 39/24 40/13 41/7
41/21 60/16 66/5
injuries [1] 39/16
injury [1] 56/8
innocent [2] 12/25 52/16
inquiries [1] 80/17
inspector [1] 10/23
instead [3] 24/7 27/1 66/25
institution [1] 22/1
instruct [1] 45/8
insult [1] 31/2
integrity [1] 60/19
intended [1] 80/22
intense [1] 64/8
intention [1] 55/18
intentional [1] 53/16
intentionally [1] 12/19
interests [1] 40/12
Interior [1] 67/11
Internet [1] 3/8
interview [1] 32/20
intimately [1] 54/15
into [15] 5/23 11/11 11/12 18/14 38/11
55/10 57/1 57/11 58/4 58/22 59/12 59/15
59/15 60/3 66/25
introduce [1] 29/6
investigate [1] 14/3
investigating [2] 18/13 34/4
investigation [6] 5/4 14/11 17/5 59/15
72/13 77/13
investigator [2] 32/16 37/21
invests [1] 50/19
invited [2] 4/3 5/9
invoke [1] 23/25
involve [4] 57/6 58/12 64/6 64/10
involved [5] 5/2 45/11 45/12 54/16 56/7
involves [1] 45/25
involving [1] 4/1
irritable [1] 44/4
is [183]
Island [1] 53/17
islands [1] 67/22
issue [4] 19/18 54/24 56/23
issued [2] 26/25 71/8
issues [1] 64/1
it [118]
it's [17] 19/17 28/6 30/12 30/14 30/19
35/4 36/6 36/8 39/2 41/15 42/14 42/23
53/24 55/18 55/20 71/2 75/3
items [1] 45/18
its [43] 4/24 13/4 13/8 14/25 15/13 15/19
16/4 16/4 16/11 16/15 16/17 16/17 16/20
16/21 17/11 20/9 21/7 21/7 21/10 40/4
40/25 50/18 51/16 56/1 57/13 60/16
60/19 60/20 61/6 61/11 63/11 69/5 71/13
71/22 71/23 72/3 74/1 74/12 76/25 77/3
81/23 81/23 81/24
itself [3] 21/19 30/22 57/6

## J

jail [2] 30/20 74/18
January [2] 1/6 3/2
Japan [1] 12/7
Jason [12] 23/7 26/4 26/8 26/12 26/19
26/22 27/8 27/22 27/24 28/1 28/2 54/20
Jason's [1] 26/15
Jeff [1] 19/13
job [6] 32/13 37/22 51/8 55/7 72/7 75/3
Joe [1] 6/15
JOHN [2] 1/14 6/10
Jones [7] 24/1 28/25 29/3 29/4 29/5
31/20 54/19
Jones Act [1] 24/1
Jonesville [1] 32/3
Jorey [3] 43/10 43/15 47/23
JOSEPH [1] 2/1
joy [1] 33/25
judge [5] 1/10 10/11 48/8 54/25 65/3
judged [1] 22/7
judgment [4] 65/18 78/23 81/5 81/8
jumped [1] 33/25
jurors [1] 13/7
jury [5] 7/13 10/11 10/11 13/7 65/1
just [20] 13/12 13/18 13/21 22/25 22/25
23/23 24/18 27/20 28/1 28/2 29/25 34/10
44/22 55/13 55/20 58/8 58/15 64/16
66/19 72/21
justice [10] 1/13 9/12 39/8 41/12 48/11
51/16 70/20 72/7 72/9 78/11

## K

Karl [1] 54/21
Kaylee [1] 32/6
Kaylee's [2] 32/23 37/19
keep [2] 22/18 40/5
Keith [2] 29/3 29/4
Keller [3] 20/9 20/18 55/23
Keller's [1] 54/17
Kemp [5] 31/21 31/25 32/4 38/20 54/22
Kemp-Robertson [1] 31/25
Ken [1] 36/12
kept [1] 38/1
key [1] 50/17
kids [1] 42/4
killed [14] 12/1 23/8 31/12 32/4 35/19
37/15 39/24 54/5 60/2 60/7 60/16 68/10
73/3 75/24
kind [4] 33/20 53/18 55/4 77/23
kindergarten [2] 27/13 38/14
Kirkland [1] 1/19 1/22
kiss [1] 32/21
Kleppinger [1] 54/21
knew [5] 26/21 37/12 47/6 47/7 51/13
know [17] 3/11 6/19 27/4 28/18 29/24

# K

know... [12] 29/25 30/20 30/21 33/17
37/1 37/3 38/1 40/3 47/19 54/3 55/2 75/2
knowing [1] 34/1
knowingly [6] 5/16 5/23 14/7 60/17 60/19
77/1
known [1] 60/20
knows [1] 21/2

# L

lacks [1] 75/12
Lacy [1] 27/7
laed.uscourts.gov [1] 2/12
laid [2] 19/22 42/9
Lands [1] 11/14
language [2] 50/7 51/2
languages [1] 51/5
large [3] 40/17 51/3 53/24
large-scale [1] 53/24
larger [1] 65/10
largest [6] 34/21 60/9 65/10 65/13 66/18
66/24
Lasalle [1] 1/20
last [9] 25/20 28/14 30/4 32/17 34/16
36/21 37/2 41/2 42/21
Lastly [2] 47/9 47/12
latent [1] 64/11
later [5] 8/6 26/20 34/2 53/23 65/19
laughing [1] 60/8
law [13] 5/1 5/11 10/25 11/1 14/3 43/1
58/8 59/1 63/14 70/10 70/12 70/20 75/22
lawn [1] 46/15
laws [3] 32/8 35/12 35/22
lawyer [1] 29/10
lead [1] 21/19
leaders [1] 17/25
leads [1] 18/7
LEAN [1] 45/15
learn [2] 42/6 44/23
learned [7] 21/22 26/1 26/19 26/21 34/23
35/18 45/15
leases [1] 62/15
least [5] 31/14 41/3 68/12 70/22 71/3
leave [3] 3/10 3/11 52/24
led [3] 30/7 34/8 71/12
left [7] 32/5 32/7 39/3 42/11 51/6 52/10
53/8
legally [1] 75/16
legs [1] 42/12
less [5] 17/16 47/1 49/18 64/17 64/18
lessons [1] 21/21
let [3] 5/13 29/15 75/10
let's [1] 29/1
letter [1] 26/25
letters [4] 21/1 55/2 73/15 77/23
letting [1] 28/19
level [2] 29/20 74/18
Lexington [1] 1/23
liabilities [1] 69/18
liability [9] 24/1 35/11 61/5 66/9 67/3
68/19 69/8 69/17 79/8
liberty [1] 58/13
lied [1] 54/4
life [13] 18/3 18/8 34/9 37/2 37/12 41/24
42/4 47/20 52/15 52/15 52/20 53/1 65/16
lift [1] 35/20
light [6] 47/6 57/23 57/25 62/17 62/20
75/8
like [43] 3/14 5/14 17/23 19/18 20/4 20/7
20/20 21/17 22/14 22/18 28/1 28/2 28/2
28/3 31/18 36/6 36/12 36/20 36/24 37/18
39/22 40/9 40/14 40/16 40/19 41/19

42/14 45/25 48/6 48/8 48/10 48/14 48/24
49/15 50/6 51/4 51/7 51/9 51/24 62/17
74/2 76/5 76/14
likely [1] 63/22
likewise [2] 30/24 66/3
limit [1] 24/1
Limitation [1] 35/11
limitations [1] 24/13
limited [5] 46/16 49/13 57/13 75/15 75/17
limits [1] 59/1
limp [1] 41/24
listening [1] 48/12
litany [1] 70/13
literally [1] 44/16
litigation [4] 62/13 62/17 64/23 69/9
little [7] 26/2 27/2 27/8 32/2 34/4 40/23
43/25
live [3] 37/24 38/5 52/10
lives [8] 22/5 31/16 31/17 35/6 38/7
43/21 68/10 73/23
living [2] 43/21 49/22
LLP [3] 1/19 1/22 2/1
local [9] 26/2 34/2 48/13 50/18 50/20
50/20 67/7 69/1 80/12
locate [1] 34/10
located [2] 67/12 79/15
location [1] 80/23
locations [1] 80/2
long [8] 22/20 30/4 30/8 35/1 36/23 37/8
44/3 54/13
longer [1] 41/17
longest [1] 70/12
longliners [1] 48/23
look [3] 24/5 38/4 46/7
looks [1] 28/1
lose [1] 31/17
losing [2] 36/18 49/11
loss [29] 8/19 9/2 9/9 9/15 18/3 18/8 21/3
21/8 28/23 36/2 38/21 43/13 44/5 55/24
56/15 63/8 63/19 64/4 64/5 64/9 64/12
65/16 66/9 73/15 73/18 73/20 73/23
75/19 75/20
losses [5] 48/7 64/1 64/10 73/9 75/18
lost [10] 21/12 22/5 31/16 31/18 35/8
38/6 42/18 42/19 53/8 53/8
lot [2] 36/20 53/23
LOUISIANA [21] 1/2 1/17 2/6 2/11 26/16
32/4 40/5 40/8 43/16 43/17 43/17 44/16
45/15 47/6 48/25 50/24 60/6 67/23 67/25
79/23 82/12
loved [8] 21/12 32/13 37/3 37/6 37/7
37/21 53/9 73/23
lower [3] 62/22 64/21 65/16
lucky [1] 44/20
Luke [1] 20/8
lung [2] 46/23 47/3
lungs [1] 46/11

# M

M-A-R-K [1] 7/10
ma'am [6] 25/12 31/22 44/2 48/1 51/24
52/3
MacKenzie [4] 52/1 52/2 52/5 54/23
Macondo [5] 34/18 59/16 67/14 71/12
79/17
mad [1] 37/9
Maddie [3] 37/20 38/1 38/12
Maddison [1] 73/20
made [14] 14/7 15/5 18/15 30/5 30/25
34/13 35/10 49/14 50/11 53/4 55/16 66/9
68/13 80/17
magistrate [1] 41/2
magnitude [4] 38/16 61/16 63/5 65/16

mailing [1] 80/23
main [1] 80/23
maintain [3] 60/18 71/17 71/19
maintenance [1] 71/13
majority [2] 40/25 49/4
make [18] 3/6 3/12 17/1 20/7 21/19 30/6
38/16 43/22 46/14 50/7 52/16 54/3 57/8
59/13 63/13 70/19 71/17 77/20
makes [3] 21/10 52/8 59/7
making [5] 23/22 30/1 37/14 38/11 70/8
man [1] 33/22
manage [1] 42/9
management [9] 11/16 21/7 42/7 60/13
70/14 70/23 71/4 71/7 72/2
manager [1] 39/12
mandatory [2] 69/23 80/10
manipulation [1] 61/8
manner [1] 15/4
manslaughter [8] 8/16 8/17 17/25 29/13
31/12 62/3 62/5 78/6
Manuel [1] 54/21
manufactured [1] 12/3
many [14] 21/7 30/23 32/11 34/17 35/18
37/18 39/16 41/4 41/24 46/22 47/1 54/18
74/13 76/18
marine [2] 52/15 60/9
MARK [4] 1/19 6/14 7/7 7/10
marketing [1] 66/11
married [2] 32/4 32/11
mask [1] 45/20
masks [2] 45/19 45/21
massive [1] 65/15
material [2] 18/15 80/25
matter [7] 19/4 30/10 45/6 53/24 59/5
76/23 82/15
matters [4] 13/20 14/12 17/5 59/13
maximum [7] 8/17 8/24 9/7 9/13 9/18
79/4 79/19
may [10] 4/19 5/1 11/15 19/10 20/3
23/13 57/15 63/10 64/25 69/13
maybe [1] 26/12
MDL [15] 39/22 39/23 40/2 40/3 40/4
40/6 40/7 40/9 40/11 40/19 41/2 41/5
41/14 56/7 69/9
me [67] 5/2 5/13 7/4 8/2 13/19 18/25
22/10 25/17 25/22 25/23 26/8 26/17
26/18 26/23 27/3 27/13 28/19 28/20
29/12 29/22 30/14 32/1 32/19 32/21 33/8
33/9 33/12 33/22 34/3 34/3 34/6 34/7
36/2 36/11 36/19 36/21 36/23 37/14
37/23 38/18 39/16 39/21 39/22 40/14
40/19 41/16 41/21 42/4 42/9 42/25 44/7
44/11 44/14 46/14 46/15 47/4 47/12
47/14 47/21 52/8 52/16 52/24 55/2 74/12
74/19 75/10 77/18
Meadow [1] 43/16
mean [3] 21/6 64/15 72/15
meaningful [1] 53/22
means [2] 42/20 56/12
meanwhile [1] 58/14
measures [4] 17/1 58/20 71/21 72/1
mechanical [1] 2/15
Medicaid [1] 44/21
medical [6] 46/8 46/18 56/9 69/10
meet [3] 18/23 50/7 50/15
meeting [1] 42/8
meets [1] 50/14
member [1] 73/20
members [13] 4/13 33/18 34/23 35/6
35/9 53/7 55/24 56/13 73/2 73/16 75/11
75/22 75/24
memorial [1] 36/1
memories [2] 37/19 38/5

## M

memory [5] 37/24 44/5 44/9 47/4 54/19
men [23] 20/24 21/6 21/8 23/8 23/10
23/16 30/9 30/21 30/21 30/23 31/12
31/16 34/6 34/9 36/1 36/2 52/13 53/8
54/4 60/2 68/10 73/3 75/24
mental [3] 41/23 44/19 46/20
mentally [3] 39/14 39/18 39/24
mention [2] 21/25 32/8
mentioned [4] 4/16 31/4 58/15 64/15
merely [1] 53/9
messages [1] 33/3
met [1] 41/2
methanol [1] 47/7
Mexico [10] 12/7 18/9 18/15 34/21 59/12
59/16 60/3 68/3 68/7 79/16
MICHAEL [1] 1/16
might [5] 14/4 20/8 26/12 31/9 81/1
migratory [12] 9/6 9/7 12/2 12/8 18/6
18/8 60/7 62/8 67/9 67/13 78/9 79/16
miles [3] 43/17 52/13 60/5
million [20] 61/9 63/3 63/16 64/16 65/18
65/18 65/25 66/1 66/4 67/8 68/1 69/4
79/6 79/11 80/2 80/3 80/4 80/5 80/7
81/14
millions [2] 54/5 61/15
mind [1] 25/20
mine [2] 40/8 40/16
minimal [1] 47/4
minor [2] 46/17 46/20
minute [5] 25/16 28/20 42/15 46/12
56/20
minutes [4] 22/19 32/2 38/19 56/21
misconduct [3] 10/25 61/19 62/11
misdemeanor [4] 8/22 9/5 78/7 78/9
missed [4] 37/10 42/22 53/14 53/21
missing [3] 26/19 26/22 34/6
mission [1] 35/17
Mississippi [2] 60/6 67/21
Missy [1] 29/7
mistake [1] 30/2
misunderstand [1] 36/7
mitigating [1] 67/1
model [1] 42/2
modification [1] 74/22
modify [2] 57/5 75/13
mom [2] 29/7 33/12
Mommy [1] 28/13
Monday [1] 27/2
monetary [7] 62/16 65/4 65/5 65/7 65/9
72/21 76/11
money [26] 19/17 24/17 30/5 30/6 30/8
30/12 30/13 30/14 30/25 31/6 35/2 35/18
36/8 36/9 36/9 36/14 36/20 37/11 38/9
39/2 43/23 49/8 66/25 68/12 73/14 76/8
monitor [2] 16/1 16/1
monitoring [1] 71/19
monitors [3] 70/16 70/18 72/15
months [7] 32/7 37/7 37/15 42/3 42/7
49/7 49/10
moratorium [1] 35/20
more [29] 3/12 19/21 20/4 26/3 32/2
32/25 34/10 35/2 36/14 36/21 37/11
37/23 39/16 41/3 42/15 49/21 52/16
52/19 52/20 53/10 53/10 61/17 63/2
63/22 65/9 65/12 66/1 66/16 74/5
Moreover [1] 65/23
morning [15] 3/5 6/10 6/12 6/14 19/11
22/16 25/12 25/23 29/4 31/22 33/4 43/8
48/1 52/3 72/25
mortgages [1] 49/8
most [4] 31/14 33/14 41/5 66/24

mother [1] 32/8
motion [2] 40/21 69/7
motivated [2] 30/5 30/6
move [1] 42/12
moved [1] 32/13
Mr. [18] 7/6 16/12 18/18 20/8 20/18
22/17 22/17 25/8 28/25 31/20 36/13
38/22 43/6 43/7 43/25 54/17 55/23 73/2
Mr. Anderson [3] 22/17 22/17 25/8
Mr. Danos [2] 43/7 43/25
Mr. Feinberg [1] 36/13
Mr. Filip [3] 7/6 16/12 18/18
Mr. Jones [2] 28/25 31/20
Mr. Keller [2] 55/23 55/23
Mr. Keller's [1] 54/17
Mr. Luke [1] 20/8
Mr. Trahan [2] 38/22 43/6 73/2
Ms [1] 47/25
Ms. [6] 31/21 34/5 38/20 52/1 52/2 54/23
Ms. Debra [1] 34/5
Ms. Kemp [1] 38/20
Ms. Kemp-Robertson [1] 31/21
Ms. MacKenzie [3] 52/1 52/2 54/23
much [14] 3/12 28/20 28/22 31/6 31/7
31/8 31/20 37/10 37/17 42/15 56/14
64/21 65/2 82/6
mud [1] 37/9
multiple [2] 59/20 63/25
must [15] 4/22 4/24 5/13 5/15 5/16 23/18
57/8 57/11 58/11 58/12 58/14 58/23
61/13 71/22 81/18
my [95]
myself [2] 35/25 53/7

## N

N-G-U-Y-E-N [1] 48/4
N.W [2] 2/2 2/8
Nacogdoches [1] 20/15
name [18] 7/8 19/12 22/22 23/7 25/13
27/20 27/25 29/2 29/3 31/23 31/24 38/9
38/23 39/6 43/8 43/15 48/2 52/4
named [1] 24/9
Nancy [1] 52/5
national [9] 19/7 19/14 49/19 67/15 68/2
68/4 68/11 81/14 81/15
natural [4] 11/15 62/10 67/19 69/19
nature [5] 5/17 5/18 5/19 46/10 58/5
near [1] 42/25
necessary [1] 58/14
need [12] 23/4 24/21 25/4 27/6 31/15
36/3 50/16 53/17 53/22 58/6 58/8 58/10
needed [3] 34/10 35/15 37/23
needless [1] 52/12
needs [3] 49/8 50/14 54/9
negative [5] 30/1 30/3 31/1 59/19 59/23
neglect [2] 10/24 11/1
negligence [13] 11/10 18/2 29/12 29/14
29/14 29/15 29/17 29/21 29/22 35/5 38/8
59/25 60/2
negligently [2] 18/7 59/23
negotiate [2] 31/14 36/12
negotiated [1] 64/19
negotiations [3] 5/2 36/16 57/6
nephews [1] 32/9
nest [2] 12/2 12/5
Network [1] 45/15
networks [1] 3/8
neurological [1] 46/21
never [16] 24/19 26/22 28/16 34/13
38/12 38/12 38/13 42/14 42/18 42/21
42/22 45/9 52/10 52/23 52/24 59/18
nevertheless [2] 57/21 61/20

new [12] 1/17 1/23 1/23 2/6 2/8 2/11
2/22 2/23 19/14 60/17 62/10 62/15
New Orleans [3] 33/16 48/17 52/10
news [8] 24/10 26/2 26/5 26/5 26/9 33/20
34/7 51/4
newspaper [1] 27/25
next [11] 13/16 25/9 28/25 34/1 34/25
45/25 51/25 62/16 65/4 65/10 65/12
Nguyen [2] 47/25 48/3
nickel [1] 47/14
nicknamed [1] 34/18
nieces [1] 32/9
night [3] 27/14 37/5 39/13
nightmare [1] 33/11
nightmares [1] 42/9
nine [1] 26/3
no [44] 3/7 3/7 3/8 7/19 9/21 15/2 15/7
16/6 21/3 24/21 26/5 26/7 26/8 29/19
30/19 31/4 33/11 33/23 34/12 34/15 36/8
36/12 40/14 40/19 40/20 54/25 55/18
55/23 56/11 59/3 60/21 66/14 73/14
74/14 75/14 77/10 77/11 77/14 77/19
77/25 78/21 81/24 82/2 82/3
none [2] 33/21 76/3
nonmonetary [1] 72/19
nonprofit [1] 48/14
noon [1] 32/18
nor [2] 57/5 57/17
normally [1] 29/21
North [3] 60/14 61/6 79/12
northern [1] 60/8
not [104]
note [2] 66/7 69/22
noted [2] 60/21 62/23
notes [3] 16/8 49/9 49/9
nothing [13] 21/2 41/6 41/9 41/22 41/22
49/24 53/2 53/10 53/10 68/9 73/19 73/22
78/18
notice [2] 3/25 80/22
noticing [1] 44/3
notified [1] 4/8
notify [3] 22/15 80/13 80/24
November [1] 15/12
November 15 [1] 15/12
now [7] 5/13 14/14 22/13 50/5 53/17
74/8 77/5
noxious [1] 53/6
number [8] 34/3 40/17 48/19 48/23 49/3
58/4 76/16 76/18
numerous [3] 15/23 35/10 53/17
nurses [1] 42/5

## O

oath [1] 8/5
object [1] 39/19
objectionable [1] 45/12
objections [4] 59/3 77/15 77/20 77/25
objectives [1] 61/23
obligated [1] 72/12
obligations [2] 68/19 81/21
obstruct [2] 12/20 18/16
obstructed [1] 59/14
obstruction [6] 9/12 9/13 18/11 62/4
62/10 78/11
obtain [3] 11/4 11/20 12/11
obvious [2] 35/4 59/21
obviously [1] 35/12
occur [1] 60/1
occurred [3] 35/5 43/22 59/18
October [2] 32/11 40/5
October 30 [1] 32/11
October 6 [1] 40/5
odor [1] 52/13

# O

off [9]  3/6 3/13 3/15 26/15 27/16 31/4
  42/12 67/22 70/25
offense [9]  8/19 9/2 9/9 9/16 58/5 58/7
  62/2 63/8 72/20
offenses [7]  5/7 5/19 59/10 62/4 63/15
  63/16 78/13
offer [3]  42/25 48/6 50/12
offered [1]  41/21
offers [1]  49/14
Office [1]  32/16
officer [10]  10/23 70/21 72/8 80/14 80/17
  80/19 80/22 80/25
officer's [1]  3/18
Official [2]  2/10 82/10 82/18
officials [2]  48/10 48/11
offshore [1]  68/6
often [1]  52/18
Oh [1]  13/17
oil [37]  11/11 17/7 18/7 18/14 26/1 26/5
  41/8 42/20 43/19 43/23 43/24 45/11
  45/18 45/23 53/6 59/12 59/15 60/3 60/7
  60/9 60/9 62/15 64/9 65/17 66/23 67/3
  67/8 67/14 68/2 68/6 69/11 69/24 73/4
  74/17 76/1 79/8 79/17
oiled [2]  52/20 52/24
okay [1]  28/6
old [3]  32/6 32/7 35/12
on [99]
once [4]  6/4 24/17 31/10 52/19
one [36]  19/4 21/3 23/8 26/8 26/19 26/22
  30/19 31/5 32/25 34/24 36/2 36/3 37/12
  38/15 39/7 44/15 47/15 48/19 49/3 50/16
  53/9 53/11 54/12 61/6 62/4 64/17 65/2
  66/14 70/22 71/3 73/1 73/20 78/7 78/9
  78/10 80/3
ones [5]  21/12 26/20 34/24 37/4 73/24
ongoing [2]  69/19 72/13
only [22]  23/21 26/6 26/19 29/12 29/14
  30/4 31/5 34/2 34/14 36/9 36/15 36/25
  37/19 40/13 43/17 53/24 58/12 61/16
  62/12 65/6 66/24 74/14
onshore [1]  59/22
open [2]  3/3 50/2
operate [1]  22/3
operated [1]  23/21
operates [2]  35/18 50/19
operating [1]  80/20
operation [1]  71/23
operations [5]  21/20 22/3 39/11 60/21
  71/19
opinion [1]  31/2
opportunities [2]  53/15 53/21
opportunity [7]  4/14 14/2 14/10 21/24
  22/11 51/22 53/13
opposition [1]  76/16
options [1]  51/14
or [106]
ordeal [1]  47/16
order [18]  5/2 15/25 19/20 32/20 35/15
  51/6 52/23 63/4 68/5 75/16 76/7 81/7
  81/8 81/9 81/13 81/17 81/19 82/4
ordered [5]  5/3 40/20 75/19 77/12 81/3
orders [4]  61/16 65/16 78/2 79/2
ordinary [2]  29/12 29/14
organization [3]  10/17 20/13 58/19
organizational [1]  58/19
organizations [2]  73/5 76/1
Organized [1]  48/15
Orleans [6]  1/17 2/6 2/11 33/16 48/17
  52/10
OSHA [1]  60/22

other [54]  10/23 14/25 15/5 15/17 16/2
  16/5 17/1 17/17 17/25 23/22 26/7 26/14
  26/18 33/18 34/19 34/23 35/9 36/3 41/20
  43/19 45/2 46/18 46/19 49/11 50/4 51/13
  51/19 53/17 56/7 57/12 57/19 57/19
  60/22 62/13 62/16 62/20 62/25 65/7
  65/14 66/19 66/21 67/13 67/21 68/9
  68/18 68/18 69/24 70/2 73/6 75/5 75/7
  79/17 81/2 81/18
others [41]  15/24 21/9 37/18 38/17 42/3
  44/24 53/23 60/8 60/17 66/5 73/25
otherwise [5]  16/4 18/16 67/12 73/5
  79/16
our [26]  21/5 21/9 22/7 22/8 27/19 34/2
  35/14 35/19 37/3 37/23 37/24 38/1 38/4
  38/7 45/4 45/9 48/13 48/15 48/25 51/1
  51/7 51/11 51/12 51/23 52/14 52/14
out [17]  19/22 24/3 24/11 25/17 31/8
  35/12 40/25 44/7 45/23 51/6 61/1 66/16
  67/11 69/2 74/11 75/18 76/14
out-of-pocket [1]  75/18
outdoorsman [1]  37/6
Outer [1]  11/14
outlined [3]  13/12 15/15 81/11
over [17]  13/21 14/18 19/15 31/8 31/17
  36/16 38/19 40/2 42/3 45/16 52/13 53/12
  54/6 64/8 64/10 71/1 71/2
overall [2]  65/8 65/13
overdue [1]  54/14
overshadowed [1]  40/17
oversight [1]  71/11
overwhelming [1]  73/17
own [3]  42/5 46/15 50/16
owner [1]  10/22
owners [1]  30/10
owns [2]  70/24 71/5

# P

Pacific [1]  48/18
package [2]  65/17 65/24
page [2]  15/24 50/16
paid [24]  47/12 47/14 61/8 61/14 65/6
  65/11 65/22 65/25 66/4 66/25 67/2 67/15
  69/2 79/8 79/12 79/23 79/25 80/2 80/3
  80/4 80/6 80/7 80/8 81/16
pain [8]  20/24 31/7 31/13 31/14 42/4
  42/7 75/17 75/20
painful [1]  36/25
paperwork [1]  32/20
paranoid [1]  44/8
parents [4]  24/8 24/25 33/12 75/21
part [9]  12/2 12/4 12/4 43/14 50/3 54/2
  54/14 56/3 69/4
particular [1]  57/3
particularly [1]  61/24
parties [6]  4/23 20/5 57/2 61/22 63/5
  81/11
parties' [3]  57/24 78/14 81/10
partners [3]  48/14 48/15 51/22
party [3]  33/1 71/11 72/6
pass [1]  58/17
passed [1]  35/1
past [3]  42/3 61/16 63/22
pay [27]  15/16 16/25 23/22 23/23 24/23
  31/3 31/5 31/10 31/15 31/16 31/18 42/24
  49/9 54/5 58/16 62/24 64/18 66/13 66/16
  68/1 69/4 70/1 76/8 79/2 81/2 81/4 81/20
payable [2]  79/21 79/22
paying [3]  40/24 54/1 70/2
payment [4]  49/18 49/22 68/11 81/13
payments [19]  15/19 17/1 49/17 62/19
  62/25 65/24 66/5 66/9 66/10 66/19 66/22
  68/13 68/18 68/19 68/23 75/7 75/12

75/22 76/11
pecuniary [1]  64/18
pelagic [1]  48/23
pelicans [2]  52/22 60/7
penalties [10]  5/18 9/18 61/9 62/17 65/4
  66/13 68/9 69/18 72/21 75/6
penalty [6]  65/6 65/7 66/17 66/18 69/4
  70/3
pending [2]  12/16 12/20 18/13
people [24]  24/4 25/4 25/22 25/24 26/10
  26/11 33/24 39/3 39/7 44/15 46/3 46/5
  47/13 48/17 52/25 53/12 55/3 57/20
  60/16 66/4 73/18 75/5 76/2 76/15
per [9]  3/1 49/19 79/5
percent [6]  42/19 49/17 54/1 64/17 64/19
  67/5
perform [1]  46/16
performed [1]  30/3
period [2]  70/12 71/6
perjury [1]  8/6
permanent [2]  41/24 42/19
permission [2]  20/19 49/1
permits [1]  63/7
permitted [2]  15/18 17/11
persists [2]  17/15
person [1]  11/2
personal [1]  56/8
personally [3]  41/2 74/8 74/9
personnel [1]  71/24
persons [2]  10/11 39/9
perspectives [1]  51/23
persuaded [1]  15/4
Petitt [1]  34/5
petroleum [4]  6/18 6/18 13/22 60/10
petty [1]  30/15
phases [4]  41/5 41/6 41/8 41/10
philosophy [1]  53/12
phone [11]  3/6 3/13 3/13 3/14 3/15 26/9
  26/14 34/1 34/3 70/25 71/1
physical [4]  41/22 42/20 44/19 46/16
physically [3]  39/14 39/18 39/24
pick [1]  26/16
picking [1]  43/23
pictures [2]  37/25 38/1
piece [1]  53/9
pipe [2]  59/20 59/22
pipeline [1]  61/2
place [3]  5/13 28/1 55/20
placed [3]  16/25 35/23 78/24
plaintiffs [1]  40/11
plaintiffs' [4]  40/10 40/15 40/18 46/1
plan [1]  72/3
planning [1]  27/8
plant [1]  48/22
plants [1]  35/25
platform [2]  70/24 71/5
platforms [2]  70/24 71/5
play [2]  27/15 27/25
played [2]  21/16 44/25
PLC [2]  17/3 20/14
plea [115]
plead [10]  3/22 4/18 4/24 6/1 7/21 7/23
  10/2 14/7 15/4 15/14
pleaded [1]  60/14
pleading [8]  5/16 5/20 17/15 29/11 62/6
  62/11 76/4 76/25
pleads [2]  29/12 30/1
pleasant [1]  43/21
please [16]  3/15 3/16 7/6 7/8 17/19
  19/11 22/21 25/12 31/23 32/1 36/6 38/15
  38/23 43/8 48/1 52/3
pled [4]  10/9 10/14 31/11 78/6
pledge [1]  56/5

**P**

plug [1] 73/22
pocket [1] 75/18
pocketed [1] 36/14
podium [1] 77/6
point [4] 20/4 37/14 57/13 76/14
pointing [1] 44/7
poisoned [1] 52/19
policy [1] 57/16
poor [1] 44/9
Port [1] 11/14
position [2] 19/19 75/2
positive [3] 24/5 24/5 74/14
possible [6] 8/17 8/25 9/7 9/14 14/4
44/23
post [1] 62/11
post-spill [1] 62/11
potential [4] 45/8 64/6 69/17 70/19
poverty [3] 49/19 49/21 49/23
power [2] 25/22 74/14
Poydras [3] 1/17 2/5 2/11
practical [1] 51/23
practice [1] 42/3
practices [6] 21/24 22/2 50/22 70/15 72/4
72/18
praise [1] 21/25
prayer [1] 25/23
prayers [2] 25/22 25/24
praying [1] 33/20
precedent [1] 36/17
precisely [1] 19/22
predecessors [1] 17/4
preempt [1] 70/8
preparation [2] 5/4 77/12
prepared [3] 18/12 19/21 56/23
preschool [2] 26/3 27/12
present [5] 13/3 19/8 50/14 51/23 64/23
presentation [1] 48/12
presented [1] 58/25
presentence [2] 5/4 77/13
preserve [1] 48/25
president [4] 11/18 20/11 20/12 20/14
pressure [7] 30/1 30/3 31/1 49/6 59/19
59/21 59/24
presumed [1] 12/25 27/1 34/14
pretty [2] 23/5 66/4
prevent [3] 21/17 58/21 74/2
preventers [2] 71/14 71/17
preventible [1] 53/25
preventing [2] 68/12 68/15
prevention [1] 68/3
previous [2] 65/5 66/20
previously [3] 20/11 20/13 61/17
price [1] 61/8
primarily [1] 73/12
principal [1] 80/23
principally [1] 30/23
prior [4] 30/25 32/18 32/23 80/21
pro [1] 80/1
probably [4] 23/2 24/14 36/13 47/2
probation [34] 8/20 9/2 9/10 9/16 15/22
15/23 16/25 17/2 58/2 58/11 61/15 67/17
70/7 70/8 70/10 70/12 70/13 70/21 71/6
72/6 72/8 72/11 72/20 77/23 78/3 78/24
80/9 80/13 80/17 80/19 80/22 80/25 81/3
81/9
problems [12] 34/17 44/14 44/25 46/10
46/17 46/19 46/20 46/21 46/24 46/24
47/3 59/23
Procedure [1] 57/1
procedures [1] 60/18
proceed [4] 6/7 6/8 25/18 77/5

proceeding [10] 3/25 4/2 8/5 12/16 12/18
14/20 14/21 18/21 62/5 65/14
proceedings [10] 2/15 3/1 3/3 4/10 4/15
5/12 6/25 78/22 82/7 82/14
process [8] 16/1 32/20 48/20 49/4 51/18
53/18 60/19 63/12
processing [1] 48/22
product [1] 12/3
production [15] 1/6 1/19 1/22 2/1 2/4 2/8
3/18 3/21 6/25 16/23 68/6 76/24 77/2
78/5 78/24
products [2] 43/19 60/14
proficiency [1] 49/13
profit [1] 53/12
profits [1] 54/2
profound [1] 20/24
program [7] 44/13 44/16 44/17 45/14
46/23 46/25 50/4
programs [2] 50/4 71/8
prohibited [1] 66/7
Project [1] 46/3
projects [5] 19/23 67/12 67/20 67/23
79/15
prologue [1] 61/16
prolong [4] 63/11 63/24 64/4 64/8
promised [1] 33/10
promises [4] 15/5 15/5 53/3 54/17
promote [1] 58/7
promotion [1] 32/21
proof [1] 65/2
properly [3] 45/8 57/21 59/18
property [3] 30/10 58/13 73/4
proposals [1] 51/19
propose [2] 48/24 50/1
proposed [12] 4/9 6/3 15/24 17/22 35/19
50/12 57/15 57/25 58/23 59/4 68/20 81/9
prosecute [3] 17/3 69/14 75/4
prosecuted [2] 30/22 30/24
prosecution [2] 8/6 80/14
Prosecutions [1] 62/5
prosecutor [1] 57/20
prosecutors [1] 75/3
prospect [1] 69/16
protect [2] 58/10 61/18
protected [1] 60/7
protection [1] 12/22
protective [2] 45/13 45/17
proud [1] 27/24
prove [8] 10/6 10/20 11/8 11/24 12/15
63/6 63/18 64/25
proved [4] 11/4 11/20 12/11 12/22
provide [9] 21/23 39/20 39/23 51/2 58/8
69/25 72/21 75/12 76/22
provided [7] 4/20 12/8 43/3 47/15 49/15
68/9 78/13
provides [4] 15/13 15/22 19/17 70/11
proving [2] 64/5 64/12
provision [3] 63/19 63/21 63/22
provisions [3] 16/5 58/3 64/16
proximate [1] 18/3
Prudhoe [2] 53/15 61/2
Prudhoe Bay [1] 53/15
psychologists [1] 42/8
public [6] 3/25 10/10 10/23 58/10 61/19
66/11
punish [5] 23/15 23/18 23/19 36/10
72/11
punished [1] 31/13
punishment [5] 31/11 53/18 58/8 66/20
72/21
punitive [1] 75/6
purchased [1] 45/16
pure [1] 35/5

purposes [6] 5/8 59/6 67/24 68/2 79/14
79/15
pursuant [9] 7/23 15/12 19/15 66/10 67/3
79/5 79/8 79/12 79/20
put [3] 30/20 45/23 61/15

**Q**

qualify [2] 46/18 47/2
quantification [1] 64/7
quantities [2] 11/17 60/3
quarter [2] 36/21 68/22
question [4] 8/2 13/16 24/24 59/9
questions [3] 8/1 8/3 14/14
quickly [2] 32/13 35/17
quite [1] 29/23

**R**

Raceland [2] 44/16 46/4
radio [1] 42/14
Raise [1] 3/13
raised [2] 43/16 59/3
raising [1] 43/20
RALPH [2] 2/4 6/15
ranking [1] 18/1
ranks [1] 32/14
rata [1] 80/1
rather [3] 30/23 44/7 53/23
reach [1] 69/2
reached [1] 4/17
reaching [1] 68/20
read [12] 5/8 7/18 8/12 14/16 18/18
18/20 21/1 22/25 28/18 29/9 37/4 50/16
reading [1] 7/19
ready [3] 26/3 36/15 37/15
real [2] 23/2 71/19
real-time [1] 71/19
realization [1] 53/8
realizes [1] 68/8
really [7] 24/14 25/1 28/4 28/23 31/9
38/20 50/24
reason [7] 11/1 31/5 33/1 40/4 40/20
47/9 77/8
reasonable [10] 10/21 11/9 11/25 12/15
57/11 58/24 59/5 62/17 65/1 76/12
reasonableness [2] 68/15 74/21
reasonably [8] 4/2 4/6 6/3 22/14 58/12
58/13 61/23 62/1
reasons [4] 56/17 59/8 76/20 78/15
rebuild [1] 67/7
recall [1] 46/22
receive [5] 15/18 19/15 44/20 51/4 57/22
received [9] 5/10 8/9 26/14 33/5 46/5
49/18 72/25 73/16 76/22
receiving [2] 66/8 69/20
recent [4] 45/14 64/24
recently [1] 69/20
recess [2] 6/5 56/22
recital [1] 27/11
recklessness [1] 53/11
recognition [1] 4/2
recognized [3] 3/9 35/1 44/6
recognizes [1] 76/9
recommendations [3] 70/18 70/19 78/3
recommended [1] 70/17
record [19] 7/9 7/15 13/14 13/24 19/12
22/22 23/14 25/13 29/2 31/23 34/22
38/24 43/9 48/2 52/4 59/3 60/11 78/4
82/14
recorded [1] 2/15
recording [1] 3/7
records [1] 23/14
recover [4] 42/18 44/14 63/2 63/4
recovered [1] 34/15

Case 2:12-cr-00292-SSV-DEK Document 69 Filed 02/01/13 Page 96 of 100

recoveries [1] 15/17
recovery [2] 45/1 64/19
reduce [1] 67/17
reduction [3] 50/9 50/10 66/9
reevaluate [2] 50/2 51/18
referring [1] 66/10
refineries [1] 60/22
refinery [2] 60/16 66/3
reflect [6] 13/24 58/7 62/2 62/9 72/20
74/23
reflected [1] 13/15
reflects [2] 5/7 76/18
refused [2] 40/8 45/7
regain [1] 54/10
regard [1] 19/24
regarding [1] 17/5
regardless [2] 75/23
regime [1] 72/17
Region [1] 59/13
regional [1] 54/12
regulations [1] 71/8
regulators [1] 21/23
rehabilitation [1] 42/7
reject [14] 4/20 17/11 17/15 57/4 57/15
57/18 57/21 64/2 74/13 74/15 74/21
rejected [3] 62/23 76/6 76/20
rejects [1] 4/23
rejoicing [1] 33/25
related [6] 39/15 41/8 48/21 49/5 58/12
69/18
relating [2] 17/6 72/14
relations [1] 66/11
relative [1] 29/22
relatively [1] 76/18
relayed [1] 33/2
released [2] 26/8 43/24
releases [4] 49/16 49/18 50/2 51/11
relevant [1] 75/8
relief [1] 47/15
relying [1] 76/17
remain [2] 3/9 30/17
remainder [2] 47/20 80/8
remaining [3] 40/14 40/16 40/21
remarkable [2] 44/18 45/3
remarks [1] 22/18
remedial [2] 17/1 76/11
remedies [1] 61/14
remedy [1] 67/18
remedying [2] 62/19 66/23
remember [1] 37/20
remembrance [1] 27/21
remuneration [1] 53/19
render [1] 66/17
reoccurrence [1] 58/21
reopen [2] 50/23 51/18
repairing [1] 67/1
repeatedly [1] 35/13
replace [2] 24/19 55/24
replaceable [1] 53/9
report [9] 5/4 61/5 70/19 72/8 77/13
77/15 77/20 77/23 78/2
reportable [1] 71/20
reported [1] 33/24
reporter [4] 2/10 36/23 82/11 82/18
reporting [1] 72/15
represent [2] 36/1 40/12
representative [3] 19/5 20/6 77/6
representatives [1] 30/22
requested [1] 76/2
requests [2] 51/17 75/10
require [4] 7/12 51/7 58/3 70/15

required [15] 7/25 10/6 10/20 11/8 11/24
26/25 60/16 61/7 67/8 70/22 70/24
71/8 71/18 72/6
requirement [1] 60/18
requirements [4] 16/1 16/2 70/5 72/15
requires [5] 15/16 15/20 29/14 71/10
71/16
requiring [1] 29/20
research [1] 68/25
reside [1] 32/3
resident [1] 43/15
residents [1] 50/20
resigned [1] 37/21
resolution [4] 6/20 13/15 65/11 65/12
resolutions [2] 6/24 65/13
resolves [1] 69/9
resort [1] 63/14
resource [1] 69/19
resources [4] 11/15 57/14 62/10 67/19
respect [8] 18/5 18/10 18/14 28/19 42/15
50/18 54/16 58/7
respectfully [1] 56/18
respirators [2] 45/7 45/17
respond [2] 55/16 59/21
responding [1] 68/21
response [10] 17/7 21/22 55/18 61/4
68/3 68/23 71/9 72/1 72/3 72/3
responses [1] 18/12
responsibility [3] 55/21 62/6 74/8
responsible [4] 23/15 58/20 74/1 74/23
rest [1] 41/24
restitution [12] 24/23 39/21 41/9 41/13
41/22 43/1 43/3 75/11 75/15 75/16 75/18
76/4
restoration [4] 20/12 67/11 68/25 79/14
restore [4] 67/5 67/7 67/22 68/10
restoring [3] 67/24 68/14 69/1
restrictions [1] 66/11
result [5] 39/25 57/14 60/15 62/20 76/3
resulted [1] 17/17 21/14 59/10
resulting [4] 8/19 9/2 9/9 9/15
retention [1] 51/9
return [3] 39/2 39/18 70/7
reunions [2] 26/13
revenue [1] 66/15
revenues [1] 50/10
Revette [1] 54/20
review [2] 71/14 72/8
reviewed [2] 5/4 5/10
rewrite [1] 57/5
Richfield [2] 20/10 20/14
rid [1] 46/25
rig [16] 20/25 23/8 26/1 26/7 26/15 30/3
30/9 30/21 33/7 34/25 41/10 41/21 42/10
42/12 59/17 73/1
right [13] 3/25 10/2 10/15 13/18 15/13
16/4 16/17 20/18 24/5 37/3 47/4 81/23
81/24
rights [7] 3/24 4/3 5/19 13/11 16/21
16/21 41/14
rigs [3] 34/19 70/24 71/5
ringing [1] 42/13
risk [9] 36/18 61/24 62/22 63/1 64/13
64/21 64/23 67/18 76/13
risks [3] 58/25 62/17 76/13
river [3] 27/19 28/11 67/23
robber [1] 39/1
robbery [1] 39/4
Robertson [3] 31/21 31/25
rode [1] 33/14
ROHAN [1] 1/16
role [4] 21/10 21/16 42/2 45/1
rollercoaster [1] 35/13

room [2] 2/11 48/12
rotting [1] 52/21
round [1] 50/3
route [1] 33/15
Roy [1] 32/4
rule [11] 7/24 15/13 25/16 28/20 40/4
40/8 42/15 56/25 57/1 57/8 57/16
Rule 11 [1] 57/8
ruled [1] 40/7
rules [3] 3/12 42/16 56/25
ruling [2] 40/5 56/23
run [1] 79/1
runs [1] 27/19

sad [1] 36/13
sadness [1] 73/17
safe [1] 21/20
safeguards [1] 72/18
safer [2] 21/19 22/3
safety [15] 15/25 16/1 21/24 30/9 54/17
56/2 60/13 68/6 70/14 70/17 70/23 71/4
71/7 71/21 72/18
said [13] 24/3 24/10 24/18 27/5 28/12
29/16 33/15 36/3 55/19 55/23 56/13
61/20 74/12
same [10] 16/13 18/6 23/18 28/1 28/3
40/4 40/7 44/24 53/21 58/12
sanction [1] 65/9
SARAH [1] 1/10
sat [1] 33/12
satisfied [1] 14/6
satisfies [1] 5/7
satisfy [3] 14/11 81/3 81/18
save [1] 35/7
saw [6] 24/6 27/25 38/12 43/22 52/19
52/25
say [15] 20/24 21/3 22/7 22/11 23/2 23/4
23/4 28/10 32/12 51/21 52/9 55/4 55/5
78/16 78/20
saying [1] 33/5
scale [1] 53/24
scarcely [1] 30/14
scene [1] 33/7
schedule [2] 19/18 81/16
school [3] 27/3 32/10 38/14
Sciences [4] 68/2 68/4 68/11 81/15
scientific [1] 68/5
scores [1] 60/17
SCOTT [1] 1/16
scrubbed [1] 42/5
sea [1] 52/20
seabed [1] 60/4
SEAFA [2] 48/13 51/22
seafood [3] 48/22 48/25 52/14
seal [1] 78/4
seaman's [4] 8/16 17/24 29/13 78/6
search [1] 26/24
Seas [2] 24/1 35/11
seats [1] 3/9
second [6] 10/24 12/17 34/21 45/12 50/3
50/12
Section [2] 1/5 39/20
Section 4 [1] 39/20
secure [1] 59/20
Securities [1] 69/5
security [1] 44/21
see [9] 24/20 28/13 36/24 37/13 37/15
38/4 38/12 38/13 53/5
seek [1] 39/8
seeking [1] 66/8
seem [2] 36/6 54/6

S

seems [1] 36/20
seen [1] 30/23
Senate [1] 35/19
senators [1] 35/14
send [2] 4/4 43/11
senior [2] 18/12 23/9
sense [1] 73/18
senseless [1] 38/8
sensitivity [1] 51/3
sent [5] 21/2 35/25 36/1 40/3 40/6
sentence [27] 3/23 4/4 4/19 4/20 4/23
6/4 8/17 8/25 9/8 9/14 9/24 16/5 16/18
30/20 57/3 57/23 59/6 61/13 61/16 61/22
76/12 77/8 78/15 78/17 78/20 81/23
81/25
sentences [2] 58/2 58/4
sentencing [22] 1/9 5/8 6/7 9/22 59/7
61/24 63/12 63/13 63/24 64/4 64/8 65/3
77/5 78/3 78/12 79/24 80/3 80/4 80/5
80/6 80/7 80/8
separately [1] 74/24
sequences [1] 35/23
series [1] 30/4
serious [4] 46/24 47/1 59/10 74/2
seriousness [4] 5/7 58/7 62/2 72/20
served [2] 20/11 20/13
serves [1] 47/4
services [2] 32/17 51/2
Services' [1] 32/16
serving [1] 30/19
set [10] 15/24 16/10 17/21 22/2 23/14
29/19 36/17 41/4 69/15 81/19
sets [1] 15/22
settle [2] 36/15 56/8
settled [2] 36/5 61/8
settlement [7] 36/19 46/1 54/14 69/5
69/8 69/9 69/11
seven [2] 48/13 51/22
several [5] 53/12 61/16 65/16 75/11
75/25
severe [3] 35/22 61/13 61/17
severely [1] 39/13
severity [1] 61/10 76/10
shall [21] 79/7 79/11 79/22 79/23 79/25
80/2 80/3 80/4 80/6 80/7 80/8 80/9 80/11
80/13 80/16 80/18 80/21 80/24 81/4 81/6
81/20
Shane [1] 54/20
share [1] 21/21
she [11] 27/3 27/4 27/5 27/14 32/25 33/9
33/15 33/15 34/5 34/6 37/19
shed [1] 43/4
Shelf [1] 11/14
Shelley [3] 25/10 25/11 25/14
sheriff [1] 34/3
shift [1] 53/19
shorebirds [1] 52/20
shorelines [1] 11/12
short [2] 26/21 49/23
shot [2] 39/3 39/7
should [22] 16/9 19/9 24/2 24/14 27/18
31/12 31/13 31/18 35/21 35/22 35/23
37/4 40/1 40/4 40/6 41/19 57/19 57/25
74/9 74/11 75/2 76/20
shouldn't [1] 31/13
shown [1] 41/16
shows [1] 60/11
shrimp [1] 43/23
shudder [1] 47/17
siblings [3] 24/8 32/8 75/21
sic [1] 45/1 47/8

sick [1] 53/7
sie [2] 73/20
sign [2] 81/7 82/4
signed [1] 51/12
significant [6] 44/5 47/3 63/1 64/13 69/22
72/22
significantly [1] 62/22
signing [1] 51/11
signs [1] 59/21
similar [5] 45/3 45/4 60/22 66/21 68/12
simply [3] 36/3 41/15 55/25
since [7] 8/4 30/12 35/3 39/17 49/12
50/11 54/15
Sincerely [1] 47/23
single [2] 36/21 38/3
sir [6] 7/9 19/11 20/3 22/21 22/24 43/8
sisters [2] 24/9 24/25
sit [4] 20/3 20/5 23/2 36/4
site [2] 17/25 47/8
situation [2] 43/13 50/6
six [3] 40/13 41/17 49/10
size [1] 58/19
skin [6] 46/11 46/17 46/19 46/20 46/24
47/5
Slope [1] 61/6
small [3] 52/9 76/16 76/18
smart [1] 13/18
smell [1] 52/21
smile [1] 28/3
smiles [1] 28/4
smoothly [1] 3/12
so [32] 4/14 6/4 18/24 19/25 22/2 22/16
24/10 24/17 27/24 31/6 31/6 31/6 31/7
33/2 34/2 37/18 38/1 38/16 43/2 43/14
49/12 49/23 50/17 51/5 51/15 53/14
53/23 54/7 55/24 56/3 74/12 76/6
social [3] 3/8 32/16 44/20
Society [1] 48/18
software [1] 2/16
solace [1] 73/25
Solidarity [1] 48/15
solution [2] 52/10 51/7
solutions [2] 48/24 50/1
some [19] 22/16 23/1 26/10 27/6 27/21
42/16 44/14 46/17 53/7 59/4 70/6 73/2
73/6 73/11 73/25 74/6 74/16 76/2 77/22
someone [4] 6/21 19/5 36/12 74/7
something [4] 21/17 28/12 28/17 35/15
son [5] 23/7 27/19 27/24 29/5 73/15
song [1] 54/18
sons [4] 21/4 24/18 26/14 38/6
soon [1] 32/22
sooner [1] 53/23
sophomores [1] 32/10
sorry [12] 13/17 21/8 21/13 22/6 28/5
28/23 36/2 38/18 38/20 50/23 55/11
56/16
sort [1] 56/11
SOS [1] 48/17
Southeast [2] 48/4 48/9
Southeast Asian [1] 48/9
Soviet [1] 12/7
span [1] 31/17
speak [3] 3/10 20/16 28/19 38/18 43/25
48/9 50/8
special [10] 8/20 9/3 9/10 9/16 15/23
67/16 70/13 80/10 81/8 81/20
species [2] 67/13 79/16
specific [12] 3/23 4/19 4/20 19/18 19/18
57/10 58/9 59/2 63/15 71/11 74/5 75/10
specified [1] 81/17
speedy [1] 10/10
spend [1] 46/25

spent [1] 68/20
sph [3] 3/4 4/4 4/10
spill [3] 8/22 30/12 43/3/24 45/11
45/18 50/11 50/25 52/12 53/16 59/14
60/9 60/9 61/2 62/11 64/10 64/11 65/17
66/23 67/2 67/3 67/8 67/14 68/3 68/22
69/11 69/24 72/2 72/3 73/4 73/6 73/25
74/17 76/2 76/3 76/6 79/8 79/18
spilling [1] 59/15
spoke [4] 32/17 33/22 34/5 73/12
spoken [2] 46/2 53/7
spouses [2] 24/9 24/13
spread [1] 31/8
staggering [1] 61/11
stance [1] 42/23
stand [2] 42/5 55/3
standard [3] 22/2 29/19 65/2
standards [3] 29/22 71/22 71/24
stands [2] 34/22 45/22
start [2] 22/17 29/1
started [3] 3/4 27/8 32/12
state [15] 7/8 19/11 22/21 25/12 31/23
38/23 40/3 40/5 40/8 43/8 48/1 52/3
67/24 77/18 80/12
stated [2] 56/17 78/15
statement [3] 8/7 20/7 23/1
statements [7] 18/15 18/24 21/1 29/8
55/16 72/23 72/25
states [28] 1/1 1/4 1/10 1/13 3/18 6/11
11/12 11/17 12/6 12/17 19/23 24/11
30/11 39/20 45/23 51/16 60/5 60/10
63/17 65/8 67/6 67/12 67/17 69/14 78/12
79/15 79/22 82/11
static [1] 42/14
statute [3] 29/13 29/20 67/10
statutes [1] 63/14
statutory [7] 5/8 18/23 58/3 59/6 61/23
79/4 79/19
stay [2] 22/6 33/10
steering [4] 40/10 40/15 40/18 46/1
stemming [2] 69/10 69/23
stenography [1] 2/15
Stephen [1] 54/20
steps [3] 38/13 56/1 74/2
still [10] 23/5 34/9 34/22 35/21 36/6
39/17 42/8 46/17 52/11 53/5
stipulated [1] 78/15
stock [1] 30/16
stood [1] 75/14
stop [4] 25/16 28/8 28/9 35/21
stories [2] 35/14 37/25
strangers [1] 25/25
Street [3] 1/17 2/5 2/11
strength [1] 25/21
stretcher [1] 42/9
stringent [2] 70/13 72/15
strong [2] 42/2 50/21
stronger [1] 21/19
struggle [1] 46/15
struggled [1] 42/5
student [1] 23/19
stumble [1] 44/13
subject [3] 16/5 16/9 64/7
subjecting [1] 74/18
submission [1] 4/5
submissions [1] 5/9
submit [2] 5/5 71/20
submitted [3] 15/12 29/7 72/24
subpoena [1] 13/3
substances [1] 11/11
substantial [2] 62/12 71/25
success [1] 59/24
successful [2] 50/18 52/25
successors [1] 17/4

**S**

such [12] 11/1 11/17 12/2 12/4 12/5
 41/16 44/25 50/21 57/4 58/13 58/16
 78/25
sue [3] 24/8 49/16 51/12
suffer [4] 31/9 41/23 53/3 53/5
suffered [8] 23/10 37/17 41/23 44/17
 45/2 73/10 75/21 76/3
suffering [2] 44/24 75/17
sufficiency [1] 75/7
sufficient [3] 14/10 18/23 61/18
sufficiently [1] 75/6
suggest [1] 64/3
Suite [2] 1/17 2/5
suits [1] 45/17
sum [1] 72/19
summaries [1] 71/20
summary [1] 17/24
supervised [1] 59/18
supervision [1] 56/3
supervisors [1] 71/23
supplementing [1] 77/23
supplying [1] 45/17
supportive [1] 51/2
supposed [2] 27/23 40/11
Supreme [1] 64/25
Supreme Court [1] 64/25
sure [5] 3/6 25/3 63/10 70/9 71/17
surface [1] 60/4
surfaced [1] 35/3
surgery [1] 39/15
survival [1] 26/25
survive [1] 49/7
surviver [1] 73/1
surviving [1] 44/22
survivors [1] 73/23
suspended [1] 69/20
suspension [1] 62/14
sustainable [4] 50/13 50/13 51/7 51/19
swear [1] 7/6
sworn [1] 7/7
sympathy [1] 55/14
symptoms [7] 44/6 44/9 45/2 45/4 46/5
 47/1 47/19
System [2] 70/23 71/4

**T**

T-R-A-N-D-A-H-L [1] 19/13
take [14] 5/13 6/4 17/1 24/3 24/4 24/22
 38/12 49/9 50/3 55/9 56/20 57/11 58/4
 73/25
taken [7] 24/12 24/13 24/24 37/10 38/11
 56/1 58/20
takes [4] 42/23 66/7 69/22 74/2
taking [2] 27/2 58/22
talk [3] 37/8 43/13 48/14
talked [2] 27/10 37/8
talking [1] 6/19
talks [3] 28/2 35/19 36/16
targeted [3] 51/5 66/23 67/1
task [3] 15/21 17/6 46/16
taught [1] 26/5
tax [2] 15/18 66/8
teach [2] 27/23 27/24
teacher [2] 3/15 54/3
teachers [1] 54/3
teaching [1] 27/9
teams [1] 72/3
technical [2] 68/5 72/17
technology [2] 71/18 72/19
tell [8] 3/4 26/8 27/4 32/21 33/9 37/25
 39/16 55/13

telling [2] 18/25 35/13
temporarily [1] 69/20
term [2] 70/11 78/25
terms [20] 5/22 12/6 14/21 16/3 16/10
 19/16 19/25 31/14 56/6 66/15 70/8 70/10
 72/5 79/1 80/9 81/7 81/8 81/13 81/17
 81/18
test [5] 30/1 30/3 31/1 59/24 71/23
testify [1] 13/4
testimony [2] 73/16 76/22
testing [3] 59/19 71/13 71/15
Texas [9] 20/15 20/15 40/3 53/15 60/16
 60/23 60/24 66/3 67/21
than [30] 14/25 15/5 17/17 19/21 26/3
 32/2 32/25 36/14 36/21 37/11 46/19
 49/18 49/21 52/16 52/19 52/20 53/23
 61/17 63/3 64/17 64/18 65/2 65/10 65/10
 65/12 65/16 65/21 65/25 66/1 66/1
thank [30] 22/10 22/12 22/24 25/1 25/5
 25/7 28/19 28/20 28/22 28/24 31/19
 31/20 38/18 38/20 43/6 47/24 48/8 48/10
 51/21 51/24 52/5 54/22 54/23 55/1 55/14
 55/17 56/19 78/1 78/21 82/6
Thanks [1] 20/3
that [324]
that's [18] 3/14 3/15 7/15 11/3 11/19
 12/10 12/21 13/18 13/25 17/9 23/16
 24/12 30/1 31/18 44/2 54/25 55/19 77/24
their [37] 4/4 4/9 4/13 5/9 21/3 23/12
 23/20 24/1 24/15 26/24 30/16 31/16
 31/17 45/21 47/4 47/9 47/10 48/7 49/6
 50/7 50/7 50/8 50/16 51/5 52/22 53/1
 53/1 53/3 53/8 53/19 54/1 56/24 59/25
 60/2 61/21 73/23 74/25
them [17] 17/5 23/22 24/13 24/15 24/16
 24/20 29/9 32/22 34/11 36/10 38/13
 38/15 41/1 52/23 53/3 53/14 59/22
theme [1] 73/14
themselves [3] 37/4 39/4 50/6
then [6] 7/5 24/5 36/9 42/22 77/18 82/4
there [51] 5/24 6/20 7/13 7/14 9/21 12/16
 14/24 15/2 19/4 19/4 19/5 19/7 24/11
 24/20 27/11 27/12 27/13 27/14 27/15
 27/17 27/23 28/8 31/5 33/5 33/17 34/8
 34/12 36/17 40/14 40/22 43/2 45/5 49/15
 50/9 52/19 53/12 54/24 55/5 62/22
 63/1 63/25 64/1 64/13 65/17 72/10 75/14
 76/14 77/8 77/19 82/1
there's [12] 3/7 5/21 20/6 21/2 24/21
 29/19 29/23 36/7 40/20 42/14 59/9 76/23
therefore [2] 50/22 77/1
thereof [1] 12/5
these [45] 3/11 5/12 9/22 10/2 22/11
 23/10 23/16 24/3 25/4 35/12 38/10 40/21
 40/23 41/6 41/8 41/10 44/6 45/17 46/10
 47/1 47/19 48/19 49/2 49/11 49/17 49/24
 50/3 50/5 50/23 51/11 57/20 58/22 61/7
 61/23 66/11 69/24 70/13 70/18 71/24
 72/5 74/10 75/22 76/2 76/20 78/13
they [88]
thing [7] 23/19 23/20 23/25 24/2 30/4
 36/13 63/10
things [10] 13/13 23/2 25/23 27/10 27/23
 41/24 42/18 49/12 57/12 74/13
think [14] 19/4 24/11 25/20 36/25 38/3
 47/17 52/11 53/23 54/2 54/7 55/18 55/19
 74/9 74/11
thinking [1] 42/11
third [5] 10/25 12/18 68/21 71/11 72/6
third-party [2] 71/11 72/6
this [97]
those [27] 4/2 9/18 13/13 14/11 15/24
 21/3 21/11 22/5 24/23 27/10 31/16 50/21

50/24 53/21 54/5 56/4 56/10 58/3 58/12
 59/22 63/6 68/16 69/2 72/24 73/7
 74/16 76/19
though [4] 29/11 33/8 36/24 37/21
thought [1] 27/4
thousands [4] 52/14 56/9 64/6 76/15
threats [1] 15/5
three [15] 25/20 32/6 32/7 32/23 34/11
 39/17 41/3 46/9 46/10 48/24 49/7 64/3
 65/10 65/13 80/6
threshold [3] 49/19 49/21 49/23
through [17] 7/11 8/14 10/20 11/5 17/24
 27/19 39/22 42/6 44/17 46/3 46/23 52/8
 68/21 77/3 78/25 79/4 79/21
throw [1] 53/13
thrust [1] 47/21
time [20] 4/14 25/1 25/6 26/20 26/25
 30/5 32/6 32/15 32/17 32/24 33/15 34/10
 34/16 38/4 42/23 44/12 53/24 71/19
 74/19 77/9
timely [4] 41/13 41/18 51/4 61/5
times [5] 54/18 65/10 65/21 65/25 66/1
tinkered [1] 54/4
today [20] 4/7 4/13 5/11 6/25 7/3 20/16
 21/4 22/7 23/14 28/19 30/2 42/8 43/13
 48/12 48/14 55/2 55/14 73/2 73/7 73/17
 78/22 81/7 81/12
today's [2] 4/9 4/15
together [4] 27/17 32/12 33/14 48/13
told [22] 26/7 26/17 26/18 26/18 27/5
 28/11 32/19 32/21 33/6 34/3 34/6 34/9
 34/13 34/14 34/16 36/2 37/14 41/3 44/14
 45/10 45/19 73/8
Toni [5] 2/10 2/12 82/10 82/17 82/18
too [7] 13/18 28/13 34/17 36/23 37/22
 57/22 77/7
took [3] 12/1 24/10 24/18
toolpusher [1] 23/9
top [2] 70/2 75/13
topics [2] 48/14 48/19
torturous [1] 25/19
total [12] 15/16 63/16 64/19 65/9 65/23
 66/5 66/15 69/1 69/12 75/1 79/7 79/11
totaling [2] 79/6 81/21
totality [1] 61/21
touch [1] 33/10
toward [4] 66/23 67/1 68/12 68/14
trading [1] 54/5
traditions [1] 50/18
tragedies [1] 68/12
tragedy [7] 20/21 21/11 35/16 37/18 38/6
 38/16 43/18
tragic [5] 21/8 21/16 43/12 43/19 59/10
Trahan [5] 38/22 38/25 39/6 43/6 73/2
train [1] 71/23
training [3] 27/16 48/16 72/2
Trandahl [1] 19/13
transcript [2] 1/9 82/13
transcription [1] 2/16
Transocean [10] 26/6 26/16 26/21 32/13
 33/5 33/19 33/22 34/5 34/11 39/11
transparency [1] 19/24
transportation [1] 68/7
Treasury [1] 66/25
treated [1] 17/16
treatment [1] 46/5
Treaty [6] 9/6 9/7 18/6 62/8 67/9 78/9
tremendous [1] 49/6
trial [19] 5/19 10/5 10/10 10/11 10/11
 12/25 13/3 17/16 29/24 36/24 36/24 41/4
 41/18 41/20 63/17 64/21 69/15 75/15
 76/7
tried [10] 13/6 21/18 28/14 34/19 41/5

## T

tried... [5] 41/10 42/2 42/15 56/1 56/7
trigger [1] 63/19
trip [1] 50/11
trips [1] 35/10
trivial [1] 63/20
trouble [1] 44/1
true [5] 18/25 37/17 39/8 42/23 82/12
truly [8] 22/6 25/21 50/24 53/2 55/10 55/11 73/9 73/17
Trust [2] 67/3 79/8
truth [1] 37/1
truthfully [2] 15/21 80/16
try [3] 21/18 35/10 42/16
trying [3] 26/11 36/7 42/2
tuna [1] 48/23
turn [3] 3/15 70/25 71/1
turned [3] 3/6 28/14 38/7
turtles [1] 52/21
Tusa [5] 2/10 2/12 82/10 82/17 82/18
TV [4] 23/11 26/2 26/11 26/20
twice [5] 8/18 9/1 9/9 9/15 63/8
two [17] 24/16 25/22 32/5 34/8 35/25 36/1 37/16 42/6 45/5 48/14 48/19 48/24 51/7 60/24 62/3 70/15 80/5
two feet [1] 42/6
type [1] 62/19
types [2] 5/12 76/5

## U

U.S [4] 1/13 22/15 49/20 69/20
U.S.C [18] 8/16 8/23 9/6 9/13 9/23 12/9 58/1 78/7 78/8 78/10 78/11 79/5 79/9 79/9 79/10 79/13 79/13 79/20
ultimately [3] 58/22 65/22 72/10
umbrella [1] 60/25
unable [3] 44/7 44/20 63/2
unacceptable [1] 66/18
uncapped [2] 69/8 69/11
uncertainty [2] 57/14 64/20
under [35] 3/24 5/1 8/5 8/16 8/23 9/12 11/13 11/16 15/18 16/3 16/15 17/5 17/17 41/14 46/18 49/5 51/13 56/3 56/25 57/16 60/25 61/3 63/23 64/16 64/24 66/8 68/1 68/13 69/18 70/1 70/12 71/5 71/8 78/4
undermine [1] 59/6
underscore [1] 55/21
understand [43] 3/7 8/1 8/3 8/7 9/17 9/21 10/1 10/4 10/9 10/14 11/3 11/19 12/10 16/15 16/24 17/10 17/14 19/14 19/19 20/6 22/6 25/4 25/16 37/11 40/7 45/6 55/6 55/7 55/10 55/12 56/12 56/14 56/15 56/15 73/9 77/13
understanding [4] 15/9 16/12 68/5 82/14
understands [6] 4/12 5/17 5/22 16/19 21/10 21/15
understood [6] 8/8 8/8 17/9 17/13 17/18 29/20
undoubtedly [1] 63/18
unduly [4] 63/11 63/13 63/24 64/4
unequivocal [1] 50/16
unethical [3] 48/20 49/4 51/18
unfair [4] 48/19 49/3 49/14 51/18
unfulfilled [2] 53/4 53/4
Union [1] 12/7
UNITED [20] 1/1 1/4 1/10 1/13 3/18 6/11 11/12 11/17 12/6 12/17 24/11 51/16 60/10 63/17 65/8 69/14 78/12 79/15 79/22 82/11
United States [15] 3/18 6/11 11/12 11/17

12/6 12/17 24/11 51/16 60/10 63/17 65/8 69/14 78/12 79/15 79/22 82/11
unless [1] 3/9
unrelated [1] 57/16
unsuccessful [1] 34/20
until [4] 42/22 43/3 51/17 71/1
unusual [2] 44/7 62/5
up [16] 7/5 24/20 25/23 26/16 30/16 32/12 32/13 38/1 41/16 43/23 43/25 46/13 55/3 57/20 70/16 70/19
updating [1] 72/3
upon [9] 5/18 11/11 11/12 44/13 47/21 66/17 74/25 76/22 78/22
ups [1] 75/2
upset [2] 23/6 29/10
upside [1] 38/7
us [12] 22/6 22/16 25/5 37/10 40/15 42/16 45/7 45/8 45/8 47/17 51/6 53/2
use [7] 3/8 3/8 39/6 45/13 63/11 63/21 68/4
used [6] 8/6 27/15 47/8 67/10 67/20 67/21
using [3] 2/15 45/19 47/10
usual [2] 23/24 70/7
utilized [1] 63/20
utter [1] 38/13

## V

Valdez [3] 54/13 65/17 65/22
value [3] 65/10 65/12 66/16
VANCE [1] 1/10
variety [2] 71/11 74/5
various [2] 18/8 76/1
verification [1] 71/13
versus [2] 1/5 3/18
very [18] 28/12 28/20 28/22 31/20 33/16 43/21 45/3 46/16 52/8 52/8 54/14 56/14 56/15 62/25 73/21 75/15 76/16 82/6
vessel [1] 10/23
veteran [1] 20/9
vice [2] 20/11 20/12
vicinity [1] 60/20
victim [8] 3/25 4/3 4/6 6/2 22/13 22/15 39/14 40/21
victimized [1] 52/11
victims [38] 4/8 4/13 5/10 20/17 20/21 22/14 39/8 39/22 39/24 40/12 40/14 40/19 41/7 41/7 41/8 41/16 41/21 42/24 43/4 45/2 50/5 51/4 55/1 55/2 55/16 59/4 63/25 64/6 70/6 72/24 73/1 73/7 73/11 73/24 74/10 75/20 75/21 76/5
victims' [5] 3/24 24/2 41/14 48/7 74/4
video [2] 3/7 26/12
Vietnamese [3] 48/16 48/23 51/5
view [1] 57/13
views [2] 5/9 6/2
violated [1] 60/17
violation [14] 8/22 9/1 9/5 10/25 11/1 18/4 60/15 61/1 64/5 67/9 78/7 78/8 78/10 78/11
violations [5] 60/22 70/6 70/10 70/20 72/11
VIRGINKAR [1] 1/16
vision [1] 52/22
visiting [1] 39/12
voice [1] 40/19
voluntarily [4] 5/16 5/24 14/7 77/1
voluntary [1] 69/23

## W

wait [2] 41/16 49/10
waited [1] 26/9
waiting [1] 33/25

waive [4] 7/19 15/13 16/16 81/23
waiver [1] 7/13
waives [3] 5/20 13/11 16/3
waiving [1] 16/21
wake [1] 59/14
walk [3] 24/22 38/15 42/6
walking [2] 27/9 27/13
walks [1] 28/2
want [18] 3/4 3/5 8/4 14/14 28/10 28/13 28/13 31/7 31/15 43/1 43/1 43/11 55/1 55/6 55/10 55/13 55/20 81/22
WARIN [2] 2/1 6/15
warn [1] 60/19
was [120]
Washington [4] 2/2 2/9 35/10 35/17
wasn't [5] 27/11 27/12 27/12 27/14 36/18
waste [2] 53/2 53/16
watch [2] 23/11 27/19
watched [8] 26/10 26/13 42/10 53/1 53/3 54/9 70/9 72/16
watching [1] 26/20
water [13] 8/23 8/24 18/5 27/6 60/4 61/1 62/8 64/5 65/20 67/2 67/6 69/18 78/7
waters [2] 11/11 11/12
way [13] 23/21 23/21 24/21 31/9 34/12 36/7 36/9 36/25 40/25 43/22 52/15 53/1 54/2
ways [2] 37/19 76/1
we [95]
weak [2] 44/4 46/14
weaknesses [1] 44/8
wear [2] 45/7 45/21
wearing [1] 45/20
Web [1] 50/16
wedding [1] 27/8
week [1] 28/14
weeks [1] 46/25
Weise [1] 54/21
welcome [1] 3/5
well [21] 14/4 17/25 18/5 19/23 23/2 25/24 29/19 34/18 34/18 34/21 42/11 42/18 58/15 59/16 59/19 59/25 61/11 62/13 71/14 73/24 74/10
well-being [1] 42/18
well-wishers [1] 25/24
went [11] 12/24 13/2 24/6 30/16 38/19 43/23 44/3 46/3 46/22 53/4 64/21
were [59] 3/3 13/6 18/1 21/9 21/15 23/11 24/9 24/13 24/16 26/7 26/10 26/11 30/25 32/11 33/25 34/8 34/13 34/14 34/17 34/19 34/23 35/12 35/12 35/25 36/1 36/16 37/9 39/9 40/12 41/7 41/21 43/20 44/6 45/4 45/10 45/17 45/19 45/20 46/7 46/9 46/24 47/1 47/6 47/8 47/10 49/5 49/15 49/17 52/24 55/9 63/17 64/2 66/5 68/10 73/3 73/5 75/14 76/1 76/15
wetlands [3] 67/11 79/12 79/14
what [43] 5/13 11/3 11/19 12/10 12/21 18/25 19/19 21/17 22/4 23/4 23/16 24/6 24/14 25/5 27/4 28/10 28/18 29/10 29/11 30/12 31/2 37/1 37/3 37/5 40/24 42/21 44/11 45/10 47/17 52/7 52/9 54/3 55/4 55/7 55/8 55/11 55/12 55/20 56/12 59/1 74/19 74/23 75/13
what's [1] 14/25
Whatever [1] 31/15
Wheeler's [1] 33/13
wheels [1] 27/16
when [19] 5/21 6/5 24/20 24/22 24/24 25/20 26/2 26/6 27/14 27/15 28/4 32/19 33/2 34/5 35/23 38/11 43/21 63/25 71/2
whenever [1] 24/10

**W**

where [8]  26/8 26/16 33/9 36/3 40/6 53/13 63/11 66/4
whether [11]  5/3 5/14 5/15 6/5 12/3 19/19 57/7 58/17 58/23 75/2 75/9
which [33]  4/17 5/4 5/10 6/1 7/12 11/15 12/3 15/25 17/24 18/1 18/2 18/4 18/10 18/22 20/14 39/20 41/9 49/19 49/21 50/17 53/16 57/2 58/1 59/12 60/1 60/1 62/11 65/11 65/19 75/1 78/14 81/11 81/21
while [10]  35/17 35/19 42/9 44/17 45/13 46/17 47/1 69/25 70/7 75/20
white [1]  37/5
who [51]  3/6 4/6 6/3 6/9 6/13 6/19 7/2 18/12 18/13 20/6 20/25 21/9 21/9 21/15 22/13 25/9 26/14 28/25 32/4 32/6 32/7 33/22 34/23 36/1 36/12 37/6 39/9 40/10 40/12 41/7 41/21 43/4 45/19 46/3 46/5 46/22 47/13 47/14 50/24 51/25 52/25 53/5 55/1 55/2 55/15 68/10 73/2 73/3 73/5 73/11 75/4
whole [4]  12/4 26/20 47/16 53/4
whom [1]  29/7
whose [4]  3/13 70/25 72/7 73/3
why [9]  5/6 26/17 27/4 27/22 40/7 40/20 41/10 41/19 77/8
Wicker [1]  2/4
widows [1]  36/14
wife [7]  26/5 32/5 33/13 42/4 43/20 44/5 47/15
wildlife [10]  19/5 19/6 19/8 19/15 54/5 62/9 67/13 67/16 79/17 81/16
will [69]  3/9 3/11 3/12 4/14 5/10 6/2 6/4 6/5 6/7 6/8 8/3 13/20 16/24 16/25 17/2 17/11 17/19 20/23 20/24 21/18 22/4 22/5 22/6 22/13 22/16 22/21 23/23 25/16 28/8 29/24 30/17 31/8 36/8 37/19 37/24 38/1 38/12 38/13 38/17 41/4 41/14 41/23 46/8 47/19 52/24 53/19 55/17 56/3 56/5 56/10 61/17 66/12 67/2 67/17 67/20 67/21 69/2 69/4 69/12 70/1 70/9 70/18 70/19 71/6 72/10 72/16 77/5 81/7 82/5
willing [2]  35/6 36/18
wings [1]  52/22
wish [5]  4/13 7/17 7/21 44/11 54/14
wishers [1]  25/24
wishes [7]  4/3 4/6 6/3 7/23 77/20 78/16 78/20
withdraw [3]  4/24 16/11 17/11
withheld [1]  18/15
within [9]  49/7 79/23 80/2 80/3 80/5 80/6 80/7 80/8 80/14
without [6]  40/18 50/15 63/4 66/16 74/22 76/17
witness [1]  22/15
witnessed [1]  42/4
witnesses [2]  10/16 13/4
wives [3]  26/18 35/9 43/12
woman [2]  33/8 34/4
women [2]  21/6 30/9
won't [6]  23/2 31/6 31/6 31/7 37/20 38/14
wondered [1]  26/17
word [1]  33/11
words [5]  22/7 22/11 25/19 38/13 55/23
work [11]  19/23 32/17 33/14 39/18 42/22 43/23 44/3 44/8 44/20 45/9 50/22
worked [9]  33/22 39/11 42/6 42/17 44/25 45/9 45/14 46/2 49/12
workers [7]  34/18 45/18 45/19 45/21 45/21 47/11 48/22
working [5]  22/1 32/12 34/24 45/10 45/13

world [3]  21/23 29/24 34/21
worldwide [1]  50/19
worried [1]  36/9
worse [1]  59/14
worth [2]  37/11 45/16
would [90]
wouldn't [1]  42/25
wrenching [1]  73/17
write [1]  44/9
writing [2]  5/10 72/24
written [7]  4/5 15/11 18/21 18/21 28/18 60/18 72/25
wrong [2]  30/4 31/10
wrongdoer [1]  23/20
wrote [3]  25/15 55/2 73/12
Wyatt [14]  32/4 32/5 32/10 32/12 32/18 32/24 33/14 34/1 34/24 36/8 37/6 37/12 38/4 54/21
Wyatt's [3]  37/7 37/9 37/24
Wyman [4]  33/13 33/13 33/15 33/16

**Y**

year [6]  20/9 35/12 36/22 54/6 70/11 80/4
years [25]  8/19 9/2 9/10 9/16 15/22 16/25 25/20 31/3 31/5 31/9 31/17 32/6 39/17 40/2 41/4 41/17 42/25 44/5 54/6 60/24 78/25 80/5 80/6 80/7 80/8
yes [38]  4/11 6/23 7/16 8/13 9/20 9/25 10/3 10/8 10/13 10/18 11/6 11/22 12/13 12/23 13/1 13/5 13/9 13/9 13/13 13/23 13/24 14/5 14/9 14/13 14/17 14/20 14/23 15/11 17/21 19/10 19/21 20/2 20/8 36/24 40/22 44/2 74/10 77/21
yet [1]  42/25
York [3]  1/23 1/23 2/8
you [121]
you're [4]  13/18 19/20 27/23 29/15
younger [1]  37/8
your [104]
Your Honor [70]  4/1 6/10 6/14 6/23 7/14 7/20 8/8 9/20 9/25 10/3 10/8 10/13 10/18 11/6 11/22 12/13 12/23 13/1 13/5 13/9 13/13 13/23 13/24 14/5 14/9 14/13 14/17 14/20 14/23 15/7 15/11 15/15 16/7 16/8 16/19 17/9 17/13 17/18 17/21 17/23 19/1 19/9 20/8 20/19 22/10 22/20 25/1 25/15 29/4 29/6 31/10 31/19 32/1 48/13 49/1 49/24 51/10 51/21 55/17 56/12 56/18 77/10 77/11 77/16 77/21 77/22 78/18 78/21 82/2 82/3
yourself [1]  14/11

**Z**

zone [1]  11/13